UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:17-cr- 18-ᴏʀʟ-28KRS

NOOR ZAHI SALMAN

## ORDER

The Motion to Seal Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when necessary to provide certified copies of the Indictment to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office that the United States Marshals Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court.

It is further ordered that the United States may disclose the existence of the Indictment in any search and seizure warrants to be executed in conjunction with the arrest of the defendant.

It is further ordered that the Indictment shall be deemed unsealed without further Order of the Court when any named defendant is taken into custody.

The Clerk is further ordered to make public all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody.

It is further ordered that the United States may disclose the existence of the Indictment when any named defendant is taken into custody.

DONE AND ORDERED at Orlando, Florida, this 12th day of January, 2017.

The Honorable Gregory J. Kelly
United States Magistrate Judge