UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 6:17-cr-18-Orl-28KRS

NOOR ZAHI SALMAN

## NOTICE OF APPEARANCE

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Assistant United States Attorney Roger B. Handberg has been assigned as co-counsel in this case.   Please forward all materials in this case to both counsel and co-counsel from this date forward.

                      Respectfully submitted,

                      A. LEE BENTLEY, III
                      United States Attorney

By:   */s/ Roger B. Handberg*
      Roger B. Handberg
      Assistant United States Attorney
      Florida Bar No. 0241570
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:   (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail:       roger.handberg@usdoj.gov

**U.S. v. NOOR ZAHI SALMAN**         Case No. 6:17-cr-18-Orl-28KRS

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

N/A

    /s/ Roger B. Handberg
Roger B. Handberg
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:   roger.handberg@usdoj.gov