UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:17-cr-18-Orl-28KRS

NOOR ZAHI SALMAN

## NOTICE OF APPEARANCE

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Please forward all materials in this case to counsel from this date forward.

                                Respectfully submitted,

                                A. LEE BENTLEY, III
                                United States Attorney


                        By:     _s/ Sara C. Sweeney_
                                SARA C. SWEENEY
                                Assistant United States Attorney
                                USA No. 119
                                400 W. Washington Street, Suite 3100
                                Orlando, Florida 32801
                                Telephone: (407) 648-7500
                                Facsimile:  (407) 648-7643
                                E-mail:     Sara.Sweeney@usdoj.gov

U.S. v. NOOR ZAHI SALMAN            Case No. 6:17-cr-18-Orl-28KRS

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    N/A

*s/ Sara C. Sweeney*
SARA C. SWEENEY
Assistant United States Attorney
USA No. 119
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail:     Sara.Sweeney@usdoj.gov