# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.

NOOR ZAHI SALMAN,

    Defendant.

CASE NO. 6:17-cr-00018-ORL-40KRS

## NOTICE OF APPEARANCE

Charles D. Swift of the Constitutional Law Center for Muslims in America files this *Pro Hac Vice* Notice of Appearance as Trial Counsel for Defendant NOOR ZAHI SALMAN in the above captioned case. Fritz Scheller of Fritz Scheller P.L. shall serve as Local Counsel.

Dated this 10th day of March 2017.

    /s/ Charles Swift
Chares D. Swift, Trial Counsel
Texas Bar No. 24091964
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Pro Hac Attorney for Defendant*

## CERTIFICATE OF SERVICE

On March 10, 2017, I electronically filed the forgoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

.

*/s/ Charles Swift*
Chares D. Swift, Trial Counsel
Texas Bar No. 24091964
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Pro Hac Attorney for Defendant*
