UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                         CASE NO. 6:17-cr-18-Orl-28KRS

NOOR ZAHI SALMAN

## **NOTICE OF APPEARANCE**

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Please forward all materials in this case to counsel from this date forward.

                            Respectfully submitted,

                            W. STEPHEN MULDROW
                            Acting United States Attorney

By:    *s/ Kevin C. Nunnally*
        KEVIN C. NUNNALLY, Trial Attorney
        Virginia Bar No. 43072
        U.S. Department of Justice
        National Security Division/
          Counterterrorism Section
        950 Pennsylvania Avenue, N.W.
        Washington, DC   20530
        Telephone:  (202) 353-3469
        Facsimile:   (202) 514-8714
        E-mail:       Kevin.Nunnally@usdoj.gov

**U.S. v. NOOR ZAHI SALMAN**          **Case No. 6:17-cr-18-Orl-28KRS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2017, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which

will send a notice of electronic filing to the following:

      Charles D. Swift, Esquire (counsel for Defendant)
      Fritz J. Scheller, Esquire (counsel for Defendant)
      Linda G. Moreno, Esquire (counsel for Defendant)

                    *s/ Kevin C. Nunnally*
                    KEVIN C. NUNNALLY, Trial Attorney
                    Virginia Bar No. 43072
                    U.S. Department of Justice
                    National Security Division/
                      Counterterrorism Section
                    950 Pennsylvania Avenue, N.W.
                    Washington, DC   20530
                    Telephone:  (202) 353-3469
                    Facsimile:   (202) 514-8714
                    E-mail:       Kevin.Nunnally@usdoj.gov