UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


UNITED STATES OF AMERICA

v.                                         CASE NO. 6:17-cr-18-Orl-40KRS

NOOR ZAHI SALMAN


**DEFENDANT NOTICE OF DEFENSE
PURSUANT TO FED. R. CRIM. P. 12.2(b)(1).**

The Defendant, Noor Salman, submits this notice pursuant to Fed. R.

Crim. P. 12.2(b)(1) that she intends to present a defense "relating to a mental

disease or defect or any other mental condition of the defendant bearing on . .

. the issue of guilt.".  Contingent upon admission of statements allegedly made

by the defendant, the defense intends to offer evidence of her mental

conditions as they relate to her susceptibility to suggestion at the time of the

interrogation.  The defense also gives notice of the mental disease of Post-

Traumatic Stress Disorder (PTSD), at or before the time of the attack, which

the defense also intends to offer.

Respectfully submitted,

By: /s/ Charles Swift
Charles D. Swift, Pro Hac
Attorney for Noor Salman
CLCMA

833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
(972) 914-2507
cswift@clcma.org


Linda Moreno, Esq.
Linda Moreno P.A.
P.O. Box 10985
Tampa, Florida 33670
Phone: (813) 247-4500
Fax: (855) 725-7454
lindamoreno.esquire@gmail.com


### CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system, which will

send a notice of electronic filing to the following:

Sara C. Sweeney,    Assistant United States Attorney
James D. Mandolfo, Assistant United States Attorney

By: /s/ Charles Swift
Charles D. Swift, Pro Hac
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
(972) 914-2507
cswift@clcma.org