UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:17-cr-18-Orl-40KRS

NOOR ZAHI SALMAN

**UNITED STATES' UNOPPOSED MOTION
FOR LEAVE TO FILE RESPONSE
<u>IN EXCESS OF PAGE LIMIT</u>**

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, through the undersigned attorneys, respectfully moves this Court for an Order pursuant to Local Rule 3.01(d) to allow the government to file its response to the defendant's motion to suppress in excess of the 20-page limit set forth in Local Rule 3.01(b). The government requests leave to file a response brief of 25 pages.

Counsel for the defendant, Linda G. Moreno, Esquire, has advised the undersigned that the defendant does not oppose the relief sought in this motion.

The defendant filed her motion to suppress on September 1, 2017; the motion is 28 pages long and accompanied by an additional statement of facts in the form of an affidavit from the defendant. Doc. 107 (sealed). Prior to

filing the motion, the defendant sought an extension of the page limit and was granted a five-page extension. Docs. 100 & 101. In order to adequately respond to the contentions set forth in the defendant's motion to suppress, the government requests five additional pages for its response, which is due on September 22, 2017.

                    Respectfully submitted,

                    W. STEPHEN MULDROW
                    Acting United States Attorney

By:   *s/ Sara C. Sweeney*
       Sara C. Sweeney
       Assistant United States Attorney
       USA No. 119
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone: (407) 648-7500
       Facsimile: (407) 648-7643
       E-mail: Sara.Sweeney@usdoj.gov

By:   *s/ James D. Mandolfo*
       James D. Mandolfo
       Assistant United States Attorney
       Florida Bar No. 96044
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: James.Mandolfo@usdoj.gov

U.S. v. NOOR ZAHI SALMAN        Case No. 6:17-cr-18-Orl-40KRS

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Charles D. Swift, Esquire (counsel for Defendant)
    Fritz J. Scheller, Esquire (counsel for Defendant)
    Linda G. Moreno, Esquire (counsel for Defendant)

    *s/ Sara C. Sweeney*
    Sara C. Sweeney
    Assistant United States Attorney
    USA No. 119
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Facsimile: (407) 648-7643
    E-mail: Sara.Sweeney@usdoj.gov

    *s/ James D. Mandolfo*
    James D. Mandolfo
    Assistant United States Attorney
    Florida Bar No. 96044
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6358
    E-mail: James.Mandolfo@usdoj.gov