UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:17-cr-18-Orl-40KRS

NOOR ZAHI SALMAN

## UNOPPOSED MOTION TO SEAL

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, moves this Court to seal the Government's forthcoming motion to excuse a potential juror. An employee of the United States Attorney's Office was recently summoned in connection with this case, and the government intends to move this Court to dismiss her from jury service. Thus, the sealing of the forthcoming motion is requested in order to safeguard from public scrutiny identifying information of the employee that would come to light were the pleading to become public knowledge either by way of reports published in the media or otherwise.

Counsel for the defendant, Charles D. Swift, Esquire, has advised the undersigned that the defendant does not oppose the relief sought herein.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

| By: *s/ James D. Mandolfo* | By: *s/ Sara C. Sweeney* |
|---|---|
| James D. Mandolfo | Sara C. Sweeney |
| Assistant United States Attorney | Assistant United States Attorney |
| Florida Bar No. 96044 | USA No. 119 |
| 400 N. Tampa Street, Ste. 3200 | 400 W. Washington Street, Ste. 3100 |
| Tampa, Florida 33602 | Orlando, Florida 32801 |
| Telephone: (813) 274-6000 | Telephone: (407) 648-7500 |
| Facsimile: (813) 274-6358 | Facsimile: (407) 648-7643 |
| E-mail: James.Mandolfo@usdoj.gov | E-mail: Sara.Sweeney@usdoj.gov |

**U.S. v. NOOR ZAHI SALMAN**          Case No. 6:17-cr-18-Orl-40KRS

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>Charles D. Swift, Esquire (counsel for Defendant)
>Fritz J. Scheller, Esquire (counsel for Defendant)
>Linda G. Moreno, Esquire (counsel for Defendant)

>*s/ Sara C. Sweeney*
>Sara C. Sweeney
>Assistant United States Attorney
>USA No. 119
>400 W. Washington Street, Suite 3100
>Orlando, Florida 32801
>Telephone: (407) 648-7500
>Facsimile: (407) 648-7643
>E-mail:     Sara.Sweeney@usdoj.gov