UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


UNITED STATES OF AMERICA

v.                                             CASE NO. 6:17-cr-18-Orl-40KRS

NOOR ZAHI SALMAN


## UNOPPOSED MOTION TO SEAL

NOOR SALMAN, by and through her undersigned counsel, moves this Court to seal the Defendant's forthcoming motion to excuse a potential juror, who is known to the undersigned. The request to seal the forthcoming motion is based on the need to protect the identity of the potential juror from public scrutiny and media attention. The Government does not oppose the relief requested herein.


Respectfully Submitted:

*(s) Fritz J. Scheller*

FRITZ J. SCHELLER
Florida Bar Number 183113
Fritz Scheller, P.L.
200 East Robinson St., Suite 1150
Orlando, Florida 32801
Telephone: 407-792-1285
Facsimile:  407-513-4146
Email: fscheller@flusalaw.com

**CERTIFICATE OF SERVICE**

On October 4, 2017, I electronically filed the forgoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*(s) Fritz J. Scheller*
FRITZ J. SCHELLER
Florida Bar Number 183113
Fritz Scheller, P.L.
200 East Robinson St., Suite 1150
Orlando, Florida 32801
Telephone: 407-792-1285
Facsimile:   407-513-4146
Email: fscheller@flusalaw.com