# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Telephone Conference**

**Case Number: 6:17-cr-18-Orl-40KRS**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | | **Government's Counsel:** | James D. Mandolfo<br>Sara Sweeney<br>Kevin Nunnally |
| **Plaintiff,** | | | |
| v. | | | |
| **Noor Zahi Salman** | | **Defense Counsel:** | Charles D. Swift<br>Linda Moreno |
| **Defendant.** | | | |

| Judge: | Paul G. Byron | Court Reporter | Suzanne Trimble<br>trimblecourtreporter@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Bennett | Interpreter: | N/A |
| Date: | October 13, 2017 | Time: | 1:59 PM – 2:26 PM<br>TOTAL: 27 minutes |

Case called. Counsel appearances.

The Court discusses jury questionnaires and the need for a suppression hearing with the parties. The parties have until Friday, October 20, 2017 to decide whether the jurors who failed to appear to fill out their questionnaires should receive additional correspondence from the Court.

The Court gives a tentative date for a suppression hearing of December 21 and 22, 2017. The parties are to advise the Court by November 1, 2017 if this date will not work for the suppression hearing, and must jointly provide 3 alternative dates.

The parties are directed to discuss with their experts their availability in December and January for a Daubert hearing. The parties must also provide dates for a Daubert hearing by November 1st.

Court is adjourned.