# EXHIBIT 1

In my expert opinion, Noor Salmon is a severely abused women who was in realistic fear for her life from her abusive husband Mateen. Her behavior was entirely consistent with severely abused women who are completely controlled by a highly abusive male partner. She exhibited classic severe domestic violence victim behavior, for instance not telling anyone about the domestic violence, denying that she was abused, believing that his behavior such as buying jewelry, finally letting her get a drivers' license, buy clothes and see her family meant that things would get better. His behavior is entirely consistent with severe and dangerous abusers, who use both occasional physical violence and highly controlling behavior and who has been violent to more than one partner (his first wife) and use contrition in a cyclical manner. These opinions are based on evidence from the case, her filling out the Danger Assessment, a validated instrument that I created to establish the danger of homicide in an abusive relationship, her diagnosis of PTSD made by a Psychiatrist appointed by the court, and my own research including interviewing more than 2000 abused women and the family members of women who had been killed by their partners as well as analyzing data and published research from my collaborators and other researchers. I will detail these bases of my opinions below:

I have spoken with Noor Salmon in the presence of Charles Swift, one of her lawyers and a jail guard and calculated a weighted scoring on a Danger Assessment that she filled out with Linda Moreno, her other lawyer. The Danger Assessment is a validated instrument that is used for abused women to assess their risk of homicide in an abusive relationship. Noor's weighted score on the Danger Assessment was 20 which is in the Extreme Danger Range (18 and above) and the highest level (of four possible levels) of danger on the Danger Assessment. In the transcript of the court proceedings of Wednesday, March 1, 2017, on page 40 lines 22-25 the court states "I will note that at the court's order, a psychiatrist performed a thorough psychiatric evaluation and opined that Ms. Salman suffers from Post-Traumatic Stress Disorder." In my research and that of multiple other researchers, abused women frequently suffer Post-Traumatic Stress Disorder (PTSD), and those more severely abused are most likely to have a PTSD diagnosis. A PTSD diagnosis is highly consistent with a Danger Assessment score in the Extreme Danger range in my research and that of others. That is consistent with the most common genesis of PTSD, when one's life is threatened. On the Danger Assessment, Noor checked yes on the item "Has he ever tried to choke you", one of the most frightening acts that abusive men do. She also indicated on the Danger Assessment that he had threatened to kill her and that she believed he was capable of killing her as well as that he controls most or all of her daily activities and had forced her to have sex. PTSD can be considered a manifestation of the psychological injury and trauma of severe domestic violence from a spouse or partner. In other words, an abused women who is in extreme fear of a partner shows that trauma through the psychological manifestation of that fear which is PTSD. In my research and multiple others' research as well as my experience having interviewed more than 2000 abused women myself, an abused woman with PTSD and in extreme fear is afraid to reveal the domestic violence to anyone, even family, and will deny it to officials. There is also research that indicates that many abused women (although not all) experience "a cycle of violence" from the abuser characterized by three repeating phases of varying lengths, a phase of increasing tension, then a severe, often physically abusive incident, then a "honeymoon" phase where the abuser is contrite and/or gives gifts, allows privileges, and makes promises. This "honeymoon" phase makes an abused woman hope things will get better especially when combined with one of the four cluster of symptoms of PTSD, avoidance. PTSD symptoms of avoidance for abused women include trying to avoid making the abuser angry, avoid talking about the abuse or thinking about the abuse. Abused women, especially those who are extremely afraid (as

manifested by PTSD) desperately want the relationship to get better, want things to be ok in spite of evidence to the contrary. Noor exhibited all of these behaviors.

To summarize my credentials (CV is separate document): I am a nurse (RN) with a BSN and MS in nursing and a PhD (research degree) in Nursing from the University of Rochester. I have conducted research in domestic violence and physical and mental health outcomes (PTSD and depression) including risk of homicide from domestic violence for more than 25 years with 245 publications in refereed journals and 7 books and am an elected member of the National Academy of Medicine, National Academy of Science. I have been certified as an expert in domestic violence in 11 different courts in the US.

*Jacquelyn C. Campbell*
Jacquelyn Campbell, PhD, RN, FAAN

July 27, 2017