# EXHIBIT 3

03/17

# VITA

## PERSONAL DATA

| | |
|---|---|
| Name | I. Bruce Frumkin, Ph.D., ABPP |
| Office/Mailing Address | Forensic and Clinical Psychology Associates, P.A. |

7241 SW 63rd Avenue, Suite 203-A
South Miami, FL 33143
Telephone: (305) 666-0068
Facsimile:  (305) 666-8283
E-mail: BFrumkin@aol.com

Satellite Offices   333 North Michigan Avenue, #1801
Chicago, IL 60601
Tel.#1-800-301-3858

1518 Walnut Street, #1202
Philadelphia, PA 19102
Tel.#1-800-301-3858

1430 Broadway, #304
New York City, NY 10018
Tel.#1-800-301-3858

## EDUCATION

| | | | |
|---|---|---|---|
| 1977 | B.A. | Brandeis University<br>Waltham, MA 02154 | Major–Psychology |
| 1980 | M.A. | Washington University<br>St. Louis, MO 63130 | Clinical Psychology |
| 1981 | Ph.D. | Washington University<br>St. Louis, MO 63130 | Clinical Psychology<br>(APA-approved program) |

1979-80   Clinical Internship at Community Guidance Center of Mercer County, NJ
(APA-approved internship program)

| | |
|---|---|
| Licensed in the State of Florida | #PY 3191 |
| Licensed in the State of Pennsylvania | #PS-008783-L |
| Licensed in the State of Illinois | #071-006481 |
| Licensed in the State of New York | #021933 |

Diplomate in Forensic Psychology
American Board of Professional Psychology

1

## AWARDS AND HONORS

| | |
|---|---|
| 1977 | Brandeis University–Cum Laude with High Honors in Psychology |
| 1977-81 | Washington University–Tuition Remission Grant and Scholarship |
| 1989-Present | Fellow, American Academy of Forensic Psychology |
| 1995 | Invited as participant to National Invitational Conference on Education and Training in Law and Psychology, May 25-28, 1995 at Villanova Law School, Sponsored by Education Directorate of American Psychological Association |
| 1995 | Recognition by Dade County Psychological Association for "Contributions at the state level in protecting forensic evaluations of children." |
| 2000 | Recognition by Dade County Psychological Association for "Service" to that chapter as President. |
| 2002 | Florida Psychological Association "Dr. Michael B. Spellman Award for Ethical Contributions to Psychology." |
| 2002 | Florida Psychological Association "Distinguished Psychologist" award for significant contributions in advancing the profession of psychology and the mission of the Association. |
| 2007 | Florida Psychological Association "Distinguished Psychologist" award for significant contributions to the association and profession by serving as its President in 2006. |
| 2010 | Fellow, American Psychological Association, Division 42 (Psychologists in Independent Practice) |
| 2013 | American Psychological Association, Division 42 (Psychologists in Independent Practice)–Outstanding Contributions |
| 2014 | American Psychological Association, Division 42 (Psychologists in Independent Practice)–Presidential Citation |
| 2015 | American Psychological Association, Division 42 (Psychologists in Independent Practice)–Distinguished Psychologist of of the Year award |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 1981-Present | Independent Practice |
| | Director, Forensic and Clinical Psychology Associates, P.A. |
| | Forensic evaluations, psychotherapy, consultation, training |
| | |
| 1988-89 | Miami Institute of Psychology (now Carlos Albizu University) |
| | Professor of Psychology, Director of Clinical/Forensic Training |
| | |
| 1984-88 | South Florida Evaluation and Treatment Center (forensic hospital) |
| | Senior Psychologist/Program Director |
| | Planning, implementing, coordination of hospital programs, |
| | administrative/clinical supervision of psychological services |
| | |
| 1984-85 | Jackson Memorial Hospital/University of Miami |
| | Clinical Psychologist |
| | Assessment, psychotherapy, teaching |
| | |
| 1983-84 | North Miami Community Mental Health Center |
| | Clinical Director |
| | |
| 1981-83 | New Horizons Community Mental Health Center |
| | Clinical Coordinator of services at outpatient unit |
| | |
| 1982-83 | Metropolitan Dade County–Prison Medical Services |
| | Clinical Psychologist |

3

**PROFESSIONAL/ACADEMIC AFFILIATIONS, MEMBERSHIPS AND POSITIONS**

| | |
|---|---|
| 2017 | Member of the Committee of Professional Practice and Standards (COPPS) of the American Psychological Association |
| 2017 | Editorial Board–*Behavioral Sciences and the Law,* Publisher–Wiley-Blackwell |
| 2016-Present | Editorial Board–*Practice Innovations*, Publisher–American Psychological Association |
| 2012-2014 | Commissioner for Commission for the Recognition of Specialties and Proficiencies in Professional Psychology (CRSPPP) of the American Psychological Association |
| 2011-2014 | Member at Large for Division 42 (Psychologists in Independent Practice) of the American Psychological Association |
| 2010-2016 | Chair, Forensic Committee of Division 42 (Psychologists in Independent Practice) of the American Psychological Association |
| 2013 | Chair of Caucus for State, Provincial, and Territorial Psychological Associations of the American Psychological Association |
| 2008-2013 | Council Representative of the American Psychological Association, representing the Florida Psychological Association |
| 2008-2010 | Liaison for Division 41 (American Psychology-Law Society) at American Psychological Association's Committee for the Advancement of Professional Practice (CAPP) |
| 2011 | Chair of Caucus for the Optimal Utilization of New Talent at American Psychological Association |
| 2008-2013 | Chair/Member at large/Treasurer for the Caucus for the State/Provincial/Territorial Representatives of the American Psychological Association Council of Representatives |
| 2005-2007 | President-Elect, President, and Past President of Florida Psychological Association |
| 2006-2008 | Representative for Large/Mid State Psychological Associations at the American Psychological Association's Committee for the Advancement of Professional Practice (CAPP) Implementation Group for Integrating the Diverse Practice Agenda |
| 2005-Present | Member of the Association for the Advancement of Psychology |
| 1982-Present | American Psychological Association (APA) – Member |

| | |
|---|---|
| 2009-Present | Member of Division 42 (Psychologists in Independent Practice) of the APA |
| 2005-Present | Member of Division 31 (State and Provincial Psychological Association Affairs) of the APA |
| 1984-Present | Member of Division 41 (American Psychology-Law Society) of the APA |
| 2004-2009 | Member of Division 12 (Clinical Psychology) of the APA |
| 1984-Present | Member of Florida Psychological Association |
| 2004-Present | Member of the Illinois Psychological Association |
| 2003-Present | Member of the Pennsylvania Psychological Association |
| 2016-Present | Member of the New York State Psychological Association |
| 1999-Present | Member of Society of Personality Assessment |
| 1987-1999 | Nova Southeastern University–Adjunct Faculty Appointment Taught courses on "Psychology and Criminal Law," "Psychology and Family Law," "Assessment of Malingering and Deception" |
| 1988-89 | Professor of Psychology, Miami Institute of Psychology |
| 1984, 85, 87-89 | Adjunct Faculty Appointment at University of Miami |
| 1986-90 | Co-chair of Legislative Affairs and Public Policy Committee of Dade County Psychological Association |
| 1990-1991 | Chair, Psychology and Law Committee of Florida Psychological Association |
| 1996-1998 | Chair, Ethics Committee of Florida Psychological Association |
| 1999-2000 | President, Miami-Dade County Psychological Association |
| 2001-2004 | Treasurer, Florida Psychological Association |
| 2001-2008 | Member, United Family Court Advisory Board, 11th Judicial Circuit |

## CONSULTATION

| | |
|---|---|
| 1983-Present | Consultation to Courts on such issues as Competency to Stand Trial, Insanity, Capacity to Waive Miranda Rights, Coerced/False Confessions, Mitigation/Aggravation, Parental Fitness/Child Custody, Sexual Abuse/Sexual Violent Predator, Need for Involuntary Commitment, Psychic Injury/Disability,  Immigration Issues, Guardianship, Gender/Racial Discrimination and Harassment, Fitness for Duty |
| 2011-Present | Consultation to Immigration and Customs Enforcement (ICE) and Department of Homeland Security on such issues as Competency to Proceed with Deportation Proceedings, Risk Assessment |
| 2008-Present | Consultation to the Federal Aviation Administration (FAA) on psychological fitness of air traffic controllers to perform duties associated with their employment |
| 1994-Present | Consultation to Florida Department of Health, Division of Medical Quality Assurance  in area of standards of practice in psychology |
| 1987-88 | Sex Offender Treatment Program Evaluation Committee Member Statewide program to evaluate residential facilities |
| 1986-88 | Forensic Evaluator Training Project–Planning Committee Member Statewide program to train forensic examiners |
| 1980-81 | Council of Child Abuse and Neglect, St. Louis, MO Consultee-Centered Administrative Consultation on needs assessment |
| 1978-79 | Life Crisis Services, Clayton, MO Program-Centered Administrative Consultation Exploration of data collection procedures and the ramifications in case management and funding operations |

**PARTIAL LIST OF PUBLICATIONS**

Frumkin, I.B. (2016). The role of suggestibility in personal injury claims. *Psychological Injury and the Law, 9*, pp. 97-101

Frumkin, I.B. (2015). Cross-cultural issues In *Forensic Practitioner's Toolbox,* http://forensictoolbox.com/sections/cross-cultural-issues, (a joint project of Divisions 41 and 42 of the American Psychological Association), Washington, D.C.

Frumkin, I.B. (2014). Report on psychological factors relevant to voluntariness and validity of the confession. In K. Heilbrun,  D. DeMatteo, S. Brooks-Holliday, & C. LaDuke, (Eds.), *Forensic Mental Health Assessment: A Casebook (2ⁿᵈ Edition)*, New York: Oxford, pp.12-18

Frumkin, I.B. (2014). Report on juvenile Miranda waiver capacity. In K. Heilbrun,  D. DeMatteo, S. Brooks-Holliday, & C. LaDuke, (Eds.),  *Forensic Mental Health Assessment: A Casebook (2ⁿᵈ Edition)*, New York: Oxford, pp. 398-403.

Frumkin, I.B. (2014). Expert testimony in juvenile and adult false confession cases. *Court Review, 50,* 12-19.

Frumkin, I.B. and Sellbom, M. (2013).  Miranda Rights Comprehension Instruments: A Critical Review. *Assessment, 20,* 545-554

Frumkin, I.B. and Moy, G. (2013). Capacity to Waive Miranda Rights;  Interrogative Suggestibility (two separate entries in Behavioral Science Section). In Jamieson, A. & Moenssens, A. (Eds.), *Wiley Encyclopedia of Forensic Science,* John Wiley & Sons, New York

Frumkin, I.B., Lally, S., Sexton, J. (2012). A United States forensic sample for the Gudjonsson Suggestibility Scales. *Behavioral Sciences and the Law, 30,* 749-763.

Frumkin, I.B., Lally, S., Sexton, J. (2012). The Grisso tests for assessing understanding and appreciation of *Miranda* warnings with a forensic sample. *Behavioral Sciences and the Law, 30,* 673-692.

Frumkin, I. B. (2011). Forensic Evaluations in Confession Cases: Ten Pitfalls in Expert Testimony. *Florida Defender* (A publication of the Florida Association of Criminal Defense Lawyers), 23, 14-18,

Frumkin, I.B. (2010).   Evaluations of Competency to Waive Miranda Rights and Coerced or False Confessions: Common Pitfalls in Expert Testimony.  In Lassiter, G. & Meissner, C. (Eds.) *Police Interrogations and False Confessions: Current Research, Practice, and Policy.* American Psychological Association: Washington, D.C.

Frumkin, I.B. and Lamendola, G. (2009)  Capacity to Waive Miranda Rights;  Interrogative Suggestibility (two separate entries in Behavioral Science Section). In Jamieson, A. & Moenssens, A. (Eds.), *Wiley Encyclopedia of Forensic Science,* John Wiley & Sons, New York

Frumkin, I.B. (2008*)*.  Reid Technique for Interrogations;  Competency to Confess (two separate entries).  In B. Cutler (Ed.), *Encyclopedia of Psychology and Law,* Thousand Oaks, CA: Sage Publications

Frumkin, I.B. (2008). Psychological Evaluation in *Miranda* Waiver and Confession Cases.  In R. Denny and J. Sullivan (Eds.), *Clinical Neuropsychology in the Criminal Forensic Setting*, (Chapter 5, pp. 135-175), New York: Guilford Publications, Inc.

Janoson, M. and Frumkin, B. (2007) Gudjonsson Suggestibility Scales. In Geisinger, K., Spies, R., Carlson, B., and Plake, B. (Eds.), *The Seventeenth Mental Measurements Yearbook,* Lincoln: Buros Institute of Mental Measurements, University of Nebraska Press

Frumkin, I.B. (2006). Challenging Expert Testimony on Intelligence and Mental Retardation. *Journal of Psychiatry and Law, 34,* 51-71, Federal Legal Publications: Somers, NY

Frumkin, I.B. (2006). The Problem with Actuarials: Evaluation for Civil Commitment of Sexually Violent Predators. *Florida Psychologist, Vol 57, #1*, (a publication of the Florida Psychological Association), 15-16, Tallahassee, FL

Heilbronner, R. and Frumkin, I.B. (2004). Neuropsychology and Forensic Psychology: Working Collaboratively in Criminal Cases. *Journal of Forensic Neuropsychology, Vol. 3, No. 4,* Hawthorn Medical Press, Binghamton, NY

Frumkin, I. B. and Garcia, A. (2003).  Psychological Evaluations and Competency to Waive *Miranda* Rights. *The Champion, Vol. 27, No. 9,* National  Association of Criminal Defense Lawyers, Washington, D.C.

Frumkin, I. B. (2003).  Mental Retardation and the Law: Common Misconceptions. *Cornerstone, Vol. 25, Number 2,* National Legal Aid & Defender Association, Washington, D.C.

Frumkin, I. B. (2000).  Competency to Waive Miranda Rights: Clinical and Legal Issues. *Mental and Physical Disability Law Reporter, Vol. 24, No. 2,* American Bar Association, Washington, D.C.

Frumkin, I. B. (1999).  Malingering 101, *Indigent Defense, Vol. 3, #4* (a publication of the National Legal Aid & Defender Association), 5-6., Washington, D.C.

Frumkin, I.B. (1998).   Competency to waive Miranda rights, *Indigent Defense, Vol. 2, #4* (a publication of the National Legal Aid & Defender Association), 8-9., Washington, D.C.

Frumkin, I. B. (1995).  How to handle attorney requests for raw psychological test data, In. L. VandeCreek, S. Knapp, & T. L. Jackson (Eds.), *Innovations in Clinical Practice: A Source Book, Vol. 14,* (pp. 275-291). Sarasota, FL: Professional Resource Press.

Frumkin, I. B. and Friedland, J. (1995). Forensic evaluations in immigration cases: Evolving issues., *Behavioral Sciences and the Law, Vol. 13*, New York, NY: John Wiley & Sons, 477-489.

Frumkin, I. B., Samek, W., Rivas Vazquez, A. (1995). Psychological testing in custody evaluations. *Family Law Commentator* (a publication of the Florida Bar), *Vol. 20, #4*, 11-17.

Samek, W., Frumkin, I. B., Rivas Vazquez, A. (1994) Know your mental health experts or an unlicensed psychologist is an oxymoron, *Family Law Commentator* (a publication of the Florida Bar), *Vol. 20, #3*, 11-17.

**PARTIAL LIST OF PRESENTATIONS**

| | |
|---|---|
| 2017 | Presentation to the U.S. Attorney's Office, Southern District of New York. *Competency to Waive Miranda Rights and False Confessions Evaluations: Challenging Expert Testimony* |
| 2017 | Presentation at the American Academy of Forensic Psychology's Contemporary Issues in Forensic Psychology workshops in Pasadena, CA. *Forensic Evaluation in Miranda Waiver and False/ Coerced Confession Cases* |
| 2016 | Presentation at the Pennsylvania Psychological Association Annual Convention in Harrisburg, PA. *Pitfalls in IQ Assessment in Clinical and Forensic Contexts* |
| 2016 | Presentation to The Bronx Defenders in The Bronx, NY. *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2016 | Presentation to immigration evaluation interest group of mental health professionals in Philadelphia area in Bala Cynwyd, PA. *Multicultural Forensic* Assessment |
| 2016 | Presentation to the Forensic and Criminal Justice Committee in Harrisburg, PA. *Psychological Assessment in Disputed Confession Cases* |
| 2016 | Chair of Division 42 of the American Psychological Association National Symposium, Psychological Assessment, Ethics, and Expert Testimony in Pasadena, CA. Symposium included my presentations: *Avoiding Pitfalls in Forensic Practice and Expert Testimony: From "Mal"-Practice to "Right" Practice* and *Cross Cultural Forensic Assessment* |
| 2016 | Presentations at the National Legal Aid and Defender Association "Life in the Balance" annual conference in Houston, TX. *Psychological Vulnerabilities, Interrogations, and Their Effects on the Validity of Confessions, Cultural Considerations in Forensic Mental Health Assessments, Controversies in the Use of Personality Testing in Death Penalty Cases* |
| 2015 | Presentation at the American Academy of Forensic Psychology's Contemporary Issues in Forensic Psychology workshops in Cincinnati, OH. *Forensic Evaluation in Miranda Waiver and False/Coerced Confession Cases* |

| 2015 | Presentation at the Association for Scientific Advancement In Psychological Injury and Law (ASAPIL) "Practice and Research Conference: New Directions for Outstanding Issues" in Toronto, ON *The Role of Suggestibility in Personal Injury Claims* |
|------|------|
| 2015 | Presentation to Cook County Public Defender Office in Chicago, IL *Getting GSS and False Confession Testimony before the Jury Without getting "Fryed."* |
| 2015 | Chair of Division 42 of the American Psychological Association National Symposium, Psychological Assessment, Ethics, and Expert Testimony in Silver Spring, MD.  Symposium included my presentation: *The DSM-5: The Impact of the Revision on Forensic Evaluations and Expert Testimony* |
| 2014 | Presentation to United States Attorney Office in Washington, D.C. *Competency to Waive Miranda Rights and False Confession Evaluations: Pitfalls in Expert Testimony* |
| 2014 | Presentations at the National Legal Aid and Defender Association "Life in the Balance" annual conference in Baltimore, MD. *Intellectual Disability (Mental Retardation) and the DSM-5: Pitfalls in Expert Testimony, Competency to Waive Miranda Rights, Psychological Testimony in False/Coerced Confession Cases* |
| 2014 | Presentation at the American Academy of Forensic Psychology's Contemporary Issues in Forensic Psychology workshops in San Antonio, TX. *Forensic Evaluation in Disputed Confession Cases* |
| 2014 | Chair of Division 42 of the American Psychological Association National Symposium, Forensic Psychological Assessment and Testimony in Chicago, IL.  Symposium included my presentation: *Evaluation of Suggestibility in Forensic Cases* |
| 2013 | Presentation at the American Academy of Forensic Psychology's Contemporary Issues in Forensic Psychology workshops in Alexandria, VA.  *Forensic Evaluation in Miranda Waiver and False/Coerced Confession Cases* |
| 2013 | Presentation to Riverside County District Attorney Office in Riverside, CA.  *Pitfalls in Expert Testimony: Mental Retardation, Competency to Waive Miranda, and False Confessions* |

11

| | |
|---|---|
| 2013 | Chair of Division 42 of the American Psychological Association National Symposium, New Directions in Forensic and Clinical Assessment.  Symposium included my presentation: *Pitfalls in Evaluations of Intellectual Disability in the Forensic Context* |
| 2013 | Presentation to Division 42 (Psychologists in Independent Practice) of the American Psychological Association. *Forensic Frequently Asked Questions for Clinicians* |
| 2012 | Presentation at Florida Public Defender Association's Trial with Style XXVII annual conference in Tampa, FL. *Assessment of Risk Factors in False Confessions.* |
| 2012 | Presentations at the National Legal Aid and Defender Association "Life in the Balance" annual conference in St. Louis, MO.  *Common Mistakes Experts Make, Forum: What Should I Expect from my Expert, Miranda Waivers: Why Clients Feel Compelled to Talk to the Police, Psychological Components to False Confessions* |
| 2012 | Invited Symposium: American Academy of Forensic Psychology at American Psychological Association Annual Convention, Orlando, FL.  *Expert Testimony and the Use of the Gudjonsson Suggestibility in Confession Cases* |
| 2012 | Presentation to Pinellas County Public Defender Office in St. Petersburg, FL. *Competency to Waive Miranda Rights and False/ Coerced Confessions* |
| 2012 | Presentation at U.S. Marine Corps Defense Services Organization-Regional Defense Counsel Training Session at Camp LeJeune, NC. *False Confessions* |
| 2012 | Presentation at the American Academy of Forensic Psychology's Contemporary Issues in Forensic Psychology workshops in Atlanta, GA *Forensic Evaluation in Miranda Waiver and False/Coerced Confession Cases* |
| 2011 | Presentation at symposium, "Forensic Pitfalls and Boundary Issues in Private Practice" at the American Psychological Association Annual Convention in Washington, D.C. *Psychological Testing in the Forensic Context* |
| 2011 | Presentations at the National Legal Aid and Defender Association "Life in the Balance" annual conference in Orlando, FL.  *Cross-Cultural Issues in Forensic Evaluations, Psychological Characteristics of People who Falsely Confess,* and *Competency to Waive Miranda Rights* |

| | |
|---|---|
| 2011 | Keynote Speaker to the Washington Association of Criminal Defense Lawyers (WACDL) "Oh the Things Defendants Say: Challenging the Use of Confessions and Statements" conference in Tacoma, WA. *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2011 | Presentation to the Public Defender Service for the District of Columbia. *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2010 | Presentation at the University of Miami's Psychological Services Center in Coral Gables, FL. *Multicultural Issues in Psychological Assessment* |
| 2010 | Presentation at the American Academy of Forensic Psychology's Contemporary Issues in Forensic Psychology workshops in Kansas City, MO. *Forensic Evaluation in Miranda Competency and Confession Cases* |
| 2010 | Presentation sponsored by Kansas Association of Criminal Defense Lawyers in Olathe and Topeka, KS. *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2010 | Presentation to Illinois Public Defender Association Spring Conference in Springfield, IL. *False Confessions, Interrogative Suggestibility, and Miranda Waivers* |
| 2010 | Presentation to "Death is Different" annual conference of the Florida Association of Criminal Defense Attorneys in Orlando, FL. *The Mental Retardation Evaluation: Challenging Expert Testimony* |
| 2010 | Presentations to Associated Counsel for the Accused in Seattle, WA and Department of Assigned Counsel in Takoma, WA. *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2010 | Presentations to the National Legal Aid and Defender Association, "Life in the Balance" annual conference in Nashville, TN. *Competency Waivers and Miranda Rights* and *False and Coerced Confessions* |
| 2009 | Presentation at Texas Criminal Defense Lawyers Association 7th Annual Forensic Conference in Houston, TX. *Psychological Assessments on Miranda Competency and False/Confessions* |
| 2009 | Presentation to Maryland Public Defender Office in Rockville, MD. *Competency to Waive Miranda Rights and False/Coerced Confessions* |

| | |
|---|---|
| 2009 | Series of presentations to Miami-Dade County Public Defender Office in Miami, FL. *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2009 | Presentation to Kanawha County Public Defender Office in Charleston, WV. *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2008 | Chair of Symposium: New Norms for Competency to Waive Miranda Rights and Suggestibility at the American Psychological Association National Convention in Boston, MA. Symposium included my presentation *New Norms for Gudjonsson Suggestibility Scale and Grisso's Miranda Tests* |
| 2008 | Presentation to Lake County Public Defender Office in Waukegan, IL *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2008 | Presentation to DuPage County Bar Association in Wheaton, IL. *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2008 | Presentation to Cook County Public Defender Office in Rolling Meadows, IL. *False Confessions and Inability to Understand Miranda* |
| 2008 | Presentation at Oklahoma Criminal Defense Institute in Tulsa, OK. *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2008 | Presentation to the Illinois Institute for Continuing Legal Education, Capital Litigation Trial Bar Training in Chicago, IL. *Future Dangerousness and Psychological Testing in Capital Cases* |
| 2007 | Presentation to International Conference "Interrogations and Confessions: A Conference Exploring Current Research, Practice, and Policy" in El Paso, TX. *Competency to Waive Miranda Rights and Coerced/False Confessions: Common Pitfalls in Expert Testimony and the Use/Misuse of Normative Data* |
| 2007 | Presentation to the "Life over Death" Conference of the Florida Public Defender Association in Orlando, FL. *Challenging Expert Testimony on Mental Retardation Issues* and *Competency to Waive Miranda Rights and False/Coerced Confessions* |

| | |
|---|---|
| 2007 | Presentation at the Illinois Public Defender Training Conference in Springfield, IL. *Competence to Waive Miranda and False/Coerced Confessions* |
| 2007 | Presentation to Palm Beach County State Attorney's Office in West Palm Beach, FL. *Challenging Defense Testimony on Intelligence and Mental Retardation Issues* |
| 2007 | Presentation to the Illinois Institute for Continuing Legal Education, Capital Litigation Trial Bar Training in Chicago, IL *Psychology of Miranda Warnings, Coerced & False Confessions,* and *Challenges to Expert Testimony with Respect to Mental Retardation* |
| 2007 | Presentation to the Oklahoma Indigent Defense System in Norman, OK. *Miranda, Confessions, and Mental Retardation.* |
| 2007 | Presentation to the National Legal Aid and Defender Association, "Life in the Balance" conference in Dallas, TX. *The Psychology of Miranda and Confessions* and *Mental Retardation, Intelligence, and IQ Testing: Challenging Expert Testimony* |
| 2007 | Presentation to the Marion County Public Defender Office, Indianapolis, IN. *Your Client is Psychotic and has Mental Retardation and the Prosecutor says he is Faking: How do you Respond?* |
| 2006 | Presentation to the Marion County Public Defender Office, Indianapolis, IN. *Competency to Waive Miranda Rights and False/ Coerced Confessions* |
| 2006 | Presentation to the Wisconsin State Public Defender Annual Criminal Defense Conference in Milwaukee, WI. *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2006 | Presentation at the American Psychological Association Annual Convention in New Orleans, LA. American Academy of Forensic Psychology Symposium–Conducting Risk Assessment with Sex Offenders–*Evaluating the Whole Person in Sex-Offender Risk Assessments* |
| 2006 | Presentation to the Illinois Institute for Continuing Legal Education, Capital Litigation Trial Bar Training in Chicago and Springfield, IL, *Psychology of Miranda Warnings and False/Coerced Confessions* |
| 2006 | Presentation at the American Psychology-Law Society, Annual Convention in St. Petersburg, FL, *The Assessment of Intellectual Functioning in Death Row Inmates* |

| | |
|---|---|
| 2006 | Presentations statewide to local chapters of the Florida Psychological Association, *Intelligent Use of IQ Testing in Clinical and Forensic Settings* |
| 2005 | Presentation to Illinois Psychological Association Annual Convention in Northbrook, IL on *Intelligent Use of IQ Testing in Clinical and Forensic Settings* |
| 2005 | Presentation to ABA/APA National Institute on Psychological and Neuropsychological Evidence in Chicago, IL, *Intelligent Use of IQ Testing: Challenging Expert Testimony* |
| 2005 | Presentation to Illinois Institute for Continuing Legal Education, Capital Litigation Trial Bar Training in Chicago, IL, *Psychological Mitigation* and *The Mentally Retarded Defendant: Challenging Expert Testimony* |
| 2005 | Presentation to Palm Beach County State Attorney's Office in West Palm Beach, FL, *Assessing Malingering and Deception in Forensic Cases* |
| 2004 | Presentation at National Association of Forensic Social Workers (NAFSW) Annual Conference in Tampa, FL, *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2004 | Presentation to Palm Beach County Public Defender Office in West Palm Beach, FL, *Competency to Waive Miranda Rights, False/Coerced Confessions, and Mental Retardation* |
| 2004 | Presentations at the National Legal Aid and Defender Association Annual Convention in Memphis, TN, *Mental Retardation, Intelligence, and the Law: Challenging Prosecution Testimony* and *Competency to Waive Miranda Rights and False/Coerced Confessions: Use of Mental Health Testimony in Death Penalty Litigation* |
| 2004 | Presentation at Division 41 of the American Psychological Association (Psychology and Law Society) Annual Convention in Phoenix, AZ, *Collegiality in Forensic Psychology: Critiquing Another Psychologist's Work* |
| 2003 | Presentation for Illinois Institute for Continuing Education in Chicago, *The Aggravation-Mitigation Case II: Strategies and Tactics* |

| | |
|---|---|
| 2003 | Co-Chair of joint American Bar Association and American Psychological Association national conference, "Psychological and Other Expert Testimony in Civil and Criminal Litigation" in Chicago,   IL.  Conference included my presentations on *Advances in the Clinical Assessment of Malingering and Deception, Psychological    Testimony on Competency to Waive Miranda Rights and False/Coerced Confessions,* and *Challenging Expert Testimony on Mental Retardation* |
| 2003 | Presentation at the Florida Association of Criminal Defense Lawyers Annual Conference, "Kids, Cops and the Courts II," *Juvenile Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2003 | Presentation at Darrow Death Penalty Conference in Ann Arbor, MI. *Mitigation Evidence: The Mentally Retarded Defendant* |
| 2003 | Presentation at the Illinois Public Defender Spring Seminar in Urbana, IL. *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2003 | Presentations at the National Legal Aid and Defender Association Annual Conference "Life in the Balance" in Austin, TX. *Refuting the State's Claim that your Client is not Mentally Retarded* and *Miranda, Lies, and Videotapes* |
| 2002 | Presentation to the Pinellas County Public Defender Office in Clearwater, FL. *Competency to Waive Miranda Rights and False/ Coerced Confessions* |
| 2002 | Presentations for Illinois Institute for Continuing Education in Springfield and Chicago, IL. *The Aggravation-Mitigation Case II: Strategies and Tactics* |
| 2002 | Presentation at the 5th Annual Federal Public Defender/Federal Criminal Justice Associates Training Conference in Duck Key, FL. *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2002 | Presentation to National Legal Aid and Defender Association Annual Conference "Life in the Balance" in Kansas City, MO. *How to Suppress Confessions: Competency to Waive Miranda Rights & False and Coerced Confessions* |
| 2002 | Presentation to Miami-Dade County Public Defender's Office, Juvenile Division, in Miami, FL. *The Psychology of False and Coerced  Confessions* |

17

| 2001 | Presentation to National Legal Aid and Defender Association Annual Conference in Miami, FL. *Competency to Waive Miranda Rights and False/Coerced Confessions* |
|---|---|
| 2001 | Presentation for Illinois Institute for Continuing Education in Springfield, IL. *Psychological Assessment: Competency to Waive Miranda Rights, Mitigation, and Other Issues* |
| 2001 | Chairman of National Symposium, "Psychological Testimony: Clinical and Legal Issues" in Miami, FL. Symposium included my presentation, *Interrogative Suggestibility: Implications for Miranda Waiver and False/Coerced Confessions* |
| 2001 | Presentations to Washington Association of Criminal Defense Lawyers Seattle and Tri-Cities, WA *Competency to Waive Miranda Rights and Other Waivers* |
| 2001 | Presentations to National Legal Aid and Defender Association Annual Conference, "Life in the Balance" in Albuquerque, NM. *Malingering from a Psychologist's Point of View, Protecting the Defense Case from Accusations of Malingering* (co-presenter), *Psychological Aspects of Miranda Warnings,* and *Cross-Cultural Aspects of Mental Health Evaluations* |
| 2000 | Presentation to Seattle King County Prosecuting Attorney Office in Seattle, WA. *Assessing Malingering and Deception in Forensic Cases: New Advances* |
| 2000 | Presentation to Criminal Justice Section of the Pierce County Bar Association and the Pierce County Department of Assigned Counsel in Tacoma, WA. *Competency to Waive Miranda Rights* |
| 2000 | Presentation to Seattle King County Public Defender Office in Seattle, WA. *Competency to Waive Miranda Rights and Coerced/ False Confessions* |
| 2000 | Presentation to Federal Public Defender Office in Newark, NJ. *Competency to Waive Miranda Rights and Coerced/False Confessions* |
| 2000 | Presentation at Florida Psychological Association annual convention in St. Petersburg, FL. *Expanding the Professional Practice of Psychology in the New Millennium: Forensic, Managed Care, Group Practice, and other Opportunities* |

| | |
|---|---|
| 2000 | Presentations at Kentucky Department of Public Advocacy Annual Conference in Ft. Mitchell, Kentucky. *Competency to Waive Miranda Rights and Coerced/False Confessions* and *Juveniles Competency to Stand Trial/Incapacity and Malingering* |
| 2000 | Presentations at National Legal Aid and Defender Association Annual Conference, "Life in the Balance" in Crystal City, VA. *Assessing Malingering and Deception in Criminal Defendants: New Advances* and *Competency to Waive Miranda Rights and False/Coerced Confessions* |
| 2000 | Chairman of National Symposium, "Violence, Aggression, and Risk: Clinical and Legal Issues" in Miami Lakes, FL. Symposium included my presentation, *Presenting the Lives of Juveniles in Criminal Cases: Psychological Perspectives* |
| 1999 | Presentation at New Jersey State Public Defender Fall Training in Princeton, NJ. *Competency to Waive Miranda Rights and Coerced/ False Confessions* |
| 1999 | Presentations at National Legal Aid and Defender Association Annual Conference in Long Beach, CA. *Malingering and Deception* and *Understanding and Presenting Competency Issues* |
| 1999 | Presentation at American Psychological Association/American Bar Association National Conference: Psychological Expertise & Criminal Justice in Washington, D.C. *Competency to Waive Miranda Rights* |
| 1999 | Presentations at Correctional Health Services Workshop in Orlando, FL. *The Evaluation of Malingering and Deception: Psychological Testing* and *Psychological Intervention in Correctional Settings: Ethical Issues* |
| 1999 | Presentation to Seattle King County Public Defender Office and Washington Association of Criminal Defense Lawyers in Seattle, Washington. *Competency to Waive Miranda Rights and False/ Coerced Confessions* |
| 1999 | Presentation to Palm Beach County Psychological Association in Delray Beach, FL. *Ethics, Mental Health, and the Law* |
| 1999 | Chairman of National Symposium, "Clinical Assessment and the Law: Directions for the 21st Century" in Miami Lakes, FL. Symposium included my presentation, *Challenging Mental Health Testimony* |

| | |
|---|---|
| 1999 | Presentations at the National Legal Aid and Defender Association Annual Conference, "Life in the Balance" in Atlanta, GA. *Juvenile competency: Presenting the lives of juveniles in capital cases: A psychological perspective, Assessing competency to stand trial and criminal responsibility, Competency to waive Miranda rights and false/coerced confessions, Assessing malingering and deception in criminal defendants: New advances* |
| 1999 | Presentation to John Jay College of Criminal Justice in New York City. *Competency to waive Miranda rights and false/coerced confessions* |
| 1998 | Presentation to the Miami-Dade and Broward County Psychological Associations in North Miami Beach. *Ethical conflicts in psychology* |
| 1998 | Presentation at the National Legal Aid and Defender Association Annual Conference in San Antonio, TX. *Understanding and presenting competency issues: Competency to waive Miranda rights and competency to stand trial* |
| 1998 | Presentation to the Federal Public Defender Office in Camden, New Jersey. *Competency to waive Miranda rights and coerced confessions* |
| 1998 | Presentation to the Defender Association of Philadelphia, sponsored by American Bar Association and American Law Institute held in Philadelphia, PA. *Psychological issues in criminal cases* |
| 1998 | Presentation to Palm Beach County Psychological Association in Delray Beach, FL. *Ethical issues in forensic psychology* |
| 1998 | Chairman of national symposium, "Malingering and Deception: Clinical and Legal Issues" in Miami, FL. Symposium included my presentations: *Children and deception* and *Cross-cultural issues in malingering and deception* |
| 1998 | Presentation to the Dade County Public Defender's Office, Juvenile Division, in Miami, FL. *Evaluating competencies in delinquency proceedings: Competency to proceed and competency to waive Miranda rights* |
| 1997 | Chairman of national symposium, "Criminal and Juvenile Justice: Clinical and Legal Issues" in Ft. Lauderdale, FL. Symposium included my presentation *Competency to waive Miranda rights: Juveniles and adults* |

| | |
|---|---|
| 1996 | Chairman of national symposium, "Aggression and Abuse: Clinical and Legal Issues" in Ft. Lauderdale, FL.  Symposium included my presentation *Forensic assessment standards: Challenging the expert* |
| 1996 | Presentation to Death Penalty Defense Project Training Program at Fordham University School of Law, New York City.  *Psychology and mental health aspects in capital cases* |
| 1996 | Presentation to Brevard-Indian River County Psychological Association in Melbourne, FL.  *Ethical issues in psychology* |
| 1996 | Presentation to Dade County Public Defender's Office in Miami, FL. *Challenging expert testimony* |
| 1996 | Presentation to Pinellias County Public Defender's Office in Clearwater, FL.  *Juvenile and adults' comprehension of Miranda rights* |
| 1996 | Presentation to Dade County State Attorney Office, Juvenile Division in Miami, FL.  *Psychological evaluations in juvenile court* |
| 1995 | Presentation to 11th Judicial Circuit and County Court judges in Miami, FL on *Psychological issues in domestic violence* |
| 1995 | Participant as "expert witness" in a simulated trial involving gender discrimination in the "Employment Law Trial Skills Program" sponsored by the University of Miami and the National Institute for Trial Advocacy, held in Coral Gables, FL. |
| 1995 | Chairman of national symposium, "Ethical, Therapeutic, and Legal Issues in Mental Health" in Ft. Lauderdale, FL.  Symposium included my presentation on *Release of clinical records and test data* |
| 1994 | Chairman of symposium, "Methodology in Forensic Evaluations: Evolving Ethical Standards" at American Psychological Association national convention in Los Angeles.  Symposium included my presentation *Forensic evaluations in immigration cases: Ethical Issues* |
| 1994 | Chairman and Discussant of symposium "Rights of Mentally Disabled Individuals in Institutional Settings" at American Psychological Association national convention in Los Angeles |
| 1994 | Presentation to Concerned Matrimonial Lawyers of Dade County in Miami.  *Child custody evaluation standards in light of <u>Flanagan v. State</u>* |

21

| | |
|---|---|
| 1994 | Chairman of national symposium, "Children, Mental Health, and the Law" in Miami, FL.  Symposium included my presentation *Challenging expert testimony* |
| 1993 | Presentation to Family Law Section of Dade County Bar Association in Miami on *Psychological testing in child custody determinations* |
| 1993 | Presentation to Dade County Public Defender's Office, Juvenile Division, on *Juvenile waiver of Miranda rights: Evaluating competency* |
| 1993 | Chairman of national symposium, "Psychological and Psychiatric Testimony in Court" in Miami Beach.  Symposium included my presentation *Evaluating Criminal Competencies* |
| 1993 | Presentation to Broward County Public Defender's Office on *Psychological evaluation on competency to waive Miranda rights* |
| 1992 | Presentation to Dade County State Attorney's Office on *Challenging expert testimony: The psychologist as an expert witness* |
| 1992 | Chairman of national symposium on "The Assessment of Dangerousness: Clinical, Legal, and Empirical Approaches" in Miami.  Symposium included my presentation on *The clinical interview and the assessment of dangerousness* |
| 1991 | Chairman of national symposium on "The Clinical and Forensic Assessment of Malingering and Deception" in Hollywood, FL.  Symposium included my presentation on *The use of psychological testing in the assessment of malingering and deception* |
| 1991 | Two-day invited presentation to the State of Montana to psychologists, psychiatrists, and attorneys on *Competency to stand trial and criminal responsibility* |
| 1991 | Discussant at symposium at American Psychological Association national convention entitled "Malpractice Insurance and Liability in the 1990's." |
| 1991 | Presentation to Dade County State Attorney's Office, Juvenile Division, on *Psychology standards for assessing competency to stand trial* |
| 1990 | Presentation to Dade County Public Defender's Office, Juvenile Division, on *Expert testimony and children's comprehension of Miranda warnings* |

| | |
|---|---|
| 1990 | Presentation through Dade County Bar Association and Dade County Psychological Association on *Psychological evaluation of children and families for court* |
| 1989 | Presentation to Dade County Legal Aid Society in Miami on *Challenging expert testimony on child custody determinations and child sexual abuse* |
| 1989 | Presentation through Guardian Ad Litem's office to Dade County Circuit Court Judges and General Masters on *Dependency Evaluations* |
| 1988 | Coordination and Presentations at south Florida workshop for forensic experts, sponsored by the Florida Mental Health Institute and University of South Florida |
| 1987 | Chairman of symposium at American Psychological Association national convention "The Assessment of Malingering and Dissimulation in Special Forensic Populations." |
| 1987 | Presentation to Dade County Public Defender's Office, Adult Division, on *Expert testimony and comprehension of Miranda rights* |
| 1985 | Presentation to Florida Psychological Association, Dade County Chapter on *Competency to Stand Trial and Insanity Evaluations* |