# EXHIBIT 4

**Curriculum Vitae**

*Date Revised 4/2017*

**PERSONAL DATA:  Jacquelyn C. Campbell, PhD, RN, FAAN**

Office Address:   525 North Wolfe St. Rm. 436
                   Baltimore, MD 21205
Telephone:      410-955-2778
Fax:             410-614-8285
Email:          jcampbel@son.jhmi.edu
Home Address:  1000 Fell St. # 210
                   Baltimore, MD 21231
Telephone:      410-522-6744

**EDUCATION AND TRAINING**:
1986  PhD, Nursing, University of Rochester, Rochester, NY
1980  M.S.N., Nursing, Wright State University, Dayton, OH
1968  B.S.N., Nursing, Duke University, Durham, NC

**CURRENT LICENSE AND CERTIFICATION**:

Maryland RN Licensure #120202

**PROFESSIONAL ACADEMIC EXPERIENCE**:

| | |
|---|---|
| 2008- | National Program Director, Robert Wood Johnson Foundation Nurse Faculty Scholars |
| 2004- | Anna D. Wolf Chair (1993-2004 Anna D. Wolf Endowed Professor) |
| 1993- | Professor, Johns Hopkins University School of Nursing, |
| 1993- | Professor, Joint Appointment Johns Hopkins University Bloomberg School of Hygiene & Public Health, Department of Health Policy & Management, and Injury Control Center |
| 2015-16 | Chair, National Health Collaborative on Violence and Abuse (NHCVA) |
| 1994-09; 13- | Member, Board of Directors, Futures Without Violence |
| 2009-2013 | President, Board of Directors, Futures Without Violence |
| 2005-2006 | Institute of Medicine/American Academy of Nursing/American Nurses' Foundation Scholar in Residence |
| 2002-2005 | Associate Dean for Faculty Affairs, Johns Hopkins School of Nursing |
| 1998-2002 | Associate Dean for the PhD Program and Research, Johns Hopkins School of Nursing |
| 1994-1998 | Director, PhD Program, Johns Hopkins School of Nursing |
| 1989-1992 | Associate Professor, Wayne State University School of Nursing |
| 1986-1988 | Assistant  Professor, Wayne State University, School of Nursing |
| 1985-1986 | Lecturer, Wayne State University, School of Nursing |
| 1980-1982 | Instructor, Wayne State University, School of Nursing |
| 1977-1980 | Instructor, then Director, Disadvantaged Nursing Student Retention Program, Sinclair Community College, Dayton, OH |

**HONORS AND AWARDS:**

| | |
|---|---|
| 2016 | Visiting Scholar Hong Kong University Department of Nursing |
| 2015 | Sigma Theta Tau Episteme Award |
| 2015 | AVA Outstanding Scholar Award |
| 2014 | Lifetime Achievement Award, US DOJ Family Justice Centers |
| 2012 | Centers for Disease Control and Prevention (CDC) *20 for 20 Project* – one of 20 national leaders and visionaries who have had a transformative effect on the field of violence and injury prevention |
| 2011 | Sigma Theta Tau International Nurse Researcher Award |
| 2011 | Gilman Scholar, Johns Hopkins University |
| 2011 | AVA (Association on Violence and Abuse) Lifetime Research Achievement Award |

1

2011    Fulbright Specialist Roster & Fulbright New Zealand Specialist Grant, STAR (Strategy to Advance Research) Visiting Scholar, New Zealand
2010    Hilldale Lectureship, University of Wisconsin
2008    American Medical Association Distinguished Service Award
2008    Duke University Distinguished Contributions to Nursing Science Award
2007    Jeanne Gieger Crisis Changemaker Award (along with Senator Joseph Biden & Eve Ensler)
2006    Pathfinder Award for Nursing Research, Friends of the National Institute of Nursing Research
2005-06 Institute of Medicine/American Academy of Nursing/American Nurses' Foundation Senior Scholar in Residence
2005    American Society of Criminology Vollmer Award (for research contributing to justice)
2004    Maryland Network Against Domestic Violence Education Award
2004    Family Violence & Sexual Assault Institute Extraordinary Lifetime Achievement Family Violence Advocacy Award
2003    Diversity Recognition Award, Johns Hopkins University
2003    Harriet Cook Carter Lectureship, Duke University School of Nursing
2002    Honorary Doctorate, University of Goteberg, Goteberg, Sweden
2002    Honorary Doctorate, University of Massachusetts, Amherst, Massachusetts
2002    Institute of Domestic Violence in the African American Community Research Award
2002    Simon Fellowship, Visiting Professorship, University of Manchester, Manchester, England
2001    Honorary Doctorate, Grand Valley State University, State of Michigan University System
2000-03 Department of Defense Task Force on Domestic Violence in the Military – (congressional appointment)
2000    Robert Wood Johnson Urban Health Fellow
2000    Election to Institute of Medicine
1999    Nursing Network on Violence Against Women International Research Award
1998    Maryland Nursing Association Mentoring Award
1998    Rochester Distinguished Scholar Award, University of Rochester
1996    Outstanding Alumna Award, Duke University, School of Nursing
1993    AJN "Book of the Year" for *Nursing Care of Survivors of Family Violence*
1993    Midwest Nursing Research Society Student Mentoring Award
1993    Wright State University Alumni Wall of Fame
1993    University of Rochester School of Nursing Distinguished Alumnus
1992    Sigma Theta Tau International Nurse Researchers "CAMEO" Video series (1 of 6 nurse researchers in US)
1992    Harriet H. Werley New Investigator Award, Midwest Nursing Research Society
1992    Michigan Association of Governing Boards of State Universities Distinguished Faculty Award
1990    Kellogg National Leadership Fellowship (1990-93)
1990    Wayne State University President's Award for Excellence in Teaching
1989    Wayne State University Career Development Chair
1988    American Academy of Nursing Fellowship
*1984*    American Journal of Nursing "Book of the Year" for *Nursing Care of Victims of Family Violence*
1981    Sigma Theta Tau
1967    Santa Filomena (Nursing Honorary Society, Duke University)
1967    Student Nurse of the Year, Duke University

**SPONSORED PROJECTS – Intramural and Extramural:**
**Educational Grants**

**Funded**

2010-2016 PI (10%, no compensation), *Interdisciplinary Research Training on Preventing and Addressing Violence in Families.* National Institutes of Child Health and Development. (T32-HDO64428) Institutional NRSA, Pre & Postdoctoral training) $1.3 ml

2

2009-2014 Core Faculty (10% no compensation), Klag, M., Miller, E., & Hill, M. co-PI's JHU SOM, BSPH & SON and . Makarere University, Uganda Twinning Project. Gates Foundation.

2009 – 2014 Core Faculty (10%, no compensation, Gaston-Johansson, F., P. I., *Global Health Promotion Minority Research Training* (T37MD001410) (Collaborating countries: Australia, Sweden, South Africa, South Korea). NIH/Fogarty International Center.

2008 – 2018 National Program Director (PI) (30%) *Robert Wood Johnson Foundation Nurse Faculty Scholars.* (RWJF #71417) Robert Wood Johnson Foundation.

2005 – 2009 Core Faculty (10%, no compensation, Gaston-Johansson, F., P. I., *Global Health Promotion Minority Research Training* (Collaborating countries: Australia, Sweden, South Africa, South Korea). NIH/Fogarty International Center.

2000-04 Mentor (10%). Mentor. F. Gaston-Johansson, PI. *Post Doctoral Training in Breast Cancer.* US Department of Defense.

1999 – 2009 (10%, no compensation), J. Campbell, PI, Interdisciplinary Research Training On Violence. National Institutes of Mental Health.T32MH20014. (Institutional NRSA, Pre & Postdoctoral training) $1.3 ml

1999 – 2005 (10%, no compensation) Gaston-Johansson, F., P.I., Global Health Promotion Minority Research Training. (Collaborating countries: Sweden, South Africa, Israel and England). Funded by NIH/Fogarty International Center (T37 TW00108). $685,365.00

1992 – 1993 WSU Graduate Research Assistantship

1990 – 1993 Kellogg National Leadership Fellowship, Kellogg Foundation $35,000

1987 – 1988 WSU Graduate Research Assistantship

1983 – 1985 Predoctoral Fellowship, Division of Nursing, DHHS (#NU05658) Institutional NRSA
        $12,000; $15,600 Stipend

**Sponsorship for NIH National Research Service Awards (NRSA)**

2011-13 Co-sponsor for Jennifer Wagman (PhD Student JHU BSPH) *Impact of Intimate Partner Violence and HIV Prevention Intervention in Uganda.* NIMH (Behavioral HIV/AIDS) F31 MH095649-01A1 PI: Wagman, J.

2011 -12 Sponsor for Jessica Draughon, (PhD Student, JHU SON) *Sexual Assault and Protocol Adherence in Post-Exposure Prophylaxis (nPEP) for HIV Prevention.* NIMH (Behavioral HIV/AIDS) F31 MH088850.

2010 -12 Co-sponsor for Kristal Melvin (PhD Student, JHU SON) *Couple Functioning and Post-traumatic Stress in OIF/OEF Veterans and Spouses.* TriService Nursing Research Program MDA# HU0001-10-1-TS03

2009-11. Co-Sponsor for Jeane Alhusen (PhD Student, JHU SON). *Facilitators and barriers to health promoting practices during pregnancy.* NINR F31NR010957

2008-10 Sponsor for Marguerite Baty (PhD student, JHU SON). *Examining HIV risk, relationship power and partner violence in Cebu, Philippines.* NIMH F31MH084766.

3

2008–09.  Co-Sponsor for Jessica Roberts Williams (PhD Student, JHU SON). *Relational aggression and dating violence in adolescents.*  NINR F31NR009744.

2007–09.  Co-Sponsor for Jamila Stockman (PhD Student, JHU Bloomberg School of Public Health). *Influence of sexual violence and partner dynamics on women's HIV risk.*  NIMH F31 MH082609.

2004-07. Sponsor for Anne Outwater (PhD Student, JHU School of Nursing). *Intentional injury deaths in Dar El Salaam, Tanzania.*  NINR F31 NR008809.

2004-07. Co-Sponsor for Annie Lewis O'Connor (PhD Student, Boston College School of Nursing). *When push comes to shove: Screening mothers for intimate partner violence (IPV) in a pediatric setting.* NINR F31 NR008827

2004-06. Sponsor for Nina Fredland (PhD Student, JHU School of Nursing). *Health outcomes of young teens exposed to violence.* NINR F31 NR008176.

2004-06. Co-Sponsor for Maureen George, PhD. (Post Doctoral Fellow, JHU School of Nursing) *CAM use for Asthma in low-income black and white adults.*  F32 AT002012.

2004–06.  Sponsor for Kristin Dunkle, PhD (Post Doctoral Fellow, JHU and Medical Research Council, SA.)  *Violence and HIV risk among young men in South Africa.*  F32 MH 071197 (awarded not activated)

2001–03. Sponsor for Anne Woods (PhD Student, JHU School of Nursing). *Biophysical and Immunologic responses to battering.*   NINR F31NR07600-01

1999-02. Sponsor for Xiao Xu (PhD Student, JHU School of Nursing).  *Intimate partner violence and health consequences in China.*  NINR F31 NR 07446.

1999-02. Co-Sponsor for Mary Garza (PhD Student, JHU School of Hygiene and Public Health). *Evaluation of a shelter stay for abused women.*  National Institutes of Mental Health.  F31MH10490

1992-97. Co-Sponsor for Paula Renker (PhD Student, Wayne State University College of Nursing). *Abuse during pregnancy among adolescents.*  National Institutes for Nursing Research, F31 NRO6815.

1995-97 Co-Sponsor for Stephanie Woods, (PhD Student, Wayne State University College of Nursing). *PTSD in abused and formerly abused women.*  National Institutes for Mental Health, F31 MH10490

1995-96. Co-Sponsor for Sarah Hautzinger (PhD Student, JHU Anthropology Department).  *Domestic violence and police response in Brazil.*  National Institutes for Mental Health, F31 MH11094

1990-92. Sponsor for Sheila Bunting (PhD Student, Wayne State University College of Nursing). *HIV in women.*  National Institutes for Nursing Research, F31 NRO6440.

1989-92. Sponsor for Chris McQuiston (PhD Student, Wayne State University College of Nursing).  *Self care and STD risk in women.*  National Center for Nursing Research, F31 NROG364.

RESEARCH/SCHOLARSHIP
**Investigations Funded**

2015-2020 – PI (15%) Technical Assistance Center for DV Risk Assessment.  Office on Violence Against Women (OVW), Department of Justice, Award # 2015-SI-AX-K005

4

2015-2020 Co-I (5%) (N. Glass, PI) *Effectiveness of a Safety App to Respond to Dating Violence for College Women.* NICHD R01HD076881

2015-2020 PI (20%) Impact of Culturally-specific Danger Assessment on Safety, MH, and Empowerment. NICHD R01 HD081179-01

2015-2020 (Advisory Committee).  (D. Ford, PI) BIRCWH Building Interdisciplinary Research Careers in Women's Health K12

2014-2019 Site PI. (10%). (J. Stockman, PI) *Physiological and behavioral mechanisms linking forced sex to HIV risk.*  NICHD 1R01HD077891

2013-2015 Co-PI (10%) (with M. Cohen, S. Dubos) Site PI. *Domestic Violence Homicide Prevention Initiative* NIJ/DOJ/OVW 2013-x0008-MD-TA

2012-22 Co-Director, Development Core. (5%) R. Chaisson, PI. *Center for AIDS Research.*  NIAID 1P30AI094189-2

2012-17 Co-Investigator (5%) P. Sharps (PI). *Perinatal Nurse Home Visitation Enhanced with w/MHealth* NICHD R01 HD 071771

2012-17 Co-Investigator (5%) N. Glass (PI) *Youth and Adult Microfinance to Improve Resilience Outcomes in DRC* NICHD R01 HD071958.

07/12-12/12  PI (10%) *Developing the One Love App of the Danger Assessment for College Aged Women.* One Love Foundation

2010-15 Co-Investigator (5%). N. Glass (PI). *A Microfinance Intervention to Improve Health of Rape Survivors in the DRC.* NIMHD R01 MD006075.

2010-15 Co-I (5%) N. Glass (PI) *Internet-Based Intervention to Improve Mental Health Outcomes for Abused Women* NIMH R01MH085641

Co-I, (2010-15) (3%) Latimer, W., PI.  *Four-Arm RCT of Brief MI vs. Couples-Based HIV/STI Prevention in Sub-Saharan Africa.*  R01 DA029894

2008-14 Co-PI (15%). Messing, J. (Co-PI) *The Oklahoma Lethality Assessment Intervention Study.* R01 type study funded by National Institutes of Justice.  2008-WG-BX-0002.

2008–10 Co-I (10%) N. Glass (PI). *Partnership to Improve Workspace Safety for In Home Care Work National Institute Occupational Safety & Health* (R01 OH OH009080),

2008-12 PI (15%).  *Abuse Status and Health Consequences for African American and Afro-Caribbean Women.*  R01 funded through Caribbean Exploratory Center (P20) at the University of the Virgin Islands School of Nursing.   P20 MD002286, G. Callwood, PI.

2006-09. Co-PI (5%) D. Webster (PI).  *Field Evaluation of Risk Assessment.*  R49 funded through Center for Injury Research Prevention, Centers for Disease Control and Prevention. (R49 CE000198-030).

2005-10. Co-PI (10%) P. Sharps, (PI).  *Domestic Violence Enhanced Home Visitation (DOVE).* National Institute of Nursing Research.  (R01 NR009093).

5

2005-10. Co-PI (10%). (L. Feder, PI). *An Enhanced Nurse Home Visitation Program to Prevent IPV.* CDC U49 CE 000516-01. $1.7 ml.

2005-09. PI (20%) *Health and Employment Outcomes of Workplace Violence for Nursing Personnel. NIH/NIOSH.* (J. Kub, Co-PI, S. Fitzpatrick, J. Agnew, Co-I's). R010H007953 $1.5 ml.

2002-07. Mentoring Core Director (10%). (F. Gaston-Johansson, PI). *Center for Addressing Health Disparities.* P20 NR0837501

2001-05, Co-I (10%) (D. Ford, PI) *Evaluation of an Intimate Partner Violence Intervention,* S1751-21/21; DHHS/CDC $1.5 ml.

2000–05 PI (20%) *Risk Assessment Validation Study,* National Institute of Justice, #2000WTVX0011, $1.8 ml.

2000-05 PI (20%) *An Arts Based Initiative for the Prevention of Violence Against Women and Girls,* US4/CCU 3199009 DHHS/CDC $2 mil.

2002-04, Co-PI (10%) (M. Koenig, PI); *Toward Understanding the Causes of Domestic Violence in Northern India,* R01 HD39405-01NICHD

1998-2000 Co-PI (15%) *Field Testing Domestic Violence Risk Assessment Instruments: Planning Study for an Experimental Intervention.* (C. O'Sullivan, PI, National Institute of Justice).

1996-2000 PI (20%) *Risk Factors for Homicide in Violent Intimate Relationships.* NIH, R01 DA/AA11156-01, $1.27 million.

1998-1999 PI *Minority supplement* for Xiao Xu, *Risk Factors for Homicide in Violent Intimate Relationships.* NIH, R01 DA/AA11156-01, $26,000.00.

1997-1999 PI *Minority supplement* for Phyllis Sharps, PhD, *Risk Factors for Homicide in Violent Intimate Relationships.* NIH, NIDA R01 DA/AA11156.

1996-2000 PI *Identification of Abuse and Health Consequences for Military and Civilian Women.* US Army Medical Research & Material Command Defense Women's Health Extramural Research Program. DE950307, $1.2 million.

1994-1997 PI *Evaluation of the National Health Initiative to Improve Emergency Response to Battered Women.* Centers for Disease Control. R49 CCR310553, $853,141.

1996-1997 Co-PI *Intervention to Identify Battering in Ambulatory Care.* US Department of Defense (S. Torres, UNC Charlotte, PI). N95-008, $316,218.

1990-1994 PI *Birth Weight and Abuse During Pregnancy: A Nursing Analysis of Cultural Influences.* National Center for Nursing Research. R01 NR02571, $551,688.

1991-1993 PI *Minority supplement* for Patricia Price, PhD Student. *Birth Weight and Abuse During Pregnancy: A Nursing Analysis of Cultural Influences.*National Center for Nursing Research. RO1 NR02571-0251. $43,191.

1987-1993 PI *Women's responses to battering.* NIH, National Center for Nursing Research. NURS 1 R29 NR01678, $344,133.

6

1991-1992 PI *Model wife abuse protocols for emergency rooms in Michigan.* Michigan II. Domestic Violence Prevention and Treatment Board. $6,000.

1989 PI *Battering during pregnancy:  Pilot data analysis.* Biomedical Research Support Grant Award (No. 2-S07 RR05718), NIH Division of Research Resources. $2000. PI: F. Shea.

5/1987-8/1987 PI *Responses of women to battering:  A follow-up study.*  WSU Research Award Program, $6000

3/1987-11/1987 PI *Women's responses to rape in battering relationships.*  WSU Small Research Grant.

1986 PI *Responses of women to battering:  Secondary analysis for proposal preparation.* WSU College of Nursing 1986 Research Incentive, $5,334.

1986 PI *A nursing study of two explanatory models of women's responses to battering.* (Dissertation). Funded by Sigma Theta Tau, Lambda Chapter, $1000; University of Rochester School of Nursing Alumni Association, $650.

1984-86 PI. *A nursing study of women's responses to battering.* National Research Service Award Fellowship, National Center for Nursing Research #NU05658,

**Funded Research Consultations/Mentorship**

Primary mentor (2016-2021).  Sabri, B. (K Award)

Advisor (2014-2015). Dowling, A. *Caribbean Men's Study.*  JHU Provost's Undergraduate Research Award.

Advisor (2013-2014) Huerta, J. *The Effect of Cumulative Abuse on Mental Health Outcomes Among a Sample of African American and African Caribbean Women.* JHU Provost's Undergraduate Research Award.

Advisor (2012-2013) Nichols, J.  *Measurement of Intimate Partner Violence Using the SVAWS Among African American and African Caribbean Women.*  JHU Provost's Undergraduate Research Award.

Consultant (2015-2016), *Army Family Advocacy Program Incident Determination Committee Testing and Evaluation.*  Richard Heyman and Amy Slep, PIs; National Institute of Food and Agriculture (USDA)

Consultant (2012-2017). Consultant, Caribbean Exploratory Center (P20) at the University of the Virgin Islands School of Nursing.  P20 MD002286, G. Callwood, PI.

Consultation (2012).  Coordinating Committee on Women's Health (CCWH), Office of Women's Health. Screening and Counseling for Interpersonal and Domestic Violence:  Implementing the Recommendations.

Advisor, (2011-12) Mana-ay, M.  *Community Attitudes about Domestic Violence and Effects on Resource Utilization in the US Virgin Islands and Baltimore.* JHU Provost's Undergraduate Research Award.

Consultant (2008-2012).  *The BIDENS Study.* Funded by the EU and the Norwegian Ministry of Health, Oslo, NIH/NIEHS (grant no N01-ES-85433), NIH/NINDS (grant no.1 UO1 NS 047537-01), and the Norwegian Research Council/FUGE, Oslo (grant no. 151918/S10).  Berit Schei, PI.

7

Consultant, Expert Workshop member (2010 – 2012) Division of Healthy Start and Perinatal Services (DHSPS) within the Maternal Child Health Bureau (MCHB) at the Health Resources and Services Administration (HRSA), on prevention, co-occurrence, assessment, resources and services available to mitigate Intimate Partner Violence (IPV) and Post Partum Depression (PPD) among women served by State and Healthy Start agencies.

Consultant, Caribbean Exploratory Center (P20) at the University of the Virgin Islands School of Nursing. P20 MD002286, G. Callwood, PI.

Co-Mentor. Bair-Merritt, M. (2006 – 2013).  *Intimate Partner Violence and Child Health.* (NICHD K01 K23HD057180).

Consultant, Mentor, Advisory Board.  (2009-2012) HIV/AIDS Translational Training (HATT) Program. PI, G. Wyatt.  (NIMH)

Advisor (2010-11) Chappell, A. *Abuse During Pregnancy and Perinatal Outcomes among African American and African Caribbean Women.*  JHU Provost's Undergraduate Research Award.

Advisor, (2008-09) Mousco-Jackson, G. *Acceptability of Screening for Intimate Partner Violence Among Afro-Caribbean Women.*  JHU Provost's Undergraduate Research Award.

Advisor, (2008- 09). Robinson, S. *PTSD among Afro-Caribbean Abused Women.*  JHU Provost's Undergraduate Research Award.

Advisor (2008-09). Vincent, C. *Psychological Workplace Violence:  Relationship with Depression Among Nurses.* JHU Provost's Undergraduate Research Award

Advisor, (2007-08) Otter, A. *Intimate partner violence during the childbearing year: An exploration of physical and sexual abuse, depression, trauma history, and pregnancy intention among low-income women in Portland, Oregon.*  JHU Provost's Undergraduate Research Award.

Co-Mentor Teitleman, A. (2007-2010).  *HIV Prevention and Partner Abuse: Developing an Intervention for Adolescent Girls* (NIMH K01 MH080649)

Co-Mentor (2007 - 10) George, M. *Patient-Provider Communication about Alternative Health Beliefs and Practices.* (National Center for Complementary and Alternative Medicine K23 AT003907).

Consultant (2009-2012) Reimer, J., PI. *Walking the Path Together.* (Canadian Research Initiative First Nations).

Consultant (2008-10) Carley-Baxter, L (PI), Research Triangle Institute.  *National Intimate Partner Violence & Sexual Violence Surveillance System* (funded by CDC).

Consultant (2007 – 2012).  G. Caldwell, PI, *US Virgin Islands Export Center for Health Disparities* NIH – National Center on Minority Health and Health Disparities (P30 MD001123)

Consultant (2006-10).  Cerulli, C. *Court-Based Mental Health Screening and Service Referrals for IPV Victims* (K01 MH075965).

Consultant (2007-2008).  M. A. Forgey, PI, *Development and Evaluation of a Training Curriculum in Evidence Based Spouse Abuse Assessment.* Henry M. Jackson Foundation for the Advancement of Military Medicine. Subcontract - No. 0000139183

Co-Mentor (2005-08).  Tyson, S.  *Domestic violence prevention for African American women.*  (NINR K 01008666)

Consultant (2005-08).  Woods, S. *PTSD and Immune System Function.* (R01 NR).

Consultant (2004-07).  Nicolaidis, C.  *Developing an abuse-sensitive depression care model.*  (k23 MH073008).

Consultant (2004-07).  Glass, N.  *Culturally specific workplace volence prevention strategies for female employees.*  (R01 NR008771).

Co-Mentor (2002-07).  Walton-Moss, B. *Intervention effect on abused women in drug treatment.* (K23 DA 013955).

Consultant   (2003-04) Renker, P.  *A nursing strategy computerized violence screening.* (NINR/NIH, 1 R15 NR008399)

Consultant. (2002-05). Sommers, M. S.  *Sensitivity of the Colposcopy Exam after sexual assault.*  (NINR R01)

2001-2007 Consultant. G. Caldwell, PI, US Virgin Islands Caribbean Export Center for Health Disparities NIH – National Center on Minority Health and Health Disparities (R24 MD001123)

Co-Mentor (2001-05) Woods, S.  *Intimate partner violence, PTSD and immune responses.*  (NINR K Award; K23 NR007761)

Consultant (2001 - 04) Rodriguez, M.A. *Examining the social and cultural factors affecting the resolution of partner abuse.* (AHRQ R01)

Consultant. (2001-02) Adams, D.  (PI)  *Danger Assessment Training Project*  (DOJ)

Advisor (2001-03) International Association of Chief of Police;  *Project to study the practice of domestic violence fatality reviews and develop model protocols for law enforcement's role in this process.*  (APPA funding)

Consultant.  (2000-05). Taylor, J. Y.  *Incarcerated Abused Women: Ethnic Sensitive Interventions.*  (NINR K Award)

Consultant.  (2000 - 03)  Curry, M. A.  (PI)  *Randomized control intervention for abused pregnant woman.*  (NINR R01)

Consultant.  (1999-2004). Guzman, R. (PI).  *A community based intervention to prevent intimate partner violence against Latina women in Southwest Detroit.* (Centers for Disease Control REACH 2010 planning grant & Skillman Foundation grant).

Advisor (1997-98) Beranski, C. *Violent Behavior Among Our Youth Today: An Inquiry into the Origin, Patterns and Escalation of Violent Tendencies in our Youth.*   JHU Provost's Undergraduate Research Award

Consultant.  (1998-2003). Kilpatrick, D. (PI).  *Violence Against Women Prevention Center.*  (CDC, U49/CCU415877.

Co-Chair, Steering Committee  (1998-2005),  Garcia-Moreno, C.  (PI)  *Multicountry study on women's health and violence against women.* World Health Organization.

9

Consultant (1997-2002). Rich, J. (PI). *Understanding violent injury in young Black men.* (National Institutes of Mental Health K08 MH01339.

Advisor (1994-95). Wessel, L. (1995). *Les Casas Des Madres: Sanctuary for battered women in Nicaraugua.* Provost's Undergraduate Research Award.

**SCHOLARSHIP**
**Journal Articles Published**
**Refereed Journals** (* data based)

1. *Ward-Lasher, A., Messing, J. T., Cimino, A., & **Campbell, J. C.** (under review). The association between intimate partner violence arrest and homicide risk. *Journal of Criminal Justice.*
2. *Messing, J. T., Mendoza, T., & **Campbell, J.C.** (accepted for publication). Alcohol use & latent profiles of intimate partner violence. *Journal of Social Work Practice in Addictions.*
3. *Cross, W. Crean, H., Gould, M., Campbell, J., Amezcua, N., Jones, K. R., Thompson-Stone, J. & Cerulli, C. (2017 online) Development and initial evaluation of a suicide prevention curriculum for domestic violence hotline workers. Journal of Family Violence. DOI http://dx.doi.org/10.1007/s10896-017-9922-7.
4. *Campbell, J., Ladden, M., McBride, A., Cimino, A., Kostas-Polston, E., Deming, K. (2017). Overview of the Robert Wood Johnson Foundation Nurse Faculty Scholars program. Nursing Outlook, *65*(3). 254-264. DOI: http://dx.doi.org/10.1016/j.outlook.2016.12.008.
5. Campbell, J., McBride, A., Etcher, L., Deming, K. (2017). Robert Wood Johnson Foundation Nurse Faculty Scholars program leadership training. *Nursing Outlook, 65*(3), 290-302. DOI: http://dx.doi.org/10.1016/j.outlook.2017.02.003.
6. *Glass, N., Perrin, N., Eden, K., Bloom, T., Gielen, A., Campbell, J., Hansen, G. (2017). The longitudinal impact of an internet safety decision Aid for abused women. American Journal of Preventive Medicine. https://www.ncbi.nlm.nih.gov/pubmed/28108189. PMID: 28108189 DOI: 10.1016/j.amepre.2016.12.014
7. *Glass, N., Perrin, N. A., Kohli, A., Campbell, J., Remy, M. M. (2017). Randomised controlled trial of a livestock productive asset transfer programme to improve economic and health outcomes and reduce intimate partner violence in a postconflict setting. BMJ Global Health 2: e000165. doi:10.1136/bmjgh-2016-000165.
8. *McBride, A., Campbell, J., Barr, T., Duffy, J., Haozous, E., Mallow, J., Narsavage, G., Ridenour, N., Theeke, L. (2017). The impact of the Nurse Faculty Scholars program on schools of nursing. *Nursing Outlook, 65*(3), 327-335. DOI: https://doi.org/10.1016/j.outlook.2017.01.013.
9. *McBride, A., Campbell, J., Fugate Woods, N., Manson, S. (2017). Building a mentoring network. *Nursing Outlook, 65*(3) 305-324. DOI: http://dx.doi.org/10.1016/j.outlook.2016.12.001.
10. *Thompson Adams, L., Campbell, J., Deming, K. (2017). Diversity: A key aspect of 21st century faculty roles as implemented in the Robert Wood Johnson Foundation Nurse Faculty Scholars program. *Nursing Outlook, 65*(3), 267-277. DOI: http://dx.doi.org/10.1016/j.outlook.2017.03.002.
11. *Messing, J.T., O'Sullivan, C., Cavanaugh, C.E., **Campbell, J.C.** (2017). Are Abused Women's Protective Actions Associated with Reduced Threats, Stalking, and Violence Perpetrated by their Male Intimate Partners? Violence Against Women, 23(3), 263-286.
12. *St. Vil, N., Alexander, K., Sabri, B. Nwokolo, V., & Campbell, J. C. (2017). A qualitative study of survival strategies used by Black Women who experienced IPV J of Social Work. 62(1), 63–71. PMID: 28395046 PMCID: PMC5391770 DOI: 10.1093/sw/sww080
13. *Alexander, K.A., Volpe, E.M., Abboud, S., **Campbell, J.C.** (2016). Reproductive coercion, Sexual risk behaviors, and mental health symptoms among young low-income behaviorally bisexual women: Implications for nursing practice. *Journal of Clinical Nursing*, DOI:: 10.1111/jocn.13238
14. Alvarez, C., Fedock, C., Grace, K., & **Campbell, J.C.** (2016). Provider screening and counseling for intimate partner violence: A systematic review of practices and influencing factors. Trauma,

Violence, & Abuse. https://www.ncbi.nlm.nih.gov/pubmed/27036407. PMID: 27036407 DOI: 10.1177/1524838016637080

15. *Burnett, C., Schminkey, D., Milburn, J., Kastello J., Bullock, L., **Campbell, J.,** & Sharps, P., (2016) Negotiating peril: The lived experience of rural, low-income women exposed to IPV during pregnancy and postpartum. Violence Against Women, 8, 943-65. http://dx.DOI.org/:10.1177/1077801215614972

16. *Campbell, D. W., **Campbell, J. C.,** Yarandi, H., O'Connor, A.L., Dollar, E., Killion, C.,, Sloand, E., Callwood, G., Cesar, N., Hassan, M., Gary, F. (2016) Violence and abuse of internally displaced women survivors of the 2010 Haiti earthquake International Journal of Public Health. DOI: 10.1007/s00038-016-0895-8. https://www.ncbi.nlm.nih.gov/pubmed/27624625

17. *Cavanaugh, C. **Campbell, J.C.,** Braxton, N., Harvey, J. & Wingood, G. (2016). Adapting an evidence-based HIV-prevention intervention for women in domestic violence shelters. *Psychology of Violence, 6,* 3, 469–477.

18. *Sabri, B., **Campbell, J.C.,** & Dabby, F.C. (2016). Gender differences in intimate partner homicides among ethnic subgroups of Asians. *Violence Against Women, 22* (4), 432-453. DOI: 10.1177/1077801215604743; PMCID# PMC4602399

19. *Sharps, P. W., Bullock, L. F., **Campbell, J. C.,** Alhusen, J. L., Ghazarian, S., Bhandari, S. S., Schminkey, D. (2016). Domestic violence enhanced perinatal home visits: The DOVE randomized clinical trial. *Journal of Women's Health, 25,* 11129-1138. DOI:10.1089/jwh.2015.5547.

20. Messing, J. & **Campbell, J. C.** (2016). Informing collaborative interventions: Intimate partner violence risk assessment for front line police officers. Policing: A Journal of Policy and Practice. Policing (online May 31, 2016 doi:10.1093/police/paw013).

21. *Paterno, M. T., Hayat, M. H, Wenzel, J., & **Campbell, J. C.** (2016) A mixed methods study of contraceptive effectiveness in a relationship context among young adult, primarily low-income African American women. *Journal of Racial and Ethnic Health Disparities.* Advance online publication.

22. *Peterson, K., Sharps, P., Banyard, V., Powers, R. A., Kaukinene, C., Gross, D., Decker, M., Baatz, C., & **Campbell, J.** (2016). An evaluation of two dating violence prevention programs on a college campus, *Journal of Interpersonal Violence.* (Epub ahead of print) http://dxDOI.org/:10.1177/0886260516636069

23. *Reinert, K. G., **Campbell, J. C.,** Bandeen-Roche, K., Lee, J. W., & Szanton, S. (2016).The role of religious involvement in the relationship between early trauma and health outcomes among adult survivors. Journal of Child and Adolescent Trauma, 9(3), 231-241. http://dx/DOI 10.1007/s40653-015-0067-7

24. *Brockie, T. B., Dana-Sacco, M., Wallen, G. R., Wilcox, H. C., & **Campbell, J.C.,** (2015). The relationship of Adverse Childhood Experiences to PTSD, depression, poly-drug use and suicide attempt in reservation-based Native American adolescents and young adults. *American Journal of Community Psychology, 55(3-4), 411-421.* http://dx.doi.org/*10.1007/s10464-015-9721-3.*

25. *Burnett, C., Schminkey, D., Milburn, J., Kastello J., Bullock, L., Campbell, J., & Sharps, P., (2016) Negotiating peril: The lived experience of rural, low-income women exposed to IPV during pregnancy and postpartum. *Violence Against Women, 8,* 943-65. http://dx.DOI.org/:10.1177/1077801215614972

26. *Cavanaugh, C., Messing, J., Eyzerovich, E., **Campbell, J. C.** (2015). Ethnic differences in correlates of suicidal behavior among women seeking help for intimate partner violence. Ethnic differences in correlates of suicidal behavior among women seeking help for intimate partner violence. Crisis. *The Journal of Crisis Intervention and Suicide Prevention* 36, 257-266. DOI: 10.1027/0227-5910/a000321

27. *Davies, L., Wuest, J,, Willson, A. E., Colleen, V., Scott-Storey, K., **Campbell, J.C.,** Ford-Gilboe, M. (2015). Patterns of cumulative abuse among female survivors of intimate partner violence: Links to women's health and socioeconomic status. *Violence Against Women, 21,* 30–48.

28. *Eden, K.B., Perrin, N. A., Hanson, G., Messing, J. T., Bloom, T., **Campbell, J. C.,** Gielen, A. C., Clough, A., Barnes-Hoyt, J.S., Glass, N. (2015). Aid Reduces Abused Women's Decisional

Conflict about Safety in an Abusive Relationship. *American Journal of Preventive Medicine, 48,* 372 – 383.

29. *Gabriel N.C., Sloand E, Gary F, Hassan M, Bertrand DR, Campbell J. C.  (2015) "The women, they maltreat them… therefore, we cannot assure that the future society will be good": Male perspectives on gender-based violence: A focus group study with young men in Haiti.  *Health Care Women for Women International.* 2015 Sep 11:1-18. [Epub ahead of print]

30. Ghandour, R., **Campbell, J. C.**, Lloyd, J. (2015). Screening and counseling for intimate partner violence: A vision for the future. *Journal of Women's Health, 24,* 57-61. http://dx.doi.org/10.1089/jwh.2014.4885

31. *La Flair, L.N., Bradshaw, C.P., Mendelson, T., & **Campbell, J.C.** (2015). Intimate partner violence victimization and development of psychiatric symptoms in women: The role of attachment. *Journal of Family Violence, 30* (4): 567–577.

32. *Maxwell L., Devries K., Zionts D., Alhusen J.L., **Campbell J.C.** (2015). Estimating the effect of intimate partner violence on women's use of contraception:  A systematic review and meta-analysis. *PLoS ONE, 10*(2):e0118234. http://dx.doi:10.1371/journal.pone.0118234 PMID 25693056

33. *Messing, J.T., **Campbell, J. C.**, Wilson, J. S. (2015). "Research Designs in the Real World: Testing the Effectiveness of an IPV Intervention." *National Institute of Justice Journal*, no. 275, NCJ 248781. http://www.nij.gov/journals/275/pages/research-designs.aspx.

34. *Messing, J. T., **Campbell, J. C.**, Wilson, J., Brown, S., & Patchell, B. (2015). The Lethality Screen: The predictive validity of an intimate partner violence risk assessment for use by first responders. *Journal of Interpersonal Violence.* Epublication ahead of print. *PMID:25969441; DOI:10.1177/0886260515585540*

35. *Messing, J. T., **Campbell, J. C.**, Webster, D. W., Wilson, J., Brown, S. Patchell, B. (2015).  The Oklahoma Lethality Assessment Study: A quasi-experimental evaluation of the Lethality Assessment Program. *Social Service Review, 89*(3), 499–530. http://doi.org/10.1086/683194

36. *Reinert, K., Bandeen-Roche, K., Sharps, P., & **Campbell, J. C.** (2015).  Gender and race variations of the intersection between religious involvement, early trauma and adult health. *Journal of Nursing Scholarship.* Published online ahead of print, June, 2015.  doi: 10.1111/jnu.12144

37. *Sabri, B., St.Vil, N.M., **Campbell, J.C.**, Fitzgerald, S., Kub, J., Agnew, J. (2015). Racial and ethnic differences in factors related to workplace violence victimization. *Western Journal of Nursing Research,* 37 (2):180-196. doi: 10.1177/0193945914527177; PMCID# PMC4169764

38. Stockman, J. K., Hayashi, H., **Campbell, J. C.** (2015). Intimate partner violence and its health impact on ethnic minority women. *Journal of Women's Health, 24,* 1-18. http://dx/DOI:10.1089/jwh.2014.4879

39. *Anderson, J. C., Stockman, J., Sabri, B., Campbell, D. W., & **Campbell, J. C.** (2014). Injury outcomes in African American and African Caribbean Women: The role of intimate partner violence, *Journal of Emergency Nursing. http://dx.doi.org/10.1016/j.jen.2014.01.015.* PubMed PMID: 24768096

40. *Draughon, J.E., Lucea, M.B., Stockman, J., Paterno, M.T., Bertrand, D., Sharps, P., Campbell, D.W., **Campbell, J. C.** (2014).  Impact of intimate partner forced sex on HIV risk factors in physically abused African American and African Caribbean women. *Journal of Immigrant and Minority Health (JOIH).*  http://dx.DOI:10.1007/s10903-014-0112-x Published online September 24, 2014. NIMHS ID: 630656 PMID: 25248623.

41. *Cavanaugh, C., **Campbell, J. C.**, & Messing, J. (2014). A longitudinal study of the impact of cumulative trauma on co-morbid posttraumatic stress and depression among female nurses and nursing personnel.  Workplace Health & Safety, 62, 224-231.

42. *Lukasse M, Schroll AM, Ryding EL, Campbell J, Karro H, Kristjansdottir H, Laanpere M, Steingrimsdottir T, Tabor A, Temmerman M, Van Parys AS, Wangel AM, Schei B (2014) Prevalence of emotional, physical and sexual abuse among pregnant women in six European countries. Acta Obstet Gynecol Scand, 93 (7), 669-77.

43. *Messing, J.T., **Campbell, J.C.**, Brown, S., Patchell, B., Androff, D.K., Wilson, J.S. (2014). The association between protective actions and homicide risk: Findings from the Oklahoma Lethality Assessment Study. *Violence & Victims,* 29(4), 543-563.

44. *Sabri, B., Sanchez, M.V., & **Campbell, J.C.** (2014). Motives and characteristics of domestic violence homicides and suicides among women in India. *Healthcare for Women International.* http://dx.doi.org/10.1080/07399332.2014.971954

45. *Sabri, B., Stockman, J., **Campbell, J.C.**, O'Brien, Campbell, D., Callwood, G., Bertrand, D., Sutton, L., & Hart-Hyndman (2014). Factors associated with increased risk for lethal violence in intimate partner relationships among ethnically diverse black women. *Violence and Victims, 29,* 719-741.

46. *Schei B, Lukasse M, Ryding EL, **Campbell J**, Karro H, et al. (2014) A History of Abuse and Operative Delivery – Results from a European Multi-Country Cohort Study. PLoS ONE 9(1): e87579. http://dx.doi:10.1371/journal.pone.0087579

47. *Stockman, J.K., Lucea, M., Bolyard, R., Bertand, D., Callwood, G. B., Sharps, P., Campbell, D. W., **Campbell, J. C.,** (2014). Intimate partner violence among African American and African American women: Prevalence, risk factors and the influence of cultural attitudes. *Global Health Action, 7:* 24772 - http://dx.doi.org/10.3402/gha.v7.24772

48. *Wagman, J. A., Gray, R., **Campbell, J., C.,** Thoma, M., Ndyanabo, A., Ssekasanvu, J., Nalugoda, F., Kagaayi, J., Nakigozi, G., Serwadda, D., Brahmbhatt, H. (2014). Effectiveness of an integrated intimate partner violence and HIV prevention intervention in Rakai, Uganda: analysis of an intervention in an existing cluster randomised cohort. *Lancet Glob Health.* Published Online November 28, 2014 http://dx.doi.org/10.1016/S2214-109X(14)70344-4

49. Amar, A., Laughon, K., Sharps, P., **Campbell, J. C.,** AAN Expert Panel on Violence (2013). Screening and counseling for violence against women in primary care settings. *Nursing Outlook,* 61, 187-191.

50. Anderson, J., Farley, J. & **Campbell, J. C.,** (2013).  Interventions to Address HIV and Intimate Partner Violence in Sub-Saharan Africa: A Review of the Literature. Journal of the Association of Nurses in AIDS Care. 24(4):383-90. doi: 10.1016/j.jana.2013.03.003.

51. **Campbell, J. C.,** Lucea, M. B., Stockman, J., Draughon, J. (2013). Forced sex and HIV risk in violent relationships. *American Journal of Reproductive Immunology, 69* Suppl 1:41-44. http://dx.DOI:10.1111/aji.12026  PMCID: PMC3573255

52. *Cavanaugh, C. E., Messing, J. T. Amanor-Boadu, Y., O'Sullivan, C. S. Webster, D. **Campbell, J.C.** (2013 online). Intimate partner sexual violence: A comparison of foreign- versus US-born physically abused Latinas. *Journal of Urban Health: Bulletin of the New York Academy of Medicine.*  http://dx.doi.org/10.1007/s11524-013-9817-8

53. *Cavanaugh, C. E., Martins, S. S., Petras, H., **Campbell, J. C.** (2013), Mental Disorders associated with subpopulations of women affected by violence and abuse. *Journal of Traumatic Stress, 26,* 459–466. http://dx.doi.org/10.1002/jts.21821

54. *Lucea, M.B., Stockman, J.K., Sabri, B., Anderson, J.C., Bertrand, D., Campbell, D. W., Callwood, G. & **Campbell, J.C.** (2013). Factors influencing resource use by African American and African Caribbean Women disclosing intimate partner violence.  *Journal of Interpersonal Violence 28*(8):1617-41.  *PMID: 23295377 PMCID: PMC3622793.*

55. *Messing, J. W.,  Amanor-Boadu, Y. Cavanaugh, C. E., Glass, N., **Campbell, J. C.**  (2013) Identifying immigrant women at risk for intimate partner homicide: An adaptation of the Danger Assessment. *Social Work Research. 37,*(3). 263-275. doi: 10.1093/swr/svt019

56. *Sabri, B., Bolyard, R., McFadgion, A., Stockman, J., Lucea, M., Callwood, G.B., Coverston, C.R., & **Campbell, J.C.** (2013). Intimate partner violence, depression, PTSD and use of mental health resources among ethnically diverse black women. *Social Work in Health Care,* 52 (4), 351-369. *PMID: 23581838 PMCID: PMC3628556*

57. *Sabri, B., Stockman, J., Bertrand, D., Campbell, D., Callwood, G., & **Campbell, J.C.** (2013). Victimization experiences, substance misuse and mental health problems in relation to risk for lethality among African American and African Caribbean women. *Journal of Interpersonal Violence, 28 (16), 3223-3241.* PMC3786057

13

58. *Sabri, B., Hong, J.S., **Campbell, J.C.**, & Cho, H. (2013). Understanding children and adolescents' victimizations at multiple levels: An ecological review of the literature. *Journal of Social Service Research, 39* (3) 322-334. http://dx.doi.org/10.1080/01488376.2013.769835; PMCID# PMC3779608.

59. *Scafide, K.N., Sheridan, D.J., **Campbell, J.C**, DeLeon, V.B., Hayat, M.J., (2013). Evaluating change in bruise colorimetry and the effect of subject characteristics over time, *Forensic Science, Medicine, & Pathology, 9,* 367-376, 2013.

60. *Stöckl, H., Devries, K., Rotstein, A. Abrahams, N., **Campbell, J.**, Watts, C. Garcia-Moreno, C. (2013).  The global prevalence of intimate partner homicide. *The Lancet, 382* (9895) 859-865.  http://dx.doi.org/10.1016/S0140-6736(13)61030-2

61. *Stockman, J.K., Lucea, M.B., Draughon, J.E., Sabri, B., Anderson, J.C., Bertrand, D., Campbell, D. W., Callwood, G. & **Campbell, J.C.** (2013).  Intimate partner violence and HIV risk factors among African American and African Caribbean women in clinic-based settings.  *AIDS Care, 25*(4):472-80. http://doi:10.1080/09540121.2012.722602  Epub 2012 Sep 25. PMID:23006050. PMCID: PMC3556174

62. *Amanor-Boadu, Y., Messing, J.T., Stith, S.M., Anderson, J.R., O'Sullivan, C., & **Campbell, J.C.** (2012). Immigrant and non-immigrant women: Factors that predict leaving an abusive relationship.*Violence Against Women,*. 18(5) 611–633.  http://DOI:10.1177/1077801212453139

63. *Bhandari, S., Bullock, L., Bair-Merritt, M., Rose, L., Marcantonio, K., **Campbell, J. C.**, Sharps, P. (2012).  Pregnant Women Experiencing IPV: Impact of supportive and non-supportive relationships with their Mothers and other supportive adults on perinatal depression: A mixed methods analysis *Issues in Mental Health Nursing,* 33:827–837. http://DOI:10.3109/01612840.2012.712628

64. *Cavanaugh, C.E., Messing, J.T., Petras, H., Fowler, B. LaFlair, L., Kub, J., Agnew, J., Fitzgerald, S., Bolyard, R., & Campbell, J.C. (2012). Patterns of violence against women: A latent class analysis. Psychological Trauma: Theory, Research, Practice, and Policy. 4(2):169-176.

65. Decker MR, Frattaroli S, McCaw B, Coker AL, Miller E, Sharps P, Lane W, Mandal M, Hirsch K, Strobino D, Bennett WL, **Campbell J. C.** Gielen A.  (2012). Transforming the health care response to intimate partner violence and taking best practices to scale.  *Journal of Women's Health, 21*(12), 1222-9. PMCID: PMC3654819

66. *La Flair, L.N., Bradshaw, C.P., & **Campbell, J.C.** (2012).  Intimate partner violence/abuse and depressive symptoms among female healthcare workers: Longitudinal findings. *Women's Health Issues. 22, e*53-e59. http://doi:10.1016/j.whi.2011.07.001

67. Littlejohn, L., **Campbell, J.**, Collins-McNeil, J., & Khayile, T, (2012). Nursing Shortage: A Comparative Analysis.  *International Journal of Nursing, 1*(1), 21-26.

68. *Lucea, M. B., Francis, L., Sabri, B. **Campbell, J. C.,** & Campbell, D.W. (2012). Disordered eating among African American and African Caribbean Women: The influence of intimate partner violence, depression, and PTSD. *Issues in Mental Health Nursing, 33,* 513–521. http://DOI:10.3109/01612840.2012.687037

69. *Lucea, M.B., Hindin, M.J., Kub, J. & **Campbell, J. C.** (2012) HIV risk, partner violence, and relationship power among Filipino young women: Testing a structural model. *Health Care for Women International 33*, 302-320. http://DOI:10.1080/07399332.2011.646369

70. *Melvin, K.C., Gross, D., Hayat, M.J., Jennings, B.M., & **Campbell, J.C.** (2012). Couple functioning and posttraumatic stress symptoms in US Army Couples: The role of resilience. *Research in Nursing and Health*. http://DOI:10.1002/nur.21459

71. *Messing, J., LaFlair, L., Cavanaugh, C., Kanga, & **Campbell, J.C.** (2012). Testing Posttraumatic Stress as a mediator of childhood trauma and adult intimate partner violence victimization. J*ournal of Aggression, Maltreatment & Trauma, 21,* 792–811. http://DOI:10.1080/10926771.2012.686963

72. *Nichols-Hadeed, C., Cerulli, C. Kaukeinen, K. Rhodes, K., Campbell, J. C. (2012).  Assessing Danger: What Judges need to know. *Family Court Review, 50*(1): 150–158. doi:10.1111/j.1744-1617.2011.01436.x

73. *Outwater, A. H., Tarimo, E., Miller, J., & **Campbell, J. C.** (2012). Meanings of care by bereaved relatives of homicide victims in Dar es Salaam, Tanzania: Implications for Nursing, *Journal of Transcultural Nursing, 23*:397-405. DOI: 10.1177/1043659612451602.

74. *Sabri, B., Coohey, C., & **Campbell, J. C** (2012). Multiple victimization experiences, resources, and co-occurring mental health problems among substance-using adolescents, *Violence and Victims, 27,* 744-765. doi.org/10.1891/0886-6708.27.5.744

75. Davidson, P., McGrath, S. J., Meleis, A. I., Stern, P., DiGiacomo, M., Dharmendra, T. Correa-de-Araujo, R., **Campbell, J. C.**, Hochleitner, M., Messias, D., Brown, H., Teitelman, A., Sindhu, S., Reesman, K., Richter, S., Sommers, M., Schaeffer, D., Stringer, M., Sampselle, C., Anderson, D., Tuazon, J., Cao, Y., Covan, E.  (2011). The health of women and girls determines the health and well-being of our modern world: a white paper from the International Council on Women's Health Issues   *Health Care for Women International, 32,* 870-886. DOI:10.1080/07399332.2011.603872

76. ***Campbell, J. C.**, Messing, J., Kub, J., Agnew, J., Fitzgerald, S., Fowler, B., Sheridan, S., Lindauer, C., Deaton, J., Bolyard, R. (2011). Workplace Violence: Prevalence and Risk Factors in the Safe at Work Study. *Journal of Occupational and Environmental Medicine, 53* (1), 82-89. DOI: 10.1097/JOM.0b013e3182028d55

77. *Cavanaugh, C.E., Messing, J.T., Del-Colle, M., O'Sullivan, C. & **Campbell, J. C.** (2011). Prevalence and correlates of suicidal behavior among adult female victims of intimate partner violence.  *Suicide and Life Threatening Behavior, 41,* 372-383. DOI: 10.1111/j.1943-278X.2011.00035.x PMCID: PMC3152586

78. Feder, L. Niolon, P. H., **Campbell, J. C.**, Wallinder, J., Larrouy, H. Nelson, R. (2011). The need for experimental methodology in intimate partner violence: Finding programs which effectively assist victims. *Violence Against Women, 17*(3) 340–358. DOI: 10.1177/1077801211398620.

79. Kwako, L. E., Glass, N. **Campbell, J. C.**, Melvin, K., Barr, & Gill, J. M. (2011).  Traumatic Brain Injury in intimate partner violence: A critical review of outcomes and mechanisms.  *Trauma, Violence & Abuse, 12*(3):115-26. DOI: 10.1177/1524838011404251.

80. *Magnussen, L., Shoultz, J., Richardson, K., Oneha, M. F., **Campbell, J. C.**, Matsunaga, D. S., Selifis, S. M., Sapolu, M., Samifua, M., Manzano, H., Spencer, C., Arias, C. (2011). Responding to the needs of culturally diverse women who experience Intimate Partner Violence. *Hawaii Medical Journal, 70*(1), 9-15.

81. *Messing, J., Cimino, A., **Campbell, J. C.**, Brown, S., Patchell, B., & Wilson, J. S., (2011). Collaborating with police departments: Recruitment in the Oklahoma Lethality Assessment (OK-LA) study. *Violence Against Women, 17*(2), 163–17. DOI: 10.1097/ANS.0b013e318227241d

82. *Outwater, A. H., **Campbell, J. C.**, & Mgaya, E. (2011). Implementation of the WHO/CDC Guidelines for Intentional Injury Death Surveillance: A mixed methods approach in Dar es Salaam, Tanzania. *Homicide Studies, 15*(3), 253-267.  DOI: 10.1177/1088767911418951

83. *Palladino, C. L.; Singh, V.; **Campbell, J. C.**; Flynn, H. & Gold, K. (2011). Homicide and suicide during the perinatal period: Findings from the National Violent Death Reporting System. *Obstetrics and Gynecology,* 118, 1056-63. DOI: 10.1097/AOG.0b013e31823294da. PMCID: PMC3428236

84. *Varcoe, C., Hankivsky, O., Ford-Gilboe, M., Wuest, J., Wilk, P. Hammerton, J., **Campbell, J. C.** (2011).  Attributing selected costs to intimate partner violence in a sample of women who have left abusive partners:  A social determinants of health approach. *Canadian Public Policy, 37*(3): 359-380.

85. *Wilson, J. S., West, J., Messing, J. T., Brown, S., Patchell, B. & **Campbell, J. C.**  (2011). Factors related to Post Traumatic Stress symptomatology in women experiencing police involved intimate partner violence (PI-IPV). *Advances in Nursing Science, 3 (3): E14-E28.* DOI: 10.1097/ANS.0b013e318227241dJournal: ANS Adv Nurs Sci PubMed # 21822067 NIHMSID # 517334

86. *Wuest, J., Ford-Gilboe, M., Merritt-Gray, M., Wilk, P., **Campbell, J.**, Lent, B., Varcoe, C., & Smye. V. (2011) Pathways of chronic pain in survivors of intimate partner violence. *Journal of Women's Health, 19,* 1665-1674. DOI: 10.1089/jwh.2009.1856.

15

87. *Abrahams, N., Jewkes, R., Lombard, C., Mathews, S., **Campbell, J. C.**, & Meel, B., (2010). Impact of telephonic psycho-social support on adherence to post-exposure prophylaxis (PEP) after rape. AIDS Care, 22: 10, 1173 - 1181. DOI: 10.1080/09540121003692185

88. *Bracken, M., Messing, J., **Campbell, J. C.**, LaFlair, L., Kub, J. (2010). Intimate partner violence and abuse among female nurses and nursing personnel: Prevalence and risk factors, *Issues in Mental Health Nursing*, 31, 137–148. DOI: 10.3109/01612840903470609

89. Bair-Merritt, M., Trent, M., Thompson, D., Crowne, S., Sibinga, E. & **Campbell, J. C.** (2010). Why do women use intimate partner violence?  A systematic review of women's motivations. *Violence, Trauma & Abuse, 11,* 178-189. DOI: 10.1177/1524838010379003

90. Outwater AH, Mgaya E, **Campbell JC**, Becker S, Kinabo L, Menick DM.  2010. Homicide of children in Dar es Salaam, Tanzania. *East African Journal of Public Health. 7(4):345-9.*

91. *Stockman J.K., Celentano D.D, **Campbell J.C.** (2010). Prevalence of forced sexual initiation and association with sexual risk behaviors in a nationally representative sample of women. J Acquired Immune Deficiency Syndrome, *53*, 136–143.

92. *Stockman, J., **Campbell, J.**, & Celentano, D. (2010).  Sexual violence and HIV risk behaviors among a nationally representative sample of heterosexual American women: The importance of sexual coercion. *Journal of Acquired Immune Deficiency Syndrome. 53,* 136-143. 10.1097/QAI.0b013e3181b3a8cc. PMCID: PMC2799543

93. *Webster, D. W., Frattaroli, S., Vernick, J. S., O'Sullivan, C., Roehl, J., & **Campbell, J. C.**, (2010). Women with protective orders report failure to remove firearms from their abusive partners: Results from an exploratory study. *Journal of Women's Health, 19,* 93-98. DOI: 10.1089=jwh.2007.0530.

94. Btoush, R., & **Campbell, J. C.** (2009).  Ethical conduct in intimate partner violence research: Challenges and strategies. *Nursing Outlook, 57,* 210-216. DOI:10.1016/j.outlook.2008.10.005

95. * Btoush, R., Gebbie, K., & **Campbell, J. C.** (2009).  Care provided to female visits coded as Intimate Partner Violence in a National Survey of Emergency Departments.  *Women's Health Issues, 19,* 253–262**.** DOI:10.1016/j.whi.2009.03.004

96. **Campbell, J. C.**, Glass, N., Sharps, P. W. Laughon, K., Yragui, N., & Sutherland, M. A. (2009) Research on intimate partner violence and femicide, attempted femicide, and pregnancy-associated femicide, *Family & Intimate Partner Violence Quarterly, 2,* 115-140.

97. ***Campbell, J.C.**, Webster, D. W., & Glass, N. E. (2009).  The Danger Assessment:  Validation of a lethality risk assessment instrument for intimate partner femicide.  *Journal of Interpersonal Violence, 24,* 653-674. DOI: 10.1177/0886260508317180

98. *Ford- Gilboe, M., Wuest, J., Varcoe, C., Davies, L., Merritt-Gray, M., **Campbell, J.**, Wilk, P. (2009). Modeling the effects of intimate partner violence and access to resources on women's health in the early years after leaving an abusive partner. *Social Science and Medicine, 68,* 1021–1029. DOI:10.1016/j.socscimed.2009.01.003

99. *George, M., **Campbell, J.**, & Rand, C. (2009). Use of alternative therapies by chronic asthma patients.  *Journal of Asthma, 46,* 618-624. PMID19657906.  *doi:10.1080/02770900903029788*

100.         *MacMillan, H. L., Wathen, C. N., Jamieson, E., Boyle, M., Shannon, H. S., Ford-Gilboe, M., Worster, A., Lent, B. Coben, J., **Campbell, J.**, McNutt, L. (2009). Screening for Intimate Partner Violence in Health Care Settings: A Randomized Trial. *JAMA, 302,* 493-501. DOI:10.1001/jama.2009.1089

101.         Niolon, P. H., Whitaker, D. J., Feder, L., **Campbell, J. C.**, Wallinder, J., Self-Brown, S., Chivers, S. (2009). A multicomponent intervention to prevent partner violence within an existing service intervention.  *Professional Psychology: Research and Practice, 3,* 264–271. DOI:10.1037/a0013422

102.         *Outwater, A. H., **Campbell, J. C.**, Mgaya, E., Abraham, A. G., Kinabo, L., Kazaura, M., & Kub, J. (2009).  Homicide death in Dar es Salaam, Tanzania 2005.  *International Journal of Injury Control and Safety Promotion,15,* 4, 243-252. DOI: 10.1080/17457300802292439

103.         Rabin, R., Jennings, J., **Campbell, J. C.**, Bair-Merritt, M. (2009).  How should health care providers ask about intimate partner violence?  A systematic review of intimate partner violence screening questionnaires tested in health care settings.  *American Journal of Preventive Medicine, 36*(5), 439–445. DOI:10.1016/j.amepre.2009.01.024

16

104.      * Snider, C., Webster, D. W., O'Sullivan, C. S. & **Campbell, J. C.** (2009). Intimate partner violence: Development of a Brief Risk Assessment for the Emergency Department, *Academic Emergency Medicine, 16,* 1208-1216. DOI: 10.1111/j.1553-2712.2009.00457.x

105.      *Williams, J. R., Fredland, N., Kub, J. E., Han, H., **Campbell, J. C.** (2009). Relational aggression and adverse psychosocial and physical health symptoms among urban adolescents. *Public Health Nursing, 26(6),* 489–499. DOI: 10.1111/j.1525-1446.2009.00808.x

106.      *Wuest, J., Ford-Gilboe, M., Merritt-Gray, M., Varcoe, C., Lent, B., Wilk, P., & **Campbell, J. C.** (2009). Abuse-related injury and symptoms of Posttraumatic Stress Disorder as mechanisms of chronic pain in survivors of intimate partner violence. *Pain Medicine, 10(4),739-747.* DOI: 10.1111/j.1526-4637.2009.00624.x

107.      **Campbell J.C.,** Abrahams N, Martin L: Perpetration of violence against intimate partners: health care implications from global data. *CMAJ*; 2008 Sep 9;179(6):511-2. PMID: 18779521.001 DOI:10.1503/cmaj.081145

108.      *Btoush, R., Gebbie, K., & **Campbell, J. C.** (2008). Visits coded as Intimate Partner Violence in Emergency Departments: Characteristics of the individuals and the system as reported in a national survey of Emergency Departments. *Journal of Emergency Nursing, 34 (5),* 419-427. DOI:10.1016/j.jen.2007.10.015

109.      **Campbell, J. C.,** Baty, M. L., Ghandour, R. M., Stockman, J., Francisco, L., Wagman, J. (2008). The intersection of violence against women and HIV/AIDS: A review. *International Journal of Injury Control and Safety Promotion, 15*(4), 221-231. DOI:10.1080/17457300802423224

110.      *Campbell, J. C.,** Campbell, D. W., Gary, F., Nedd, D., Price-Lea, P., Sharps, P., Smith, C. (2008). African American women's responses to intimate partner violence: An examination of cultural context, *Journal of Aggression, Maltreatment & Trauma, 16*(3), 277-295.

111.      *Fredland, N., **Campbell, J. C.** & Han, H. (2008). Effect of violence exposure on health outcomes among young urban adolescents. *Nursing Research, 57,*157–165. DOI: 10.1097/01.NNR.0000319493.21628.c6

112.      *Gill, J. M., Page, G., Sharps, P. & **Campbell, J. C.** (2008). Experiences of Traumatic Events and Associations with PTSD and Depression Development in Urban Health care-seeking women. *Journal of Urban Health: Bulletin of the New York Academy of Medicine, 85,* 693-706. DOI:10.1007/s11524-008-9290-y.

113.      *Glass, N., Laughon, K., **Campbell, JC,** Block, C. R., Hanson, G., Sharps, P. W., Taliaferro, E. (2008). Non-fatal strangulation is an important risk factor for homicide of women. *Journal of Emergency Medicine, 35,* 329-335.

114.      *Glass, N., Laughon, **Campbell, J. C.,** (2008). Adolescent intimate partner femicide: An exploratory study. *Homicide Studies, 12,*177-187.

115.      * Glass, N., Perrin, N., Hanson, G., Bloom, T. Gardner, E. & **Campbell, J. C.** (2008). Risk for reassault in abusive female same-sex relationships. *American Journal of Public Health, 98*: 1021–1027.

116.   *Hardesty, J. L., **Campbell, J. C.,** McFarlane, J. M., & Lewandowski, L. A. (2008). How children and their caregivers adjust after intimate partner femicide. *Journal of Family Issues, 29*(1),100-124.

117.      McNutt,Louise-Anne; Waltermaurer, Eve; Bednarczyk, Robert, A; Carlson, Bonnie E.; Kotval, Jeroo; McCauley, Jeanne; **Campbell, J. C.** (2008) Are we misjudging how well informed consent forms are read?, *Journal of Empirical Research on Human Research Ethics, 3,* 89-97.

118.      *Moreland, L. A., Leskin, G. A., Block, C. R., **Campbell, J. C.,** & Friedman, M. J. (2008). Intimate partner violence and miscarriage: Examination of the role of physical and psychological abuse and PTSD. *Journal of Interpersonal Violence, 23,* 652-669.

119.      Sharps, P. W., **Campbell, J. C.,** Baty, M. L., Walker, K. S., Bair-Merritt, M. (2008). Current evidence on perinatal home visiting and intimate partner violence. *JOGNN, 37, 480-491.*

120.      Wagman, J., Francisco, L., Glass, N., Sharps, P., & **Campbell, J.** (2008). Ethical challenges of research on and care for victims of intimate partner violence. *The Journal of Clinical Ethics 19* (4), 371-380.

17

121.     *Woods, S., Hall, R., **Campbell, J. C.**, & Angott, D. (2008). Physical health and post-traumatic stress disorder symptoms in women experiencing intimate partner violence. *Journal of Midwifery and Women's Health, 53*(6), 538-546. DOI:

122.     *Wuest, J., Merritt-Gray, M., Ford-Gilboe, M., Lent, B., Varcoe, C., **Campbell, J. C.** (2008). Chronic pain in women survivors of intimate partner violence, *The Journal of Pain*, *9*, 1049-1057.

123.     **Campbell, J. C.**, Glass, N. E., Sharps, P. W., Laughon, K., & Bloom, T. (2007).  Intimate partner homicide: Review and implications for research and policy.  *Violence, Trauma & Abuse, 8* (3), 246-269. DOI: 10.1177/1524838007303505.

124.     *Davies, K., Block, C. R., **Campbell, J. C.** (2007).  Seeking help from the Police: Battered women's decisions and experiences. *Criminal Justice Studies, 20*(1), 15-41.

125.     *Glass, N. E., Perrin, N., **Campbell, J. C.**, & Soeken, K. (2007).  The protective role of tangible support on post traumatic stress symptoms in urban women survivors of violence. *Research in Nursing and Health, 30* (5), 558-68.

126.     *Laughon K, Gielen AC, **Campbell JC**, Burke J, McDonnell K, O'Campo P. (2007). The relationship among sexually transmitted infection, depression and lifetime violence in a sample of predominantly African American women.  *Research in Nursing and Health, 30,* 413-428.

127.     Outwater A, **Campbell J.C.**, Webster, D.W., Mgaya E.: Homicide death in Sub-Saharan Africa: A review 1970-2004 (2007). *African Safety Promotion: A Journal of Injury and Violence Prevention, 5(*1), 31-44.

128.     Teitelman, A. M., Dichter, M., Cederbaum, J. & **Campbell, J. C.** (2007). Intimate partner violence, condom use and HIV risk for adolescent girls: Gaps in the literature and future directions for research and intervention.  *Journal of HIV/AIDS Prevention in Children and Youth, 8*(2):65-93..

129.     *Trautman, D., McCarthy, M. L., Miller, N., **Campbell, J. C.** & Kelen, G. (2007).  Intimate partner violence and Emergency Department screening:  Computerized screening versus usual care.  *Annals of Emergency Medicine, 49,* 526-534.

130.     **Campbell, J. C.**, & Manganello, J.  (2006). Changing public attitudes as a prevention strategy to reduce intimate partner violence.  *Journal of Aggression, Maltreatment & Trauma, 13* (3/4), 13-40.

131.     **Campbell, J. C.**, Martin, S. L., Moracco, K. E., & Manganello, J., & Macy, R. J.  (2006). Survey data sets pertinent to the study of intimate partner violence and health.  *Trauma, Violence and Abuse, 7*, 3-18.

132.     *Diop-Sidibé, N., **Campbell , J. C.**, & Becker, S.  (2006). Domestic violence against women in Egypt: Wife beating and health outcomes.  *Social Science and Medicine, 62*, 1260-1277.

133.     *Frye, V., Manganello, J., **Campbell, J. C.**, Walton-Moss, B., Wilt, S. (2006). The distribution of and factors associated with "Intimate Terrorism" and "Situational Couple Violence" among a population-based sample of urban women in the United States.  *Journal of Interpersonal Violence, 21,* 1286-1313.

134.     *Gielen, A., **Campbell, J.,** Garza, M., O'Campo, P., Dienemann, J., Kub, J., Snow Jones, A., & Lloyd, D. (2006).  Domestic Violence in the military:  Women's policy preferences and beliefs concerning routine screening and mandatory reporting.  *Military Medicine 171* (8)29-735.

135.     *Koenig, M. A., Stephenson, R., Ahmed, S., Jejeebhoy, S. J., & **Campbell, J. C.** (2006). Individual and contextual determinants of domestic violence in North India. *American Journal of PublicHealth,96,*132-38

136.     *Koziol-McLain, J., Webster, D., McFarlane, J., Block, C. R., Ulrich, Y., Glass, N., & **Campbell, J. C.** (2006). Risk factors for femicide-suicide in abusive relationships: Results from a multi-site case control study.  *Violence & Victims, 21.* 3-21.

137.     Manganello, J. A., Webster, D., & **Campbell, J. C.** (2006).  Intimate partner violence and health provider training and screening in the news.  *Women & Health, 43* (3), 21-40.

138.     *O'Campo, P., Kub, J., Woods, A., Garza, M., Snow Jones, A., Gielen, A. C., Dienemann, J., & **Campbell, J.** (2006).  Depression, PTSD and co-morbidity related to intimate partner

violence in civilian and military women. *Brief Treatment and Crisis Intervention Journal, 6(2),* 99-110.

139. Pallitto, C. C., **Campbell, J. C.,** O'Campo, P. (2006). Is Intimate Partner Violence associated with Unintended Pregnancy? A review of the literature. *Violence, Trauma & Abuse, 6*(3), 217-235.

140. Sharps, P. W. & **Campbell, J. C.** (2006). The contribution of intimate partner violence to health disparities for women of color. *Family Violence Prevention and Health Practice (www.jfvphp.org),4.*

141. *Snow Jones, A., Dienemann, J., Schollenberger, J., Kub, J., O'Campo, P., Gielen, AC, & **Campbell, J. C.** (2006). Long term health costs of intimate partner violence. *Women's Health Issues, 16,* 252-261.

142. *Ulrich, Y., Torres, S, Price-Lea, P, Campbell, D.W, King, C, Smith McKenna, L, Medina, M., Ryan, J. & **Campbell, J.** (2006). Postpartum mothers: Disclosure of abuse, role, and conflict. *Health Care for Women International, 27,* 1-20.

143. *Valez, M.L., Montoya, I. D., Jansson, L., Walters, V., Svikis, D., Jones, H. E., Chilcoat, H., & **Campbell, J.** (2006). Exposure to violence among substance-dependent pregnant women and their children. *Journal of Substance Abuse Treatment, 30,* 31-38.

144. *Fredland, N., Ricardo, I., **Campbell, J.C.,** Sharps, P., Kub, J., & Yonas, M. (2005). The meaning of dating violence in the lives of middle school adolescents: A report of focus group data. *Journal of School Violence, 4*(2), 95-114.

145. *Johnson, S.B., Frattaroli, S, **Campbell, J.,** Wright, J., Pearson-Fields, A.S. & Cheng, T.L. (2005). "I know what love means," Gender-based violence in the lives of urban adolescents. *Journal of Women's Health, 14*(2), 172-179.

146. McNutt, L. A., Waltermaurer, E., McCauley, J., **Campbell, J. C.,** & Ford, D. E. (2005). Rationale for and development of the computerized intimate partner violence screen for primary care. *Family Violence Prevention and Health Practice (www.jfvphp.org), 3,* 1- 14.

147. Outwater A, Abrahams N, **Campbell JC.** (2005). Women in South Africa: Violence and HIV/AIDS, Intersections and Prevention. *Journal of Black Studies, 35,* 135-154.

148. *Walton-Moss, B. J., Manganello, J., Frye, V. & **Campbell, J.C.** (2005) Risk factors for intimate partner violence and associated injury among urban women. *Journal of Community Health, 30,* 377-389.

149. *Woods, A. B., Page, G. G., O'Campo, P., Pugh, L.C., Ford, D., & **Campbell, J.C.** (2005). The Mediation effect of post-traumatic stress disorder symptoms on the relationship of intimate partner violence and IFN-γ levels. *American Journal of Community Psychology, 36,* 159-175.

150. *Woods, S. J., Wineman, M., Page, G. G., Hall, R. J., Alexander, T. S., & **Campbell, J. C.** (2005). Predicting immune status in women from PTSD and childhood and adult violence. *Advances in Nursing Science, 28* (4), 306-319.

151. *Xu, X., Zhu, F., O'Campo, P., Koenig, M., Mock, V. & **Campbell, J. C.** (2005). Prevalence and Risk Factors of Intimate Partner Violence in China. *American Journal of Public Health, 95:*78-85.

152. *Bohn, D.K., Tebben, J.G., & **Campbell, J.C.** (2004). Influences of income, education, age, and ethnicity on physical abuse before and during pregnancy. *Journal of Obstetrics, Gynecological, and Neonatal Nursing, 33, 561-571.*

153. ***Campbell J. C.*** (2004). Helping women understand their risk in situations of intimate partner violence. *Journal of Interpersonal Violence, 19*(12),1464-77. DOI: 10.1177/0886260504269698

154. **Campbell, J.C.,** Garcia-Moreno, C., Sharps, P. (2004). Abuse during pregnancy in industrialized and developing countries. *Violence Against Women 10* (7) 770-789.

155. *Glass, N., Koziol-McLain,J., **Campbell, J.C.,** & Block, CR. (2004). Female-perpetrated femicide and attempted femicide. *Violence Against Women 10* (6): 606-625.

156. *Lewandowski, L., McFarlane, J., **Campbell, J.C.,** Gary, F., Barenski, C., (2004). "He killed my mommy!" Murder or attempted murder of a child's mother. *Journal of Family Violence 19* (4):211-220.

19

157.      *Martin, S. M., Harris-Britt, A., Li, Y., Moracco, B., Kupper, L., & **Campbell, J.** (2004). Changes in intimate partner violence during pregnancy. *Journal of Family Violence, 19* (4):201-210.

158.      Walker, R., Logan, T. K., Jordan, C., & **Campbell, J. C.** (2004). An integrative review of separation in the context of victimization: Consequences and implications for women. *Trauma, Violence, & Abuse, 5* (2):143-193.

159.      ***Campbell, J. C.,** Garza, M., Gielen, A. C., O'Campo, P., Kub, J., Dienemann, J., Snow-Jones, A., Jafar, E., Modrow, P. (2003). Intimate partner violence and abuse among active duty military women. *Violence Against Women 9* (9) 1072-1092.

160.      ***Campbell, J. C.,** Koziol-McLain, J., Block CR, Campbell, D., Curry, MA, Gary, F, Sachs, C. Sharps, PW, Webster, D., Wilt, S., Manganello, J. (2003). Assessing risk factors for intimate partner homicide. *NIJ Journal, 250,* 14-19.

161.      **Campbell, J.C.,** Sharps, P., Sachs, C., Yam, M., (2003). Medical Lethality assessment and safety planning in domestic violence cases. *Clinics in Family Practice, 5 (1)* 101-111.

162.      ***Campbell, J. C.,** Webster, D., Koziol-McLain, J., Block CR, Campbell, D., Curry, MA, Gary, F, Sachs, C. Sharps, PW, Wilt, S., Manganello, J., Xu, X. (2003). Risk factors for femicide in abusive relationships: Results from a multi-site case control study. *American Journal of Public Health, 93,* 1089-1097.

163.      Glass, N., Fredland, N., **Campbell, J.C.,** Yonas, M., Sharps, P., Kub, J., (2003). Adolescent dating violence: Prevalence, risk factors, health outcomes, and implications for clinical practice. *JOGNN. 32* (10) 2-12.

164.      *Hinderliter, D., Doughty, A.,  Delaney, K.,  Pitula, C. R.,  **Campbell, J. C.** (2003). *Journal of Nursing Education. 42* (10), 449.

165.      *Nicolaidis, C., Curry, M.A., McFarlane, J., Ulrich, Y., Koziol-McLain, J., **Campbell J. C.** (2003). Could we have known?  A qualitative analysis of data from women who survived an attempted homicide by an intimate partner. *General Internal Medicine 18.* 788-794.

166.      *Schollenberger, J., **Campbell, J.C.,** Sharps, P.W., O'Campo, P., Carlson-Gielen, A., Dienemann, J., Kub, J. (2003). African American HMO enrollees: Their experiences with partner abuse and its effect on their health and use of medical services. *Violence Against Women, 9* (5) 599-618.

167.      *****Campbell, J. C.** (2002). Violence against women and health consequences. *The Lancet, 359 (9314),* 1331-1336.

168.      **Campbell, J. C.** (2002).  Abuse during pregnancy:  A quintessential maternal child health issue. *Canadian Medical Association Journal, 164 (11),* 1578-9

169.      *****Campbell, J. C.** Snow-Jones, A., Dienemann, J., Kub, J., Schollenberger, J., O'Campo, P., Gielen, A. C. (2002). Intimate partner violence and physical health consequences. *The Archives of Internal Medicine, 162,* 1157-1163.

170.      *Craig-Dodge, A., McLoughlin, E., Saltzman, L.E., Nah, G., Skaj, P., **Campbell, J.C.,** Lee, D., (2002). Improving intimate partner violence protocols for emergency departments: An assessment tool and findings. *Violence Against Women, 8* (3) 320-338.

171.      Dienemann, J., **Campbell, J.C.,** Landenburger, K., Curry, M., (2002). The domestic violence assessment:  A tool for counseling women in intimate partner violence relationships. *Patient Education and Counseling, 46,* 221-228.

172.      *McFarlane, J., **Campbell, J. C.,** & Watson, K. (2002). Intimate partner stalking and femicide: Urgent implications for women's safety. *Behavioral Sciences and the Law, 20,* 51-68.

173.      *McFarlane, J., **Campbell, J.C.,** Watson, K., (2002). The use of the justice system prior to intimate partner femicide. *Criminal Justice Review. 26* (2) 193-

174.      *McFarlane, J., **Campbell, J.,** Sharps, P., Watson, K. (2002).  Abuse during pregnancy & femicide:  Urgent implications for women's health. *Obstetrics & Gynecology, 100* (1), 27-36.

175.      *Maman, S., Mbwambo, J., Hogan, N., Kilonzo, G., **Campbell, J.C.,** Weiss, E., Sweat, M., (2002).  HIV-Positive women report more lifetime partner violence: Findings from a voluntary counseling and testing clinic in Dar es Salaam, Tanzania. *American Journal of Public Health, 92* (8) 1331-1337.

20

176.     *Martin, S., Moracco, K., Garro, J., Kupper, L., Chase, J., **Campbell, J.C.,** (2002) Domestic violence across generations: Findings from northern India. *International Journal of Epidemiology 31,* 560-572

177.     *Sachs, C. J., Koziol-McLain, J., Glass, N. E., Webster, D., & **Campbell, J. C.** (2002). A population-based survey assessing support for mandatory domestic violence reporting by healthcare personnel. *Women and Health, 35,* 121-134.

178.     Walton-Moss, B. J., **Campbell, J.C.,** (2002). Intimate partner violence: Implications for Nursing *Online Journal of Issues in Nursing, 7(1),* Ms. 5.

179.     **Campbell, J.C.** (2001).  Domestic violence as a women's health issue.  *Women's Health Issues*

180.     ***Campbell, J. C,** Coben, J, Dearwater, S., McLoughlin, E., Glass, N., Nah, G. (2001). Evaluation of a system change training model training to improve ED response to battered women. *Academic Emergency Medicine 8,*131-138.

181.     *Diaz-Olavarrieta, C., Paz, F., Garcia de la Cadena, C., & **Campbell, J. C.** (2001). Prevalence of intimate partner abuse among nurses and nurses' aides in Mexico. *Archives of Medical Research, 32,* 79-87.

182.     *Glass, N. E., Dearwater, S., & **Campbell, J. C.** (2001). Intimate partner violence screening and intervention: Data from eleven Pennsylvania and California community Hospital emergency departments. *Journal of Emergency Nursing 27* (2), 141-149.

183.     Koziol-McClain, J., **Campbell, J.C.,** (2001).  Universal screening and mandatory reporting: An update on two important issues for victims/survivors of intimate partner violence. *Journal of Emergency Nursing, 27*(6), 602-606.

184.     *Rodriguez, M. A., McLoughlin, E., Nah, G., **Campbell, J. C.** (2001). Mandatory reporting of domestic violence injuries to the police: What do emergency department patients think. *Journal of the American Medical Association,* (5), 580-583.

185.     *Sharps, P. W., **Campbell, J. C.,** Campbell, D. W., Gary, F. A., & Webster, D. (2001). The role of alcohol use in intimate partner femicide. *The American Journal on Addictions,* (10). 122-135.

186.     *Sharps, P. W., Koziol-McLain, J., **Campbell, J. C.,** McFarlane, J., Sachs, C., & Xu, X. (2001). Missed opportunities for prevention of femicide by health care providers. *Preventive Medicine 33,* 373-80.

187.     Xu, X., **Campbell, J.C.,** Zhu, F. (2001). Intimate partner violence against Chinese women.  *Trauma, Violence, & Abuse, (2).*  296-315.

188.     **Campbell, J. C.** (2000). Promise and perils of surveillance in addressing violence against women. *Violence Against Women, 6,* 705-727.

189.     ***Campbell, J. C.,** & Weber, N. (2000). An empirical test of a self-care model of women's responses to battering. *Nursing Science Quarterly, 13(1).*

190.     **Campbell J. C.,** Moracco B, Saltzman LE. (2000). Future directions for violence against women and reproductive health: Science, prevention, and action. *Maternal and Child Health Journal, 4,* 149-154.

191.     **Campbell J. C.,** Woods A.B., Chouaf K.L., Parker B. (2000).  Reproductive health consequences of intimate partner violence.  *Clinical Nursing Research, 9(3),* 217-237

192.     *Dienemann, J. A., Boyle, E., Baker, D., Resnick, W., Wiederhorn, N., & **Campbell, J. C.** (2000). Intimate partner abuse among women diagnosed with depression. *Issues in Mental Health Nursing, 21,* 499-513.

193.     *Gielen A, O'Campo P, **Campbell J. C.,** Schollenberger J, Woods AB, Jones AS, Dienemann J, Kub J, Wynne A. (2000). Women's opinions about domestic violence screening and mandatory reporting. *American Journal of Preventive Medicine. 19,* 279-285.

194.     Maman, S., **Campbell J. C.,** Sweat, M., Gielen, A. (2000). The intersection of HIV & Violence: Directions for future research & interventions. *Social Science.& Medicine 4,* 459-78.

195.     *Rose L, **Campbell J. C.** Kub J.(2000). Role of social support & family relationships in women's responses to battering. *Health Care for Women International, 21,* 27-39.

196.     *Torres S, **Campbell J. C.,** Campbell D, Ryan J, King C, Price P et. al.(2000).Abuse during & before pregnancy: Prevalence & cultural correlates. *Violence & Victims 15,*303-20.

21

197.        ***Campbell, J. C.,** Torres, S., Ryan, J., King, C., Campbell, D., Stallings, R., & Fuchs, S. (1999). Physical and nonphysical abuse and other risk factors for low birth-weight among term and preterm babies: A multiethnic case control study. *American Journal of Epidemiology. 150* (7): 714-726.

198.        **Campbell, J. C,** Dienemann, J., Kub, J., Wurmser, T., & Loy, M. (1999).  Collaboration as partnership. *Violence Against Women 5*(10), 1140-1157.

199.        ***Campbell, J. C.,** & Soeken, K. (1999). Women's responses to battering: A test of the model. *Research in Nursing & Health, 22,* 49-58.

200.        ***Campbell, J. C.,** & Soeken, K. (1999). Women's responses to battering over time: An analysis of change. *Journal of Interpersonal Violence, 14,* 21-40.

201.        ***Campbell, J. C.,** & Soeken, K. (1999). Forced sex and intimate partner violence: Effects on women's health. *Violence Against Women 5,* 1017-1035.

202.        **Campbell, J. C.,** Parker, B., Xu, X., & Chouaf, K. (1999). Battered women and their children. *Maternal Child Health Nursing Research Digest,* 77-82.

203.        *Diaz-Olavarrieta, C., **Campbell, J.C.,** de la Cadena, C., et al. (1999) Domestic violence against patients with chronic neurologic disorders. *Archives of Neurology 56,* 681-685

204.        *Dienemann, J., Trautman, D., Shahan, J.B., Pinnella, K., Krishnan, P., Whyne, D., Bekemeier, B., **Campbell, J.C.** (1999). Developing a domestic violence program in an inner-city academic health center emergency department: The first three years. *Journal of Emergency Nursing, 25*(2), 110-115.

205.        *Jones, A. S., **Campbell, J. C.,** Gielen, A., O'Campo, P., Dienemann, J., Kub, J., Schollenberger, J., & Wynne, E. C. (1999).  Annual and lifetime prevalence of partner abuse in a sample of female HMO enrollees. *Women's Health Issues,9,* 295-305.

206.        *Kub, J., **Campbell, J. C.,** Rose, L., & Soeken, K. (1999) Role of substance use in the battering relationship. *Journal of Addictions Nursing, 11.* 171-185.

207.        *McFarlane, J., Campbell, J.C., Wilt, S., Sachs, C., Ulrich, Y., & Xu, X.  (1999). Frequency and type of stalking before attempted and actual intimate partner femicide. *Homicide Studies, 3,* 300-316.

208.        Berman, H., Ford-Gilboe, M., & **Campbell, J.C.** (1998). Combining stories and numbers: A methodological approach for a critical nursing science. *Advances in Nursing Science. 21*(1): 1-15. (Named by *Advances in Nursing Science* as a "classic" article in methods)

209.        **Campbell, J.C.** (1998). Abuse during pregnancy: progress, policy, and potential. *American Journal of Public Health.* 88(2):185-187.

210.        *Campbell, J.C., Rose, L., Kub, J., & Nedd, D. (1998) Voices of strength and resistance: A contextual and longitudinal analysis of women's responses to battering. *Journal of Interpersonal Violence 13*:743-762.

211.        *Dearwater, S.R., Coben, J.H., Nah, G., **Campbell, J.C.,** McLoughlin, E., Glass, N., & Bekemeier, B., (1998). Prevalence of Domestic Violence in Women Treated at Community Hospital Emergency Department. *JAMA, 480*(5):433-438.

212.        Grant, E., & **Campbell, J.C.** (1998). Abuse, drugs and crime: pathways to a vicious cycle. *Journal of Addictions Nursing. 10*(1):15-27.

213.        *Martin, S.L., Kilgallen, B., Dee, D.L., Dawson, S. & **Campbell, J.C.** (1998).  Women in a prenatal care/substance abuse treatment program:  Links between domestic violence and mental health. *Maternal and Child Health Journal 2* (2), 85-94.

214.        *McFarlane, J., Soeken, K., **Campbell, J. C.,** Parker, B., Reel, S., & Sikva, C.  (1998). Severity of abuse to pregnant women and associated gun access of the perpetrator. *Public Health Nursing, 15*(3): 201-206.

215.        McQuiston, C.M. & **Campbell, J.C.** (1997). Theoretical substruction: A guide for theory testing research. *Nursing Science Quarterly, 10*(3):117-123.

216.        **Campbell, J. C.,** & Lewandowski, L.  (1997). Mental and physical health effects of battering on women and their children. *Psychiatric Clinics of North America. 20*(2):353-374.

217.        *Campbell, J. C., Kub, J., Belknap, R. A., & Templin, T.  (1997). Predictors of depression in battered women. *Violence Against Women, 3*(3): 271-293.

218.	*Moss, V., **Campbell, J. C.,** Halstead, L., & Pitula, C. (1997).  The experience of terminating an abusive relationship from an Anglo and African American perspective: A qualitative descriptive study.  *Issues in Mental Health Nursing, 18.* 433-454.
219.	*Wessel, L., & **Campbell, J.C.**  (1997). Providing sanctuary for battered women: Nicaragua's Casas De La Mujer.  *Issues in Mental Health Nursing, 18,* 455-476.
220.	**Campbell, J. C.,** Kub, J., Rose, L.  (1996). Depression in battered women.  *Journal of the American Medical Women's Association, 51,* (3), 106-110.
221.	**Campbell, J.C.,** & Campbell, D.W.  (1996). Cultural competence in the care of abused women.  *Journal of Nurse-Midwifery, 41,*(6), 457-462.
222.	Ford-Gilboe, M., & **Campbell, J. C.**  (1996). The mother-headed single-parent family: A feminist critique of nursing literature.  *Nursing Outlook, 44,* 173-183.
223.	**Campbell, J. C.** (1995). Addressing battering during pregnancy:  Reducing low birth weight and ongoing abuse.  *Seminars in Perinatology, 19,* (4), 301-306.
224.	Ford-Gilboe, M, **Campbell, J. C.** & Berman, H.  (1995). Stories and Numbers: Coexistence without compromise.  *Advances in Nursing Science, 18,* (1), 14-26. (Named by *Advances in Nursing Science* as one of 21 "classic" articles in nursing science)
225.	*Eby, K. K., **Campbell, J. C.,** Sullivan, C. & Davidson, W.   (1995). Health effects of experiences of sexual violence for women with abusive partners.  *Women's Health Care International, 14,* 563-576.
226.	***Campbell, J.C.,** Pugh, L.C., Campbell, D. & Visscher, M.  (1995).The influence of abuse on pregnancy intention.  *Women's Health Issues, 5,* (4), 214-223.
227.	**Campbell, J.C.,** Harris, M.J., & Lee, R.K. (1995). Violence Research: An Overview.  *Scholarly Inquiry for Nursing Practice: An International Journal, 9*(2): 105-126.
228.	**Campbell, J. C.** (1994).  Child abuse and wife abuse:  The connections.  *Maryland Medical Journal, 43*(4), 165-166.
229.	***Campbell, J. C.,** Pliska, M. J., Taylor, W. & Sheridan, D. (1994).  Battered women's experiences in emergency departments:  Need for appropriate policy and procedures.  *Journal of Emergency Nursing, 20*(4), 280-288.
230.	***Campbell, J. C.,** Miller, P., Cardwell, M. M., Belknap, R. A. (1994).  Relationship status of battered women over time.  *Journal of Family Violence, 9,* 99-111.
231.	**Campbell, J. C.** (1994).  Domestic homicide: risk assessment and professional duty to warn.  *Maryland Medical Journal 43*(10), 885-889.
232.	*Campbell, D., **Campbell, J. C,** Parker, B., King, C. & Ryan, J. (1994).  The reliability and factor structure of the Index of Spouse Abuse with African American women.  *Violence and Victims, 9*(3), 259-274.
233.	Woods, S. J., & **Campbell, J. C.** (1993).  Post traumatic stress in battered women: Does the diagnosis fit?  *Issues in Mental Health Nursing, 14,* 173-186.
234.	**Campbell, J. C.,** Anderson, E., Fulmer, T. L., Girourd, S., McElmurray, B., & Raff, B. (1993).  Violence as a nursing priority: Policy Implications.  *Nursing Outlook, 41,* 83-92.
235.	***Campbell, J. C.,** Oliver, C., & Bullock, L. (1993).  Why battering during pregnancy?  *AWHONN's Clinical Issues in Perinatal and Women's Health Nursing, 4,* 343-349.
236.	**Campbell, J. C.** (1993).  Woman abuse and public policy:  Potential for nursing action.  *AWHONN's Clinical Issues in Perinatal and Women's Health Nursing, 4,* 503-512.
237.	Urbancic, J., **Campbell, J. C,** & Humphreys, J.  (1993). Student clinical experiences in shelters for battered women.  *Journal of Nursing Education, 32,* 339-346.
238.	DeMarco, R., **Campbell, J. C.,** Wuest, J. (1993).  Feminist critique: Searching for meaning in research.  *Advances in Nursing Science, 16*(2), 26-38.
239.	***Campbell, J. C.,** Poland, M., Waller, J., & Ager, J. (1992).  Correlates of battering during pregnancy.  *Research in Nursing and Health, 15*(3), 219-226.
240.	**Campbell, J. C.** (1992).  Prevention of wife battering: Insights from cultural analysis.  *Response to the Victimization of Women and Children, 14*(3), 18-25.
241.	**Campbell, J. C.** (1992).  Ways of teaching, learning, and knowing about violence against women.  *Nursing and Health Care, 13*(9), 464-470.

242.     **Campbell, J. C.,** & Bunting, S. M., (1991).  Voices and paradigms: Perspectives on critical and feminist theory.  *Advances in Nursing Science, 13*(1), 1-17.

243.     Bunting, S. M., & **Campbell, J. C.**  (1990). Feminism and nursing: Historical perspectives.  *Advances in Nursing Science, 12*(4), 11-24.

244.     Parker, B., Ulrich, Y., Bullock, L., Campbell, D., **Campbell, J. C,** King, C., Landenburger, K., McFarlane, J., Ryan, J., McKenna, L., & Torres, S.  (1990). A protocol of safety: Research on abuse of women.  *Nursing Research, 39,* 248-250.

245.     *****Campbell, J. C.**  (1989). A test of two explanatory models of women's responses to battering.  *Nursing Research, 38,* 18-24.

246.     **Campbell, J. C.** & Sheridan, D.  (1989). Emergency nursing with battered women.  *Journal of Emergency Nursing, 15*(1), 12-17.

247.     *****Campbell, J. C.** & Alford, P.  (1989).The dark consequences of marital rape.  *American Journal of Nursing, 89,* 946-949. (Portions reprinted in J. Trevelyan. (1991). Marital Rape.  *Nursing Times, 87*(13), 40-41.)

248.     **Campbell, J. C.** (1989).  Nursing research helps change the law.  *American Journal of Nursing, 89,* 948.

249.     *****Campbell, J. C.**  (1989). Women's responses to sexual abuse in intimate relationships.  *Health Care for Women International, 8,* 335-347.

250.     *****Stuart, E., & **Campbell, J. C.**  (1989). Assessment of patterns of dangerousness with battered women.  *Issues in Mental Health Nursing, 10,* 245-260.

251.     Gast, H. L., Denyes, M. J., **Campbell, J. C.,** Hartweg, D. L., Schott-Baer, D., & Isenberg, M.  (1989). Self-care agency: Conceptualizations and operationalizations.  *Advances in Nursing Science, 12*(1), 26-38.

252.     **Campbell, J. C.**  (1988). Nursing and battered women.  *Response, 11*(2), 21-23.

253.     **Campbell, J. C.** & Humphreys, J. C.  (1987). Providing health care in shelters.  *Response, 10*(1), 20-23.

254.     *****Campbell, J. C.**  (1986). A survivor group for battered women.  *Advances in Nursing Science, 8*(2), 13-20.

255.     *****Campbell, J. C.**  (1986). Nursing assessment for risk of homicide with battered women.  *Advances in Nursing Science, 8*(4) 36-51.

256.     **Campbell, J. C.**  (1985). Beating of wives: A cross cultural perspective.  *Victimology: An International Journal, 10*(1-4), 174-185.

257.     *****Campbell, J. C.** (1981).  Misogyny and homicide of women.  *Advances in Nursing Science, 3*(2), 67-85.

258.     **Campbell, J. C.**  (1980)  The relationship of nursing and self awareness:  Model, conceptual framework and nursing application.  *Advances in Nursing Science, 2*(4), 15-25.

**Refereed Consortium Publications**

*Ellsberg, M., Jansen, H., Heise, L., Watts, C. & Garcia-Moreno on behalf of the WHO Multi-country Study on Women's Health and Domestic Violence against Women Study Team (**J. Campbell,** Co-Chair). (2008). Intimate partner violence and women's physical and mental health in the WHO multi-country study on women's health and domestic violence: An observational study.  *The Lancet, 371,* 1165-71.

**Non Referred Journal Articles**

1.   Campbell, J. C. (1999). If I can't have you, no one can. <u>Reflections, Third Quarter</u>, 8-12.

2.   Campbell, J.C., Runyon, C. (1998). Femicide. Introduction (Editorial). <u>Homicide Studies</u>, 2(4):347-352.

3.   Campbell, J.C. (1995). Violence against women: Where policy needs to go.  <u>Nursing Policy Forum, 1,</u>(6), 10-17.

4.   Campbell, J.C. (1994).  Violence and Our Nation's Health.  <u>Healthcare Trends & Transitions, 5</u> (4), 10-16; 32-39.

5.   Campbell, J. C. (1993).  Nursing Network on Violence Against Women International. <u>Violence Update</u>, <u>4</u>(3) 5, 11.

6. Taylor, W. K. & Campbell, J. C. (1992). Treatment protocols for battered women. <u>Response</u>, <u>14</u>(4), 16-21.
7. Campbell, J. C. (1992, April). Violence demands nursing solutions. Editorial, <u>The American Nurse.</u>
8. Campbell, J. C. (1987). Training manuals and health care protocols. <u>Response</u>, <u>10</u>(2), 27-29.

## Scholarly Books Published

1. Campbell, J.C. & Messing, J. W. (2017). *Assessing dangerousness: Domestic Violence Offenders and Child Abusers.* NY: Springer.
2. Humphreys, J. C., & **Campbell, J. C.** (2010). *Family violence and nursing practice. Second Edition.* NY: Springer.
3. **Campbell, J. C.** (2007). *Assessing dangerousness: Violence by batterers and child abusers.* NY: Springer.
4. Humphreys, J. C., & **Campbell, J. C.** (2004). *Family violence and nursing practice.* Philadelphia: Lippencott.
5. Counts, D. C., Brown, J., & **Campbell, J. C.** (1999). *To have and to hit: Cultural perspectives on the beating of wives.* Chicago: University of Illinois Press.
6. **Campbell, J. C.** (Ed.) (1998). *Empowering survivors of abuse: Health care for battered women and their children.* Newbury Park, CA: Sage.
7. Kline, E., **Campbell, J. C,** Soler, E., & Ghez, M. (1997). *Ending domestic violence: Changing public perceptions/halting the epidemic.* Newbury Park, CA: Sage.
8. **Campbell, J. C.** (1995). *Assessing dangerousness: Violence by sexual offenders, batterers, and child abusers.* Newbury Park, CA: Sage.
9. **Campbell, J. C.**, & Humphreys, J. (1993). *Nursing care of survivors of family violence.* St. Louis: Mosby.
10. Counts, D. C., Brown, J., & **Campbell J. C.** (1992). *Sanctions and sanctuary: Cultural perspectives on the beating of wives.* Boulder, CO: Westview Press.
11. **Campbell, J. C.**, & Humphreys, J. (1984). *Nursing care of victims of family violence.* Reston, VA: Reston Publishing Co. (Appleton-Century-Crofts).

## Chapters Published

1. **Campbell, J.**, Sabri, B., Anderson, J., & Barcelona de Mendoza, V. (2016) A feminist public health approach to marital rape. In Yllo, K., & Torres, G. *Marital rape: Consent, marriage and social change in global context.* NY: John Wiley and Sons.
2. Thaller, J., Messing, J., Laughon, K. E., **Campbell, J. C.** (In press). Fatal Intimate Partner Violence. In P. Clements, Intimate Partner Violence: Domestic Abuse, Assault, and Spouse-Battering. Washington, DC: STM Publications.
3. Alhusen, J. L., Ho, G. W. K., Smith, K. F., **Campbell, J. C.** (2014). Addressing intimate partner violence and child maltreatment: Challenges and opportunities. In J. Korbin, & R. Krugman, *Handbook of Child Maltreatment.* pp. 187-201. NY: Springer.
4. Anderson, J. A., Draughon, J. E., & **Campbell, J. C.** (2014). Intimate partner sexual violence and fatality risk. In McOrmond-Plummer. L, Easteal, P. & Levy-Pluck, J., *Partner Sexual Violence.* London: Jessica Kingsley Publishers.
5. **Campbell, J. C.**, Ladden, M. J., & McBride, A. B. (2011). Robert Wood Johnson Foundation Nurse Faculty Scholars Program. In H. Feldman, Ed. *Nursing leadership: A concise encyclopedia* pp 331-334. NY: Springer.
6. **Campbell, J. C.**, Alhusen, J., Draughon, J., Kub, J., Walton-Moss, B. (2011). Vulnerability and protective factors for intimate partner violence. In J. W. White, M. P. Koss, & A., E. Kazdin (eds.), *Violence against women and children: Mapping the terrain.* Washington, DC, APA Press.
7. Glass, N. E., **Campbell, J. C.**, Njie-Carr, N., & Thompson, T. A. (2010). Ending violence against women: Essential to global health and human rights. In Parker R. & Sommer .M (eds) *International handbook on global public health.* London: Routledge.
8. **Campbell, J. C.**, Baty, M., Laughon, K., & Woods, A. (2009). Health Effects of partner violence: Aiming toward prevention. In J. Lutzker, & D. Whitaker (Eds). *Preventing partner violence:*

25

*Foundations, interventions, issues.* Washington, D. C.*:* American Psychological Association.

9. **Campbell, J. C.,** & Glass, N. E. (2009). Safety planning, danger, and lethality assessment (pp. 319-334). In C. Mitchell (Ed), *Intimate partner violence: A health based perspective.* London: Oxford U Press.

10. **Campbell, J. C.,** & Sharps, P. W., (2009). Voices of survivors: Strength and resilience in battered women and their children (pp. 389-405). In C. Mitchell (Ed), *Intimate partner violence: A health based perspective.* London: Oxford U Press.

11. Williams, J. R., Baty, M. L., Gonzalez, R. M., Nash, K. R., **Campbell, J. C.** (2008). Trauma and violence. In J. C. Urbancic & C. J. Groh (Eds.), *Women's mental health: A clinical guide for primary care providers.* Philadelphia: Lippincott, Williams, & Wilkins.

12. Yonas, M., Fredland, N., Lary, H., Glass, N., Kub, J., Sharps, P., Araya, T. A., Roberts, J., Walton-Moss, B., Lawal-Muhammad, K. Shelley, G., Cephas, K., & **Campbell, J. C.** (2008). An arts based initiative for the prevention of dating violence in African American adolescents: Theoretical foundation, program components and lessons learned. Whitaker, DJ & Reese, LE (Eds). *Preventing intimate partner and sexual violence in racial and ethnic minority communities: CDC's Demonstration Projects* (pp. 119-136). Atlanta, GA: Centers for Disease Control and Prevention, National Center for Injury Prevention and Control.

13. **Campbell, J. C.,** Glass, N. E., Sharps, P. W., Laughon, K.,Yragui, N., Sutherland, M. A.,(2007). Research on intimate partner violence and femicide, attempted femicide, and pregnancy-associated femicide. In K. A. Kendall-Tackett, & S. M. Giacomoni, *Intimate Partner Violence* (pp. 115-137). Kingston, NJ: Civic Research Center.

14. **Campbell, J.C.**, Woods, A. B., & Laughon, K. (2006). Impact of intimate partner abuse on physical and mental health: How does it present in clinical practice? In G. Roberts, K. Hegarty, & G. Feder (Eds.). *Intimate partner abuse and health professionals: Old problems, new approaches.*

15. Lewis-O'Connor, A., **Sharps, P.,** Humphreys, J., Gary, D., & **Campbell, J.** (2006). Children exposed to intimate partner violence. In M. Feerick and G. Silverman (eds) *Children exposed to violence* (pp. 3-28). Paul H. Brookes Publishing Company.

16. **Campbell, J. C.,** & Lynch, V. A. (2005). Violence against women. In V. A. Lynch (Ed), *Forensic nursing* (pp. 52-63). Philadelphia: Elsevier & Mosby Press.

17. **Campbell JC,** Sheridan DJ: (2004). Domestic violence assessment. In Jarvis C, editor: *Physical assessment for clinical practice* (pp. 74-82). Philadelphia: Elsevier Science.

18. Ryan, J., King, C, **Campbell, J.C,** Torres, S, & Campbell, J. (2003) The birthweight study: Challenges of a multisite, multiethnic collaborative research endeavor. In JW Hawkins & LA Haggerty (Eds). *Diversity in health care research: Strategies for multisite, multidisciplinary, and multi-ethnic projects* (pp. 145-159). New York: Springer Publishing Company.

19. **Campbell, J. C.** & Landenburger, K. M. (2002). Violence in the Community. In D. Como & L. Caldwell (Eds.). *Foundations of Community Health Nursing* (pp.381-395). St. Louis: Mosby

20. **Campbell, J. C.** & Dienemann, J. A. (2001). Ethical issues in research on violence against women. In C.M.Renzetti, J. L. Edleson, & R. K. Bergen (Eds.), *Sourcebook on violence against women* (pp. 57-72). Thousand Oaks, CA: Sage Publications, Inc.

21. **Campbell, J. C.** (2001) Global perspectives on wife beating and health care. In M. Martinez (ed) *Prevention and Control of Aggression and the Impact on its Victims.* (pp. 215-228). NY: Kluwer Academic/Plenum Publishers.

22. Humphreys J., **Campbell J. C.**, Parker B (2001) Intimate partner violence against women. In J Fitzpatrick. *Annual review of nursing research.* NY: Springer.

23. Fishwick, N., Parker, B., & **Campbell, J. C.** (2001). Care of Survivors of Abuse and Violence. In G.W.Stuart & M. T. Laraia (Eds.), *Principles and Practice of Psychiatric Nursing* (pp. 824-841). St. Louis, Missouri: Mosby.

24. Dienemann, J. A., **Campbell, J. C.,** & Agnew, J. (2000). Incorporating interventions for social and environmental risk factors into nursing services. In N.L.Chaska (Ed.), *The Nursing Profession: Tomorrow and Beyond* (pp. 713-721). Thousand Oaks: CA: Sage.

25. **Campbell, J. C.,** Sharps, P., & Glass, N. E. (2000). Risk Assessment for intimate partner violence. In G.F.Pinard & L. Pagani (Eds.), *Clinical Assessment of Dangerousness: Empirical*

26

*Contributions* (pp. 136-157). New York: Cambridge University Press.

26. **Campbell, J.C.** (1999). Wife-Battering: Cultural context versus Western social sciences. In Counts, D., Brown, J., & Campbell, J.C. *To have and to hit: Cultural perspectives on the beating of wives.* pp. 229-250. Champaign, IL:University of Illinois Press.

27. **Campbell, J.C.** & Parker, B. (1999).  Clinical nursing research on battered women and their children: A review.  In A.S. Hinshaw, S.L. Feetham, J.L.F. Shaver (ed)  *Handbook of clinical nursing research.* pp. 535-559.  London: Sage.

28. Jacox, A., Suppe, F., **Campbell, J.C.** & Stashinko, E. (1999).  Diversity in philosophical approaches. In A.S. Hinshaw, S.L. Feetham, J.L.F. Shaver (ed).  *Handbook of clinical nursing research.* pp. 3-17.  London: Sage.

*29.* Campbell, J. C. (1998). In K. Conway-Turner (ed.), Interdisciplinarity in research on wife abuse: Can academics and activists work together?  *Women's Studies in Transition: The Pursuit of Interdisciplinarity.*  Cranbury, NJ:  Associated University Presses.

30. **Campbell, J. C,** Soeken, K. L., McFarlane, J. & Parker, B. (1998).  Risk of femicide of pregnant and Non pregnant battered women. In J. Campbell (ed.). *Empowering survivors of abuse: Health care for battered women and their children.* Newbury Park: Sage.

31. *Campbell J. C,** Oliver, C., & Bullock, L. (1998). The dynamics of battering during pregnancy: Women's explanations of why. In J. Campbell (ed.). *Empowering survivors of abuse: Health care for battered women and their children.*pp. 81-89. Newbury Park: Sage.

32. **Campbell, J.C.,** et. al., (1998). Making The Health Care System An Empowerment Zone For Battered Women.  In J. Campbell (ed.).  *Empowering survivors of abuse: Health care for battered women and their children..* pp. 3-22. Newbury Park: Sage.

33. Gondolf, E., Yllo, K., & **Campbell, J. C.** (1997). Collaboration between researchers and advocates.  In G. Kaufman Kantor & J. Jasinski (Eds.) *Out of the darkness: Contemporary research perspectives on family violence.*  pp. 255-267. Newbury Park:Sage.

34. Short, L., Hennessy, M., & **Campbell, J.C.** (1997). Tracking the work: A guide for communities in developing useful program evaluations.  *In Family Violence: Building a coordinated community response.*  pp. 59-72. Chicago: American Medical Association.

35. **Campbell, J.C.,** & Landenburger, K.  (1996). Violence and human abuse.  In M. Stanhope & J. Lancaster, *Common Community Health Problems,* pp.411-427.

36. **Campbell, J. C,** & Parker, B., (1996). Battered Women and Their Children. In B. McElmurry & R.S. Parker (eds.), *Annual Review of Women's Health,* Volume III, pp. 259-281. National League for Nursing Press: New York.

37. **Campbell, J.C.** (1996). Beth Sipe and the health care system.  In B. Sipes, & E.J. Hall, I am not your victim. pp. 264-272. Newbury Park: Sage.

38. **Campbell, J. C.** (1995).  Prediction of homicide of and by battered women.  In J. Campbell (ed.)  *Assessing the risk of dangerousness: Potential for further violence of sexual offenders, batterers, and child abusers.*  Newbury Park, CA: Sage.

39. **Campbell, J.C.** (1995). Adult response to violence.  In *Violence: A plague in our land.*  Washington, DC: American Academy of Nursing.

40. **Campbell, J.C.** (1995). Violence toward women: Homicide and battering.  In R. Gelles (Ed.), *Vision 2010: Families and violence, abuse and neglect. pp. 12-13.*  Minneapolis, MN: National Council on Family Relations.

41. **Campbell, J. C,** & Fishwick, N.  (1995). Abuse of female partners.  In *A guide for nurses: Responding to domestic violence.*  pp. 47-68.  Baltimore, MD: Maryland Physician's Campaign Against Family Violence.

42. Taylor, W.K., & **Campbell, J.C.** (1995). Treatment protocols for battered women.  In Heise, LL & Germins, A (Eds.), *Violence against women: The hidden health burden.*  Washington, DC: World Bank Discussion Papers.

43. Bunting, S. and **Campbell, J. C.** (1994).  Feminism and Nursing: Historical perspectives.  In Peggy L. Chinn (Ed.),  *Developing the Discipline: Critical studies in nursing history and professional issues.*  Advances in Nursing Sciences Series (reprint of journal article).

44. Bunting, S., & **Campbell, J. C.** (1994).  Through a feminist lens: A model to guide nursing research. In P. Chinn (ed.), *Advances in methods of inquiry for nursing,* pp. 75-87.  Gaithersburg,

MD: Aspen.

45. **Campbell, J. C.** (1994). Misogyny and homicide of women. In Peggy L. Chinn (Ed.), *Developing Nursing Perspectives in Women's Health, Advances in Nursing Science* Series (reprint of journal article).

46. **Campbell, J. C.** (1994) Nursing assessment for risk of homicide with battered women. In Peggy L. Chinn (ed.), *Developing Nursing Perspectives in Women's Health, Advances in Nursing Science* Series (reprint of journal article).

47. **Campbell, J. C.,** & Landenburger, K. (1994). Violence against women. In N. Woods & C. Ingram-Fogel, *Health care of women,* pp. 407-425. Newbury Park: Sage.

48. Lancaster, J., & **Campbell, J. C.** (1992). Violence in the community. In M. Stanhope & J. Lancaster, *Community health nursing.* St. Louis: Mosby.

49. **Campbell, J. C.** (1992). If I can't have you, no one can: Issues of power and control in homicide of female partners. In J. Radford & D. Russell (Eds.), Femicide: The politics of woman killing (pp. 99-113). Boston: Twayne Publishers.

50. **Campbell, J. C.** (1992). Wife beating: Cultural contexts versus western social sciences. In D. C. Counts, Brown, J., & Campbell J. C. (Eds.), *Sanctions and sanctuary: Cultural perspectives on the beating of wives.* Boulder, CO: Westview Press.

51. **Campbell, J. C.** (1991). Health care system response to family violence. In D. Knudson & J. Miller (Eds.), *Abused and Battered.* New York: Aldine de Gruyter.

52. **Campbell, J. C.** (1991). Misogyny and homicide of women. In A. L. Whall & J. Fawcett (Eds.), *Family Theory Development in Nursing: State of the Science and Art.* (Chap. 15). Philadelphia: F. A. Davis. (reprint of journal article).

53. **Campbell, J. C.** (1991). Violence against women: Review of nursing research on battering. In C. Sampselle, *Violence against women: Nursing research, education, and practical issues.* Washington, DC: Hemisphere.

54. Parker, B., & **Campbell, J. C.** (1991). Care of victims of abuse and violence. In G. S. Stuart & S. J. Sundeen, *Principles and practice of psychiatric nursing, 4th edition.* St. Louis: Mosby.

55. Humphreys, J. & **Campbell, J. C.** (1988). Abuse in families. In C. Gilliss et. al. (Eds.), *Toward a science of family nursing.* Englewood Cliffs, NJ: Prentice Hall.

56. **Campbell, J. C.** (1987). Emergency nursing process guide-lines. In C. King, M. Perry, & J. Ryan, *Reaching out to battered women: A training manual for nurses.* Amherst, MA: Stone Circle Press.

**Papers Published in Conference Proceedings**

1. Campbell, J. C (1997). Family violence: Sanctions and sanctuaries. *Family Violence: Response, Research and Prevention.* Sacramento, CA: University Extension and the CA Medical Training Center, University of California, Davis, and The Inter-County Policy and Planning Committee of county welfare directors.

2. Campbell, J. C. (1993). Development of the Danger Assessment Instrument: Reliability and Validity Information. *Questions and answers in lethal and non-lethal violence.* Washington, DC: US Department of Justice.

**Abstracts Published in Academic Journals**

Humphreys, J., Barrett, S. & Campbell J. (1984). Clinical intervention with the abused elderly and their families. Resources in Education. ED no. 245179.

**Book Reviews Published**

1. Campbell, J. C. (1994). Review of *Violence and Mental Disorder: Developments in Risk Assessment. Violence Update,5*(2), 9.

2. Campbell, J. C. (1990). Review of Walker, L. E. *Terrifying love. Journal of Interpersonal Violence, 5*(4), 541-543.

28

3. Campbell, J. C. (1990). Review of *Designing qualitative research. Journal of Professional Nursing, 6,* 313-314.
4. Campbell, J. C. (1989). Review of Dutton, D. G. *Domestic assault on women. Affilia: Journal of Women and Social Work, 4,* 93-95.
5. Campbell, J. C. (1986). Review of Newberger, E. H., & Bourne, R. (Eds.) *Unhappy families: Clinical and research perspectives on family violence. Issues in Mental Health Nursing, 8*(2), 169.

**Invited Review Articles, Commentary and Editorials**

1. **Campbell, J. C.** (2015) Campus sexual assault perpetration: What else we need to know. *JAMA Pediatrics. Published online July 13, 2015.*
2. Teitelman, A., Seloilwe, E. S., **Campbell, J. C.** (2009). Voices from the frontlines: The epidemics of HIV/AIDS and violence among women and girls. *Health Care for Women International.*
3. **Campbell, J.C.**, Abrahams, N., Martin, L. (2008). Perpetration of violence against intimate partners: Health care implications from global data. *Canadian Association of Medicine Journal, 179* (9).
4. **Campbell J.C.,** Baty, M.L., Ghandour R., Stockman J., Francisco L., & Wagman, J. (2008). *The intersection of Violence Against Women and HIV/AIDS. Background paper for the U.S. Institute of Medicine Workshop on Violence Prevention in Low- and Middle-Income Countries: Finding a Place on the Global Agenda.* Washington, D.C.: National Academies Press.
5. **Campbell, J. C.** (2005). Assessing dangerousness in domestic violence cases: History, challenges, and opportunities. *Criminology and Public Policy, 4,* 653-672.
6. **Campbell, J. C.** (2005). Lethality assessment approaches: Reflections on their use and ways forward. *Violence Against Women, 11,* 1206-1213.
7. **Campbell, J. C.**, Humphreys, J. C., & Sharps, P. W. (2005). What we know and what we still need to learn. *Journal of Interpersonal Violence, 20,* 182-187.
8. **Campbell, J. C.** (2001). Abuse during pregnancy: a quintessential threat to maternal and child health — so when do we start to act? *Canadian Medical Association Journal, 164*:1578-1579.
9. Humphreys, J. C., **Campbell, J. C.,** & Parker, B. (2001). Intimate partner violence against women. In J. J. Fitzpatrick, R. L. Taunton, & A. K. Jacox, *Annual review of nursing research, volume 19* (pp.275-306). NY: Springer.
10. **Campbell, J.C.,** & Parker, B. (1999). Clinical nursing research on battered women and their children: A review. In A.S. Hinshaw, J. Shaver, & S. Feetham (Eds.), *Handbook of clinical nursing research* pp, 535-560. Newbury Park: Sage.
11. **Campbell, J.C.** (1998). Abuse during pregnancy: progress, policy, and potential. (Editorial). *American Journal of Public Health, 88*(2), 185-187.
12. **Campbell, J. C.,** & Parker, B. (1996). Battered women and their children: Review of nursing research and policy implications. In B. McElmurry & R. Parker (Eds.) *Annual review of women's health, volume III,* pp. 259-284. New York: NLN Press.
13. **Campbell, J. C.,** & Parker, B. (1992). Review of nursing research on battered women and their children. In J. J. Fitzpatrick, R. L. Taunton, & A. K. Jacox, *Annual review of nursing research, volume 10* (pp.77-94). NY: Springer.
14. **Campbell, J. C.** (1990). Battered woman syndrome: A critical review. *Violence Update, 1(*4), 1, 4, 10-11.

## RESEARCH PRESENTATIONS:

4-5 Keynote or plenary invited addresses each year at national and international research conferences since 1995 as well as 7-8 refereed research presentations each year since 1986. Complete list available upon request.

## EDITORIAL ACTIVITIES:
Editorships:

29

1993    Guest Editor, Domestic Violence Issue, *NAACOG's Clinical Issues in Perinatal and Women's Health Nursing.*
1998    Guest Editor, Special Issue on Femicide.  *Homicide Studies, 2*(4):347-352.
2001    Guest Editor, Special Issue on Abuse and Violence, *Canadian Journal of Nursing Research, 32(*4)
2006    Guest Editor, Special Issue of Violence and Health Research, *Canadian Journal of Nursing Research,38*(3)

Editorial Board Memberships:
1986-88         *Violence and Victims*  (Angela Browne, Editor.  New York: Springer)
1986-present    *Advances in Nursing Science* (Peggy Chinn, Editor.  Lippencott)
1987-present    *Journal of Interpersonal Violence* (Jon Conte, Editor.  Sage Publications.)
2000-present    *Journal of Trauma and Abuse* (Jon Conte, Editor.  Sage Publications)
1995-2005       *Journal of Traumatic Stress* (Dean Kilpatrick, Editor. Plenum Press.)
1995-97         *Violence Against Women* (Claire Renzetti, Editor.  Sage Publications)
1998-present    *Homicide Studies* (Dwayne Smith, Editor.  Sage Publications)
1999-2003       *Nursing Outlook* (Carole Anderson, Editor. Mosby, Inc)
2008-2014       *Journal of Feminist Criminology* (Jana Janowski, Editor. Sage Publications)

Column editor, "Nursing Network on Violence Against Women", *Response* (Jane Chapman, Editor. Guilford Press) 4/86-91

Other journal reviews:
1990-present    *Journal of Hospital and Community Psychiatry*
1991            *Journal of the American Medical Association, special issue on violence*
1992            *Journal of Comparative Family Studies*
1990-96         *Journal of Hospital and Community Psychiatry*
1995-present    *Violence Against Women*
1994-present    *American Journal of Public Health*
1994-present    *Journal of the American Medical Association.*
2000-present    *Journal of Emotional Abuse*
2004-present    *The Lancet*
2006-present    *British Medical Journal*
2006-present    *Research in Nursing and Health*

## RESEARCH PROPOSAL PEER REVIEW ACTIVITIES

NIH Fogarty Institute Special Emphasis Panel Review 2012-2015
NIH Stimulus Research Review Process 2009
NIH Scientific Review Panel, Psychosocial Development, Risk and Prevention Study Section 2007-09
National Institute of Nursing Research, NRSA review panel, outside reviews (1997; 2002-06)
Alberta Heritage Foundation (Canada) Research Grant Reviews 2007-09
MRC/ESRC Joint Interdisciplinary Postdoctoral Fellowship Schemes Reviews – 2008-09 (UK)
JHU Center for Global Health Research Projects 2008-09
Michael Smith Foundation Proposal Review 2007
Mary Byron Foundation Proposal Reviews 2004-06
Review Panel Member Centers for Disease Control and Prevention 4/04
Special Emphasis Review Panel Member (NICHD/NIDA/NIMH) 11/04
Review Panel Member (NIMH) 10/03
Institutional NRSA (T32) Reviewer (NIMH) 9/02
Content Specialist Reviewer (NIMH):  10/01; 2/02; 6/02; 9/03; 3/04
Consultant Reviewer, NICHD Review Panel: (2000 - 2003) Phase II – Scientific Advisory Board of the NIH
DC Initiative to Reduce infant Mortality in Minority Populations in the District of Columbia
Centers for Disease Control Intentional Injury Evaluation Research Grant Committee (1997).

Centers for Disease Control Violence Against Women Research Review Committee (1994-97).
NIH, National Institutes of Mental Health, Violence and Traumatic Stress Review Committee (1991-97).
American Nurses Foundation.  Special Expertise Reviewer (1990-91).
Wayne State University Summer Research Awards Committee (1988, 91, 92).
Center for Health Research Advisory Committee Biomedical Research Proposal Review (1989, 1991).
Centers for Disease Control Injury Research Grant Committee, International Injury Panel (1989).
National Institutes of Mental Health, Outside Reviews (1997-99).

**PROFESSIONAL ACTIVITIES:**
**Positions Held in Professional Associations:**

| | |
|---|---|
| 1986-88 | Vice President, Lambda Chapter, Sigma Theta Tau |
| 1989-90 | Chair, Family Health Research Section, Midwest Nursing Research Society (MNRS) |
| 1990-91 | Chair, Nominations Committee, MNRS |
| 1991-96 | Chair (Original), Expert Panel on Violence, American Academy of Nursing |
| 1992-93 | 1993 American Academy of Nursing Annual Meeting Planning Committee |
| 1996-present | Member, Expert Panel on Violence, American Academy of Nursing |
| 1998-99 | Member, Task Force on Violence Against Women, American Association of Colleges of Nursing (AACN) |
| 2000-05 | APA Decade of the Behavior, Member of Advisory Board (representative of ANA, APNA) |
| 2005-06 | Founding Board Member – AVA (Association of Violence & Abuse) - |
| 2005-08 | AMA National Advisory Council on Violence and Abuse |
| 2015-2016 | Chair, National Health Association on Violence and Abuse (NHCVA) (member 2012-17) |

**Memberships/Office Held in Public or Private Agencies:**

| | |
|---|---|
| 1982-84 | Research Committee Member, Alternatives for Battered Women Wife Abuse Shelter, Rochester, NY |
| 1986-88 | Board Member, Tri-County Coalition Against Domestic Violence |
| 1986-87 | Wayne County Coalition to End Marital Rape |
| 1987-93 | Vice President & Board Member, Women's Justice Center & My Sister's Place Wife Abuse Shelters |
| 1991-93 | Wayne County Advisory Board on Interpersonal Violence |
| 1992-93 | Michigan State Medical Society, Violence Prevention Task Force |
| 1993-94 | Physician's Campaign Against Family Violence, Medical and Chirurgical Faculty of MD |
| 1995-96 | Historic East Baltimore Community Advisory Committee (HEBCAC) |
| 1995-97 | Mayor's Committee on Domestic Violence |
| 1993-05 | Board of Directors, House of Ruth Shelter (Baltimore) |
| 1993- present | Board of Directors, Family Violence Prevention Fund (San Francisco) (Vice President 2000-09; President 2010 – 2013) |
| 2005- present | Maryland Coalition Against Domestic Violence Lethality Assessment Project |
| 2006- present | Baltimore DV Fatality Review Committee |
| 2007- present | Board of Directors, International Council on Women's Health Issues |
| 2009- present | Research America |

**Professional Consultation:**

Public Presentations as Expert in Discipline:
Televised Presentations as an Expert in Discipline

| | |
|---|---|
| 1971 | "Venereal Disease," Dayton, OH |
| 1975 | "Enhancing Children's Mental Health," Dayton, OH |
| 1975 | "Fathers in the Delivery Room," Dayton, OH |
| 1984 | "Family Violence," Kennewick, WA |

| | |
|---|---|
| 1987 | "Marital Rape," Detroit, MI |
| 1987 | "Family Violence," Indianapolis, IN |
| 1988 | "Kelly and Company - Marital Rape," Detroit, MI |
| 1990 | "Sally Jessey Raphael Show - Battering During Pregnancy" ABC |
| 1991 | Channel 50 news interview, Detroit, MI |
| 1991 | Channel 12 news interview, Flint, MI |
| 1992 | "Life Matters" program on wife abuse, Channel 56, Detroit, MI |
| 1993 | Channel 7 news interview, Washington, DC |
| 1994 | Channel 2 news interview, Baltimore, MD |
| 1997 | The Bottom Line, Baltimore, MD WBAL |
| 2001 | The Today Show |
| 2002 | Oprah |
| 2003 | Discovery Chanel Documentary on Maternal Mortality & Homicide |
| 2004 | CNN Nightly News |
| 2007 | CNN "Paula Zahn Now" show |
| 2007 | CNN Newsroom |
| 2012 | San Francisco ABC News interview |
| 2012 | Katie Couric Show ABC |
| 2012 | Local Nightly News NBC |

Radio Interviews

| | |
|---|---|
| 1985 | "Research Study on Battered Women," Detroit, MI |
| 1985 | "Battered Women," Rochester, NY |
| 1990 | "National Domestic Violence Week," WDET, Detroit, MI |
| 1991 | "Lonnie Peak Show," WQBH, Detroit, MI |
| 1991 | WMUZ call in, Detroit, MI |
| 1992 | WDET Nkenge Zola program, Detroit, MI |
| 1994 | WJHU "Nursing Roles", Baltimore, MD |
| 1997 | Voice of America, Baltimore, MD |
| 1997 | Johns Hopkins Health News Feed, Baltimore, MD |
| 1998 | Domestic Violence Study, NPR |
| 2004 | Dating Violence Study NPR |
| 2005 | Canadian Broadcasting Company |
| 2007 | PBS California |
| 2007 | NPR interview on domestic violence and health |
| 2009 | WYPR, NPR – Domestic Violence Homicide |
| 2012 | NPR interview on dating violence |

Media Consultation – Consultation to *House* (ABC Television series) on script for episode on Domestic Violence (2006), Quotes in *NY Times, Time Magazine, Washington Post, O Magazine, Redbook, Glamour, Richmond Times, Chicago Tribune, Huffington Post, Baltimore Sun, US News & World Report,*

Consulting Service to National Academy of Sciences/ Institute of Medicine/National Research Council
(member since 2000)

| | |
|---|---|
| 1994-97 | Committee on the Assessment of Family Violence Interventions (*Violence in Families: Assessing, Treatment and Prevention Programs,* Washington, DC: National Academy Press, 1998) |
| 1998 | Invited podium address on intimate partner violence and health consequences, Annual Meeting |
| 1998 | Presentation at Workshop on Consequences of Pregnancy, Maternal Morbidity and Mortality for Women, Their Families and Society |
| 1995-00 | Board on Global Health, Institute of Medicine |
| 2000-02 | Committee on Family Violence Training Needs of Healthcare Professionals (*Confronting* |

32

|  | *Chronic Neglect: The Education and Training of Health Professionals on Family Violence,* Washington, DC: National Academy Press, 2002) |
| 2002 | Invited address to the IOM Roundtable on Research Directions for Intimate Partner Violence |
| 2002 | Invited Address to the IOM/NRC/DOD Committee to Address Prevention of Intimate Partner Violence in the Military |
| 2006-07 | Committee on Veterans' Compensation for Post Traumatic Stress Disorder (*PTSD Compensation and Military Service,* Washington, DC: National Academy Press, 2007) |
| 2007 | Violence Prevention in Low and Middle-Income Countries Institute of Medicine Workshop Planning Committee (Workshop Summary published 2008) |
| 2009-14 | Board on Global Health, Institute of Medicine |
| 2009 | Invited Address to Committee on Women's Health |
| 2010-15 | Co-Chair, IOM Forum on Global Prevention of Violence; Co-Chair of Forum meeting 1 on Violence Against Women and Girls 2011 (Workshop Summary published 2012); Co-Chair of Forum meeting 3 on Contagion of Violence 2012 |
| 2012 | Coordinator of External Review of Committee Report *Assessment of Ongoing Efforts in the Treatment of PTSD* |
| 2013-15 | Committee on the Assessment of Resiliency and Prevention Programs for Mental and Behavioral Health in Service Members and their Families. *Preventing Psychological Disorders in Service Members and Their Families: An Assessment of Programs* |
| 2012 | Podium Address, IOM Annual Meeting |

Consulting to Public Agencies, Foundations, Professional Associations:

| 1980-82 | Health consultation and provision of nursing services to clients, Women-in-Transition and Interim House Wife Abuse Shelters, Detroit, MI |
| 1982-84 | Health consultation and provision of nursing services, Alternatives for Battered Women Wife Abuse Shelter, Rochester, NY |
| 1984 | Training on women's responses to battering for health professionals and physicians, Alternatives for Battered Women, Rochester, NY |
| 1984 | Consultation on providing continuing education programs on battered women for practicing nurses, Strong Memorial Hospital, Rochester, NY |
| 1986 | Consultation (written) to Maternal-Infant Core Competency Project on battering during pregnancy, March of Dimes Birth Defects Foundation, New York |
| 1991 | Consultation on woman abuse to Global Fund for Women, Menlo Park, CA |
| 1992 | Violence Against Women Task Force of the NOW Legal Defense and Education Fund |
| 1993 | Consultation on policies & procedures for woman abuse, Dartmouth-Hitchcock Medical Center |
| 1993 | Consultation on policies & procedures for woman abuse, Milwaukee Co Medical Complex |
| 1994 | Chair, Prevention Task Force, AMA National Health & Justice Conf on Family Violence |
| 1994 | Executive Committee, AMA National Health and Justice Family Violence Initiative |
| 1994 | Advisory Committee, Family Violence and Health Professions Education, RWJ Foundation & and University of Oklahoma |
| 1994 | Consultation to the Milbank Fund |
| 1994-98 | Family Violence Advisory Committee, National Health Initiative on Domestic Violence, Family Violence Prevention Fund (Funded by DHHS and the Conrad Hilton Foundation). |
| 1994-present | Board member, Family Violence Prevention Fund |
| 1994-present | Med Chi, Domestic Violence Response Advacacy Project, (MD) |
| 1996-2000 | Governor's Council on Domestic Violence (MD) |
| 1996-2002 | House of Ruth-Baltimore, MD, Board of Directors, Wife Abuse Shelter |
| 4/98 | Family Violence Council (Baltimore, MD) |
| 9/98-2003 | Consultant, Community Based Intervention to Prevent Intimate Partner Violence in SW Detroit, CHASS Clinic, (Detroit, MI), Stillman Foundation |
| 2000 | The Ford Foundation: Institute of International Education (New York, NY) |
| 2002 | The MacArthur Foundation, Agenda Setting, Chicago, NY |

| 2006 | Rockefeller Center of Hispanic/Latina Health – Immigrant Health Meetings |
| 2006 | Robert Wood Johnson Foundation Prevention of Domestic Violence Agenda Setting |
| 2007-13 | National Program Director, Robert Wood Johnson Foundation Nurse Faculty Scholars Program |
| 2009 | Presentation for JHU to Macy Foundation |
| 2012 | Presentation and consultation with Task Force on HIV/Gender Based Violence Intersections Research Agenda – Hosted by SSRI and NIH |
| 2011-15 | National Strangulation Training Institute - National Advisory Panel |

Consultation to Federal & State Governments

| 1985 | Invited participant in the United States Surgeon General's (Koop) Conference on Interpersonal Violence and Public Health, Washington, DC |
| 1989 | Reviewer for Centers for Disease Control, Year 2000 Public Health Objectives |
| 1989 | Representative to Institute of Medicine, Year 2000 Public Health Objectives |
| 1990 | Consultation to Senator Hoff's staff on violence against women. |
| 1992 | Invited participant at the National Center for Nursing Research Second Conference on Research Priorities for Nursing Research (12/92) |
| 1991-93 | Consultation to Senator Joseph Biden's staff on Violence Against Women Bill. |
| 1992-93 | Consultation to Representative Wyden's staff on Woman Abuse Medical Curricula Bill. |
| 1992-93 | Consultation to Representative Louis Stokes on Urban Violence Institute Bill. |
| 1993-94 | Consultation with the Federal Intra-Agency Task Force on Violence (Departments of Health and Human Services, Justice, Education, Housing) |
| 1993-96 | Consultations with Representatives Morella, Wellstone, and Schroeder, Senators Bradley, Inouye, and McCulski's offices on violence related issues |
| 1994-97 | Committee Member, Family and Intimate Violence Prevention Subcommittee, Centers for Disease Control. |
| 1994-98 | Centers for Disease Control, National Center for Injury Prevention and Control Subcommittee on Family and Intimate Violence |
| 1994-97 | American College of Nurse Midwives Domestic Violence Training Grant, US Department of Health and Human Services Maternal Child Health Information and Planning |
| 1995-2000 | Creating safety and justice for women and girls in Novato, California, Transforming Communities (Commonwealth Fund) |
| 1996 | Maternal Child Health Bureau (DHHS) Technical Experts Group on Enhancing Community Response to Domestic Violence |
| 1996 | Ottawa Women's Health Forum. Ottawa, Canada. |
| 1997 | Bridging The Gap: Enhancing Partnerships to Improve Minority Women's Health (NIH, Office on Minority Health, Office on Women's Health Research) |
| 1997 | Domestic Violence Policy Conference. Washington, DC. |
| 1997-99 | Panel member, Key Scientific Issues for Research on Violence Occurring Around the Time of Pregnancy, Centers for Disease Control and Prevention |
| 1997-01 | National Advisory Council on Violence Against Women (US DHHS/DOJ) (appointed by Secretary of DHHS Donna Shalala and Attorney General Janet Reno) |
| 1997-present | Training and consultation for US Military – Family Advocacy and Health Care Personnel on Family Violence |
| 1998-present | Department of Health & Human Services Office of Women's Health Nursing Committee on Violence Against Women |
| 1999 | USAID International Women's Development Violence Issues |
| 1999 | AHCPR (AHRQ) Domestic Violence and Health Consultation |
| 1999 | National Governors' Association, National Institutes of Justice Forum on Preventing Family Violence |
| 2000-03 | Department of Defense Task Force on Domestic Violence in the Military – (congressional appointment) |
| 2000-03 | Scientific Advisory Board of the NIH DC Initiative to Reduce Infant Mortality in Minority Populations in the District of Columbia |

| | |
|---|---|
| 2003-present | National Advisory Committee, University of Kentucky Center for Research on Violence Against Women |
| 2004-08 | Data Monitoring Board, NIMH |
| 2004 | US Department of Justice – Stalking Consensus Panel |
| 2004 | US Department of Defense – Fatality Review Development |
| 2005 | US Department of Justice – Missing Persons |
| 2004-06 | State of Maryland – Domestic Violence Risk Assessment Coalition |
| 2006–present | State of Maryland – Baltimore City Domestic Violence Fatality Review Committee |
| 2007 | DHHS/NIH Consultation on Dating Violence Research Agenda |
| 2008 | Policy Committee (Women's Health Issues) Barack Obama Campaign |
| 2009 | DHHS/DOJ Domestic Violence Typologies Conference |
| 2009 | US Department of Justice – National Institute of Justice Family Homicide-Suicide Seminar |
| 2009 | DHHS Office of Women's Health Summit for Action: Health of Women & Girls Agenda |
| 2009 | Congressional Hearings – Violence Against Women and Reproductive Health |
| 2009 | Consultation with Mary Wakefield, RN, PhD, Director, HRSA (HHS) on abuse during pregnancy and assessment in Healthy Start programs |
| 2009 | Consultation with Lynn Rosenthal, White House Advisor on Violence Against Women |
| 2009 | Consultation with US Congressional Offices (including Speaker of the House), FVPF, DHHS on Health Care Reform legislative provisions on Home Visitation and intimate partner violence. |
| 2010 | Presentation and consultation to Interagency (DOJ, DHHS, CDC) Workforce on Dating Violence |
| 2011 | Congressional Hearings:  Health Effects of Intimate Partner Violence on Women & Children |
| 2012 | Presentation and consultation to DHHS (HRSA, CDC, SAMSHA, NIH) task force on implementation of screening and brief counseling in primary care. |
| 2012 | Presentation and consultation to USAID on intersections of HIV/VAW |
| 2012 | Presentation and consultation to DHHS (Assistant Sec, OWH, NIH, HRSA) |
| 2012 | Presentation and consultation to Women Leaders in HIV (Intra-agency – DHHS, DOJ, State Department, HUD Work Group) |
| 2013 | Consultation to White House Office on Violence Against Women on Guns used in DV homicides |
| 2013 | Consultation to NIH/DHHS HIV/GBV Intersection Work Group |
| 2013 | Consultation to DHHS on GBV and HIV Prevention and Care for Women Living with HIV |
| 2014 | Consultation to SAMHSA on Trauma Informed Care |
| 2014 | Consultation to NICHD on Pediatric Trauma and Family Violence for NICHD Strategic Plan 2015 |
| 2014 | Consultation to SAMHSA/NIH Intersections of IPV and Suicide Work Group |
| 2015 | Consultation to NIAID on Injury and Biological Intersections in HIV Risk |
| 2016 | Consultation to CDC on IPV Measurement and Trauma Informed Primary Care |

International Consultation

| | |
|---|---|
| 1990 | Consultation to Ministry of Maori Affairs, Ministry of Women's Affairs, New Zealand |
| 1991 | Consultation to Women Against Violence (WAV) and Belize Organization for Women and Development (BOWAND), Belize City, Belize. |
| 1991 | Consultation to Zimbabwe Center for Women's Action Group, Harare, Zimbabwe |
| 1991-92 | Consultation to UNESCO, Bureau des Droits des Femmes, Paris, France |
| 1993 | Consultation to World Bank on world health care costs of violence against women, Washington, DC |
| 1993 | NGO Representative to UN Human Rights Conference, Vienna, Austria |
| 1995-97 | Consultation on shelter services, abuse during pregnancy, USAID, Nairobi, Kenya |
| 1995-97 | Consultation on including wife battering in international health surveys, Mexico, Family Health International |
| 1996 | Consultation on health care effects of wife battering, World Health Organization |

| 1996 | Consultation with Institutes of Neurology, Mexico City, Mexico. |
|---|---|
| 1998-2006 | Consultation and Steering Committee Co-Chair, World Health Organization Multi-country Study of Women's Health and Violence Against Women, Geneva, Switzerland. |
| 1998 | Consultation with Kings College, Department of Nursing, St. Thomas and Guys Hospitals, London, UK. |
| 1998, 1999 | Consultation with Royal College of Nursing, UK |
| 2000 | Consultation with University of Southern Cross Center for Aboriginal Health, Australia |
| 2000 | Consultation and National Training to Family Violence and Sexual Assault Services, Doctors for Sexual Assault Care, New Zealand |
| 2000 – 2011 | Consultation with Medical Research Council of South Africa on Gender Based Violence Research |
| 2002 | Advisory Committee, Krug, E., Dahlberg, L., Mercy, J., Zwi, A., & Lozano, R. *World report on violence and health.*  Geneva:  World Health Organization. |
| 2004 | Bellagio (Rockefeller Foundation) Conference on Violence Against Women |
| 2005 | Consultation with World Health Organization Gender and Health Division and Injury Control and Prevention Divisions |
| 2006 | Consultation with University of Edinburgh School of Nursing, Scotland |
| 2006 | Consultation with University of Adelaide School of Nursing, Australia |
| 2009 | Member of US Department of State Division on Gender Equity and USAID delegation to Egypt to provide consultation to Mrs. Mubarek's Initiative to Prevent Violence Against Women |
| 2009 | Consultation with World Health Organization Reproductive Health Division on Clinical Trial test of intimate partner violence intervention in prenatal care in Africa |
| 2009 | Consultation with University of Trondheim, Norway |
| 2010 | Consultation (on Community Systems of Risk Assessment) with Centre for Research & Education on Violence against Women and Children, University of Western Ontario, London, Canada |
| 2010 | Member of Expert Workshop on Violence against Women International with World Health Organization and Global Small Arms Survey, Geneva, Switzerland |
| 2010 | Consultation with the University of Granada, Granada, Spain |
| 2011 | Consultation with the Ministry of Justice, Ministry of Health, Ministry of Health Maori Advisory Group, Auckland University of Technology, University of Auckland, University of Otago, Victoria University, Auckland, ChristChurch and Wellington, New Zealand. |
| 2011 | Advisory Board, DFID Review, London School of Tropical Medicine, London, UK. |
| 2014 | Co-Chair IOM/African Academy of Sciences Meeting on Intersections of HIV and IPV, Kampala, Uganda |
| 2015 | Consultation to WHO and PAHO – Developing Curricula for Training Health Care Professionals on Identification of Women and Girls Experiencing Violence and Abuse |

**Professional Associations**

Institute of Medicine (elected member (2000)
APHA
ANA
AAN – Expert Panel on Violence, Health Disparities Task Force
Association of Violence and Abuse (AVA)
AMA Council on Violence
American Psychological Association Institute on Violence Prevention
American Society of Criminology
Homicide Research Work Group
National Health Collective on Violence Against Women
Nursing Network on Violence Against Women International – Policy Liaison
Sigma Theta Tau

**Testimony before Public Bodies:**

| | |
|---|---|
| 6/84 | United States Attorney General's Task Force on Family Violence |
| 4/88 | Regional Hearing - Health Objectives for the Year 2000, Office of Disease Prevention and Health Promotion, DHHS |
| 4/88 | Michigan House of Representatives and Senate Judiciary Committees, Marital Rape Exemption Bill |
| 10/89 | Health Objectives for Michigan Hearings |
| 1/89 | State of Michigan, Gender Bias Task Force |
| 3/90 | House of Representatives, State of Pennsylvania, Spouse Abuse Hearings |
| 6/91 | National Institutes of Health, Office of Research on Women's Health Public Hearings |
| 5/92 | Testimony as an Expert Witness, Detroit Recorder's Court |
| 8/92 | Regional Congressional Hearings on Women's Health, (Representative Barbara Rose Collins) Detroit, MI |
| 11/92 | Testimony as an Expert Witness, Bend, Oregon Superior Court |
| 7/95 | Testimony as an Expert Witness, Los Angles, California Superior Court (Frye hearing) |
| 3/96 | Congressional Testimony, Washington, DC, representing the American Association of Colleges of Nursing |
| 10/97 | Testimony as an Expert Witness, State of North Carolina |
| 12/97 | Written testimony, Bethesda, MD, Office of Research on Women's Health (ORWH) (NIH, DHHS) |
| 11/98 | Testimony as an Expert Witness, Montgomery County Circuit Court, Maryland |
| 2/00 | Testimony before MD State Legislature Judiciary Committee on Domestic Violence Homicide |
| 5/02 | Testimony before US House of Representatives – as representative of American Association of Colleges of Nursing |
| 1/01 | Designated with Judicial Approval and deposed as an Expert Witness, Orange County (Silvas v. Southbay); case settled out of court |
| 7/02 | Designated with Judicial Approval as an Expert Witness, US Attorney, District of Columbia, US v. Taylor-Nuevelle; case settled out of court |
| 5/04 | Testimony as an Expert Witness; Petrone vs. Pike case in Pennsylvania. |
| 4/07 | Congressional Briefing (US House of Representatives) on Family Violence and Health |
| 9/09 | Congressional Hearing (US Senate) on Violence Against Women and Reproductive Health |
| 10/11 | Testimony as an Expert Witness; NY State Supreme Court, Queens (US District Attorney vs. Sheehan) |
| 2/13 | Testimony before US Sentencing Commission as an Expert |
| 7/14 | Testimony before US Senate Judiciary Subcommittee on Crime and Terrorism on bills extending protective order gun removal provisions to all states, representing the American Academy of Nursing. |
| 3/15 | Deposition as an Expert Witness (Fogg vs. Fogg case in Michigan) |

**Clinical Experience:**

| | |
|---|---|
| 1968 | Pediatric Staff Nurse – St. Elizabeth's Hospital, Dayton, OH |
| 1968-72 | School Nurse, Roosevelt HS, Dayton, OH |
| 1972-75 | Childbirth Educator, Dayton, OH |
| 1973-75 | Therapist, Daymont West Community Mental Health Center, Dayton, OH |
| 1975-78 | Intake, Family and Adolescent Therapist, Office of Walter J. Hill, M. D., Child and Adolescent Psychiatry, Dayton, OH |
| 1982-84 | Support Group Facilitator, Alternatives for Battered Women Wife Abuse Shelter, Rochester, NY |
| 1989-92 | Support Group Facilitator, My Sister's Place Wife Abuse Shelter, Detroit, MI |

**Curriculum Vitae**                                                 **Jacquelyn C. Campbell**

## Part II: EDUCATIONAL ACTIVITIES *(most recent to earliest)*:

Classroom Instruction 2007-16:

| | | | | |
|---|---|---|---|---|
| Fall | 2014 | NR 100.818 | Violence Research Seminar Coordinator | 7 students |
| Spring 2015 | | NR 110.493-593 (1-3 cr) | Family Violence     Coordinator | 20 students |
| Spring 2015 | | NR 110.593 online (3cr) | Family Violence     Coordinator | 3 students |
| Spring 2015 | | NR 110.814 (3 cr) | Scientific Perspectives in Nursing Coordinator | 14 students |
| Spring 2015 | | NR 110.818 (1 cr) | Violence Research Seminar Coordinator | 6 students |
| Fall | 2015 | NR 110.818 (1 cr) | Violence Research Seminar Coordinator | 12 students |
| | | | | |
| Fall | 2013 | NR 100.818 | Violence Research Seminar Coordinator | 7 students |
| Spring 2014 | | NR 110.493-593 (1-3 cr) | Family Violence     Coordinator | 25 students |
| Spring 2014 | | NR 110.593 online (3cr) | Family Violence     Coordinator | 2 students |
| Spring 2014 | | NR 110.814 (3 cr) | Scientific Perspectives in Nursing Coordinator | 7 students |
| Spring 2014 | | NR 110.818 (1 cr) | Violence Research Seminar Coordinator | 8 students |
| | | | | |
| Fall | 2012 | NR 100.818 | Violence Research Seminar   Coordinator | 10 students |
| Spring 2013 | | NR 110.493-593 (1-3 cr) | Family Violence     Coordinator | 24 students |
| Spring 2013 | | NR 110.593 online (3cr) | Family Violence     Coordinator | 4 students |
| Spring 2013 | | NR 110.814 (3 cr) | Scientific Perspectives in Nursing Coordinator | 4 students |
| Spring 2013 | | NR 110.818 (1 cr) | Violence Research Seminar Coordinator | 8 students |
| | | | | |
| Fall | 2011 | NR 100.818 | Violence Research Seminar   Coordinator | 10 students |
| Spring 2012 | | NR 110.493-593 (1-3 cr) | Family Violence     Coordinator | 24 students |
| Spring 2012 | | NR 110.593 online (3cr) | Family Violence     Coordinator | 4 students |
| Spring 2012 | | NR 110.814 (3 cr) | Scientific Perspectives in Nursing Coordinator | 4 students |
| Spring 2012 | | NR 110.818 (1 cr) | Violence Research Seminar Coordinator | 8 students |
| | | | | |
| Fall | 2010 | NR 100.818 | Violence Research Seminar   Coordinator | 12 students |
| Spring 2010 | | NR 110.493-593 (1-3 cr) | Family Violence     Coordinator 10% | 27 students |
| Spring 2010 | | NR 110.814 (3 cr) | Scientific Perspectives in Nursing Coordinator | 6 students |
| Spring 2010 | | NR 110.818 (1 cr) | Violence Research Seminar Coordinator | 10 students |
| | | | | |
| Fall | 2009 | NR 100.818 | Violence Research Seminar   Coordinator | 10 students |
| Spring 2009 | | NR 110.493-593 (1-3 cr) | Family Violence     Coordinator 10% | 23 students |
| Spring 2009 | | NR 110.814 (3 cr) | Scientific Perspectives in Nursing Coordinator | 6 students |
| Spring 2009 | | NR 110.818 (1 cr) | Violence Research Seminar Coordinator | 9 students |
| | | | | |
| Fall | 2008 | NR 100.818 (1 cr) | Violence Research Seminar Coordinator | 8 students |
| Spring 2008 | | NR 110.493-593 (1-3 cr) | Family Violence     Coordinator 10% | 17 students |
| Spring 2008 | | NR 110.814 (3 cr) | Scientific Perspectives in Nursing Coordinator | 2 students |
| Spring 2008 | | NR 110.818 (1 cr) | Violence Research Seminar Coordinator | 9 students |
| | | | | |
| Fall | 2007 | NR 100.818 (1 cr) | Violence Research Seminar Coordinator | 8 students |
| | | | | |
| Spring 2007 | | NR 110.493-593 (1-3 cr) | Family Violence     Coordinator 10% | 28 students |
| Spring 2007 | | NR 110.814 (3 cr) | Scientific Perspectives in Nursing Coordinator | 6 students |
| Spring 2007 | | NR 110.818 (1 cr) | Violence Research Seminar Coordinator | 7 students |
| | | | | |
| Fall | 2006 | NR 100.818 (1 cr) | Violence Research Seminar Coordinator | 8 students |

1993- 2006 Classroom Instruction
1995-99, 2002-05 100.804 Combining Qualitative & Quantitative Data in Health Research   Coordinator
1995-99, 2002-04 100.891 Responsibilities & Activities of the Nurse Scientist      Coordinator  3-8 stds
1994-97, 2002-06 100.818 Scientific Perspectives in Nursing                Coordinator      3-8 students
1994-98,  2001-06 100.493-593   Family Violence                            Coordinator     20-30 students
1999 -00, 2001-06   Special Topics in Violence Research                    Coordinator      8-10 students

Guest Lectures (each year 2000-2012):
SON:  UG Mental Health; MSN Concepts & Theories; PhD Philosophical Perspectives in Nursing
      (each year 2008-9)
SON:  BSN/MSN Forensic Nursing; Health in Refugee Settings; BSN – Undergraduate Research

BSPH:  Maternal Child Health Issues 2000-09; Occupational Health Seminar 2000-09; Epidemiology of
Intentional Injury

School of Medicine:  1999-2006 Physicians in Society

Course Development:  UG:  Family Violence, Doctoral:  Scientific Perspectives in Nursing, Advanced
Research Design II, Combining Qualitative & Quantitative Data in Health Research, Scientific
Perspectives in Nursing

**ACADEMIC SERVICE (Current):**

School of Nursing:

Chair, APT Committee (2007-09)
Member A&P Committee (2014-2016)
Academic Council (1996 – 2015)
PhD Curriculum (1994 – 2015)
PhD Admissions and Progression (1994 – 2008; 2010-15)
Standing Search Committee (2000 – 2010)
Chair, Stuhlman Chair Search Committee (2005-07)
CCIR Advisory Committee (2002 – 08)
Health Disparities T32 Core Faculty (2000 – 08)
Diversity and Cultural Competence Committee (2000 – 05; 2011-13)
      E. Baltimore Campus – Medical Institutions

Violence Research Training Steering Committee (Chair)
Center for Injury Control (CDC funded, BSPH) Advisory Committee
Center for Youth Violence (CDC funded, BSPH) Advisory Committee

University

BIRCWH Leadership (2015-2020)
Sexual Assault Policy Committee (2014-2016)
CEO, Johns Hopkins Medical Institutions/Dean of School of Nursing Search Committee – 2012-13
CEO, Johns Hopkins Medical Institutions/Dean of School of Medicine Search Committee – 2011-12
PhD Education Board 2010 -
Provost Search Committee - 2009
Framework for the Future – Provost Strategic Plan – Co-Chair Staff People Work Group 2008
Urban Health Institute Academic Advisory Committee 2005-07
Domestic Violence Task Force (1999-2004)
Diversity Committee (2000 – 05)

**ADVISEMENT**:

**Postdoctoral:**

J. Koziol-McLain (2000-02). T32 NIMH 20014. Interdisciplinary Violence Research Training. Now Professor at Auckland University of Technology, Auckland, NZ.

J. Hardesty (2002-04). T32 NIMH 20014. Interdisciplinary Violence Research Training. Developmental Psychologist, now Associate Professor at University of Illinois.

F. Oflaz (2003 – 05). International Post Doctoral Award from Government of Turkey. Now Dean of Nursing, Head of Hospital and Army Captain, Gata University, Ankara, Turkey

(Co-Advisor with Edward Cornwell, MD). E. Hart Sutton (2003-04). T32 NIMH 20014. MD, Assistant Professor, Department of Surgery, University of Maryland School of Medicine

T. Gillum (2004-06), Johns Hopkins University Urban Health Post Doctoral Fellow. Now Associate Professor of PH at University of Massachusetts, Amherst

(Co-Sponsor) M. George (2004-06). F32 NCCAM *CAM use for Asthma in Low-income Black and White Adults.* Now Associate Professor, University of Pennsylvania School of Nursing

J. Messing (2007-08). T32 NIMH 20014. Interdisciplinary Violence Research Training. Now Associate Professor at Arizona State University.

J. Stockman (2008-09). T32 NIMH 20014. Interdisciplinary Violence Research Training. Now Assistant Professor at University of California, San Diego

C. Cavanaugh (2008-10): BSPH post doctoral fellow – co-advisor – Department of Mental Health; Clinical Psychologist, now Associate Professor at Rutgers University Camden Campus

M. Baty Lucea (2010-12). T32 NICHD Interdisciplinary Violence in the Family Research Traning

B. Sabri (2011-13) T32 NICHD Interdisciplinary Violence in the Family Research Traning. Now Research Associate, JHU SON

N. St. Vil (2012-14) T32 NICHD Interdisciplinary Violence in the Family Research Traning. Now Assistant Professor at Suny Buffalo

K. Alexander (2013-2014) NICHD Interdisciplinary Violence in Family Research Training. Now Assistant Professor, JHU School of Nursing

C. Holliday (2014-2015) NICHD Interdisciplinary Violence in Family Research Training. Now Post Doctoral Fellow, BSPH

A.Cimino (2015) NICHD Interdisciplinary Violence in Family Research Training. Now Research Associate

NIH K award mentorships and consultants: J. Rich (Boston U; NIMH); S. Tyson (U of WA, NINR), S. Woods (NINR); J. Taylor (NINR), B. Walton-Moss (NIDA); M. Bair-Merritt (NICHD) now Associate Professor, Boston University; A. Tietleman (UPA NINR), now Associate Professor, UPENN; M. George (UPA NCCAM), now Associate Professor, UPA; C. Cerulli (U of Rochester, NIMH), now Associate Professor, U of Rochester.

**Dissertation Chair (Major Advisor):**

40

Reinhart, K. (2014).  *Childhood trauma and adult health outcomes:  The role of religious variables.* Johns Hopkins University School of Nursing.

Jessica Draughon (with D. Sheridan) (2013). Sexual assault and protocol adherence in Post-Exposure Prophylaxis (nPEP) for HIV.  Johns Hopkins University School of Nursing.

Paterno, M. (2012).  *Contraception use and pregnancy prevention among young women.* (Johns Hopkins University School of Nursing)

Brockie, T. (2012).  *Suicidality among American Indian Youth in Montana* (Johns Hopkins University School of Nursing)

Outwater, A. (PhD, 2007).  *Intentional injury deaths in Dar El Salaam, Tanzania.*  Johns Hopkins University School of Nursing.

Fredland, N. (PhD, 2006). *Health Outcomes of Young Teens Exposed to Violence.*  Johns Hopkins University School of Nursing.

Laughon, K. (PhD, 2004).  *Women's experiences of lifetime violence, mental illness, substance use and risk of sexually transmitted diseases in a predominantly African American sample.*  Johns Hopkins University School of Nursing.

Woods, A.  (PhD, 2004).  *Biophysical and immunologic responses to battering.* Johns Hopkins University School of Nursing.

Relf, M. (PhD, 2001). *Testing a theory of HIV risk prevention in gay men.*  Johns Hopkins University School of Nursing.

Xu, X. (PhD, 2001).  *Domestic violence against women in China:  Prevalence, risk factors and health outcomes.*   Johns Hopkins University School of Nursing.

Belknap, R. (PhD, 1996). *Woman abuse: Moral choice, self and depression.*  (Wayne State University)

Ford-Gilboe, M. (PhD, 1994).   *Family strengths, motivation and resources as predictors of health promotion behavior in single parent and two-parent families.* (Wayne State University)

Doornbos, M. M. (PhD, 1993).  *Family health in the families of the young chronically mentally ill.* (Wayne State University)

McQuiston, C. (PhD, 1993).  *Basic conditioning factors and self-care agency of unmarried women at risk for sexually transmitted disease.* (Wayne State University)

Bunting, S. (PhD, 1992) *Negotiating the journey:  A grounded theory study of family/friend caregiving in the context of AIDS.* (Wayne State University)

Urbancic, J.   (PhD, 1992).  *The relationships among empowerment support, motivation for self-care, mental health self-care, well-being, and incest trauma resolution in adult survivors of childhood incest.* (Wayne State University)

**Co-Advisor (Senior)**

41

Jan Kaminsky (with J. Kub) (2012). *Child Discipline in a Sample of Previously Incarcerated Prison Nursery Mothers who Participated in a Co-Residential Prison Nursery Program: A Mixed Methods Study.* Johns Hopkins University School of Nursing

**International Dissertation Opponent, Referee, Examiner, External Member (alphabetical)**

Abrahams, N. (2002, PhD). *Men's use of violence against intimate partners: A study of working men in Cape Town.* (R. Jewkes, Chair, University of Capetown, Capetown, South Africa).

Duma, S. (2006, PhD). *Women's Journey of Recovery from Sexual Assault Trauma: A Grounded Theory. (*J. Meckwa, Chair, University of Cape Town, School of Health and Rehabilitation Sciences, Cape Town, South Africa.

Ellsberg, M. (2001, PhD). *Candies in Hell: Women's experiences of violence in Nicaraugua.* (Umea University, Umea, Sweden)

Hedin, Lena Widding. (1999, PhD). *Woman abuse during pregnancy.* (University of Goteberg, Goteberg, Sweden).

Heise, L. (2012, PhD). *Determinants of Partner Violence in Low and Middle Income Countries: Exploring Variation in Individual and Population-Level Risk.* (London School of Tropical Medicine, London, UK)

Kaminksky, J. (2013). *Child Discipline in a Sample of Previously Incarcerated Prison Nursery Mothers Who Participated in a Co-Residential Prison Nursery Program: A Mixed Methods Study* (Johns Hopkins University School of Nursing).

Loxton, D. J. (2003, PhD, PhD). *Domestic abuse and health: Quantitative and qualitative investigations amongst mid-aged Australian women.* (University of New England, Armidale, Australia).

Mathews, S. (2010, PhD). *Understanding Intimate Femicide in South Africa.* Faculty of Public Health, (R. Jewkes, Chair, University of the Witwatersrand, South Africa).

Onyskiw, J. (1999, PhD). *Processes underlying children's responses to witnessing physical aggression in their families.* (M. Harrison, Chair, University of Alberta, Alberta, Canada)

Pitman, T. (2010). *The Legacy of Domestic Violence: How the Dynamics of Abuse Continue Beyond Separation. (*University of Tasmania, Australia).

Ratner, P. (1995, PhD). *Societal responses as moderators of health consequences of wife abuse.* (University of Alberta, Alberta, Canada).

Ritchie, M. (2004, MA in Nursing) *Process evaluation of an emergency department family violence intervention programme* (University of Wellington, New Zealand)

Walsh, D. (2003, PhD). *Silent suffering: the extent, level and nature of violence against women during pregnancy. A study of 400 Australian women.* (The University of Melbourne, Melbourne, Australia)

**Current Dissertation Committee Member**

Anderson, J. (2016 Expected) (JHU SON). *The effects of partner violence and mental health on HIV disease progression in women.* F31 support from NIMH.

King, K. (2016 Expected) (JHU BSPH).

42

**Completed Dissertation Committee Member (listed alphabetically)**

Altarac, M. (1999). *Effect of reported stress because of abuse during pregnancy on infant birthweight.* (D. Strobino, Chair, JHU School of Hygiene & Public Health).

Alhusen, J. (2010). *Facilitators and barriers to health promoting practices during pregnancy.* JHU School of Nursing. (P. Sharps, Chair)

Baker, L. (1991) *Predictors of self-care in adolescents with cystic fibrosis.* (M. Denyes, Chair, WSU).

Baty, M. (2010). *Examining HIV risk, relationship power and partner violence in Cebu, Philippines.*

Berman, H. (1996). *Growing up with violence: A narrative analysis of war and children of battered women.* (M. Denyes, Chair, WSU).

Bohn, D. (1993) *Abuse during pregnancy and resultant outcomes among the Ojibway Indians.* (Rush Presbyterian St. Luke's Medical Center School of Nursing, Chicago, IL).

Bumbalo, J. A. (1990) *Perceptions of self-child needs conflict and maternal health in women with preschool children.* (M. Denyes, Chair, WSU).

Cerulli, C. ( 2003) *The Domestic Discount: What Degree of Seriousness Do Prosecutors and Other Actors in the Criminal Justice System Ascribe to Intimate Homicides?* School of Criminal Justice, Nelson A. Rockefeller College of Public Affairs and Policy.

Clark, C. J. (2005). *Defining domestic violence in Jordan: Its prevalence, reproductive health correlates, and sources of assistance.* Harvard School of Public Health. (A. Hill, Chair)

Chamberlain, L. (1996) *Alaskan health care professionals experiences with partner abuse.* (S. Teret, Chair, JHU School of Hygiene and Public Health).

Cohen, J. (1994). *A tapestry of caring: The lived experience and meaning of caring within a nursing student/faculty relationship.* (M. Oermann, Chair, WSU).

Cooper, L. (1999). *Children's exposre to community and family violence: Behavioral outcomes.* C. Covington, Chair, WSU.

Cox, G. (2012). *The effect of sexual coercion on health: An empirical test of the Dutton and Goodman (2005) model of coercion in intimate partner violence.* Johns Hopkins Bloomberg School of Public Health.

Dimmott, J. H. (1994). *Self-concept profile of abused women: A rural and cultural perspective.* The University of Texas Health Science Center at San Antonio.

Fishwick, N. (1993). *Prevalence of abuse in primary care settings and resultant patterns of identification and intervention.* Case Western Reserve School of Nursing.

Garza, M. (2002). *Evaluation of Services at a Battered Woman's Shelter.* Johns Hopkins University Bloomberg School of PH, A. Gielen, Chair).

Gaskin-Laniyan, N. (2003). *Re-assault Among Domestic Violence Perpetrators.* (Howard University School of SW, J. Smith, Chair)

43

Hartweg, D. (1991) *Self-care practices which promote well-being in middle-aged women.* (M. Denyes, Chair, WSU).

Hastings, Debra. (2006). *Intimate Partner Violence amongst Female Outpatient Surgery Patients.* University of Duquesne School of Nursing.

Hautzinger, S. (1997). *Domestic Violence & Police Response in Salvador da Bahia, Brazil.* (Johns Hopkins University, Department of Anthropology).

LaFlair, L. (2012). *Patterns of Alcohol Use, Traumatic Stress, and Women's Victimization Risk.* JHU Bloomberg School of Public Health, Department of Mental Health.  (C. Bradshaw, Chair)

Langford, D.  (1994).  *Women's perceptions of dangerousness in abusive relationships:  A focus group investigation.*  (C. Gilliss, Chair, University of California, San Francisco School of Nursing)

Lary, H. (2011).   *Victims who Victimize: A Multifactorial Model of the PTSD/ IPV association Among OEF/OIF Veterans.* State University of New York, Stony Brook.  (D. O'Leary, Chair)

Lass, D. (PhD). (2007). *Association between Psychopathology and Perception of Risk among Victims of Intimate Partner Violence.*  San Diego State University.

Lee, M. (1996). *Women and Power in Rural and Urban Pakistan.* (H. Gast, Chair, WSU).

Lewis-O'Connor, A. (2007). *When Push Comes to Shove: Screening Mothers for Intimate Partner Violence (IPV) in a Pediatric Setting.*  (J. Hawkins, Chair, Boston College School of Nursing)

Maman, S. (2001).  *HIV and violence in the context of women's lives: measuring the association in Dar Es, Tanzania.* (M. Sweat, Chair, JHU School of Hygiene and Public Health).

Manganello, J. (2003).  *News Coverage, Agenda Setting, and State Policy: A Study of Violence Against Women and Health Care Policy.* (JHU Bloomberg School of PH, D. Webster, Chair)

Melvin, K. (2011). *Couple Functioning and Posttraumatic Stress in OIF/OEF Veterans and Spouses.*  JHU School of Nursing. (D. Gross, Chair).

Menard, C. (2003).  *Multiple childhood stressors and psychosocial outcomes:  A latent variable modeling approach.*  (JHU Bloomberg School of PH, N. Ialongo, Chair, H. Chilcoat)

Nash, K. (2012).  *Determining the Relationship between Skin Color, Sex, and Subcutaneous Fat and the Change in Bruise Color Over Time.* JHU School of Nursing (D. Sheridan, Chair).

Neuman, B. (1996).  *Relationship between children's descriptions of pain, and self-care, and basic conditioning factors of development, gender, and ethnicity - bears in my throat.*  (M. Denyes, Chair, WSU)

McWhinney, L. (2006).  *Development of an Instrument to Measure Domestic Violence and Health in Jamaican Women.*  (O. Strickland, Chair, Emory University School of Nursing)

Moss, V.  (1996).  *The experience of terminating an abusive relationship from Anglo and Afrocentric perspective.*  (Rush Presbyterian University).

Polichnowski, E. (2008). *Adaptation through Spiritual Well-Being as a mediator or moderator of the relationship to the adverse psychological effects of dating violence in a sample of university students.* (J. Kub, Chair, JHU School of Nursing)

Renker, P. (1997). *Self-care agency in pregnant abused adolescents.* (WSU, M. Denyes, Chair))

Scupien, M.B. (1998). *Violence Against Women on the San Carlos Apache Indian Reservation.* (S. Teret, Chair, Johns Hopkins University, School of Hygiene & Public Health).

Sheridan, D. (1998). *Women's experiences of harassment after ending an abusive relationship.* (M. A. Curry, Chair, Oregon Health Sciences U School of Nursing)

Stockman, J. (2008). *Influence of sexual violence and partner dynamics on women's HIV risk.* (D. Celentano, Chair, JHU Bloomberg School of Public Health)

Strodtman, L. (1994). *Becoming a "real woman": Historical analysis of the characteristics, ethos, and professional socialization of diploma nursing students in two midwestern schools of nursing from 1941 to 1980.* (M. Isenberg, Chair, WSU)

Sturke, R. (2007). *Women's Autonomy and Intimate Partner Violence in India,* (M. Hinden, Chair, JHU Bloomberg School of Public Health).

Sullivan-Smith, A. (1992). *Discovering patients' perceptions of participation in management of chronic illness.* (E. Hanchett, Chair, WSU)

Trautman, D. (2004). *Intimate Partner Violence and Emergency Department Screening,* (U of Maryland)

Villarruel, A. (1993). *Meaning of pain, self care, and dependent care in Mexican American families.* (M. Denyes, Chair, WSU)

Wagman, J. (2014) *Assessing the impact of an intervention to prevent violence and HIV in Uganda.* (R. Gray, Chair JHU BSPH)

Wilk, S. (2005). *An in depth study of young women's experiences in dating violence relationships.* (N. Campbell, Chair, U of Buffalo School of Nursing)

Williams, J. R. (2008). *Relational aggression and dating violence in adolescents.* (J. Kub, Chair, JHU SON).

Wood, S. (1997). *Post traumatic stress disorder in battered women.* (M. Isenberg, Chair, WSU)

### Completed Master's Research

Chmielarczyk, V. (1994). *The relationship among knowledge about AIDS, self-care agency, and high-risk sexual behaviors associated with HIV seroconversion in adolescent African American males.* (WSU)

Dinardo, E. (1991) *Problem solving in battered women.*(WSU)

Edwards, W. (1990) *Sex role ideology and depression in women.* (WSU)

Groner, P. (1989) *A review of nursing time, direct and indirect, in public health nursing practice.* (WSU)

Haeberlin, M. L. (1989) *An instrument to assist in early identification of discharge planning needs.* (co-director J. Anderson, Ph.D., WSU)

Kelley, H. (1987) *Toward an integrated approach to services to the battered woman.* (WSU)

45

Kokoszka, T. M. (1987)  *A descriptive study of perceived symptomatology in HIV antibody status in homosexual men.* (Master's thesis, WSU)

Langin, S. (1987)  *Attitudinal barriers to prenatal care.* (WSU)

Liechti, P. (1992).  *Health care seeking behavior and feelings of alienation in the homeless adult.* (WSU)

May, G. (1991)  *Ritual abuse descriptive study.* (WSU)

McAndrews, L. (1989)  *An evaluation of a nursing program according to adolescent pregnancy outcomes.* (WSU)

McEnroe, L. (1990) *Self-care deficit and dependent care activity: Time as a measure of nursing activity.* (WSU)

Oliver, C. (1986)  *Battery and its significance in the prenatal period.*  (WSU)

Pearce, S. (1991)  *The battered woman and alcohol abuse:  Is there a relationship?* (WSU)

Ramsey, A. (1990) *The relationship among dependent care, environmental factors and child health status in abused children.* (WSU)

Sawyer, A. (1995). *School nurses' attitudes toward and practice of youth violence prevention initiatives.* (Master's Thesis, JHU)

Sell, H. (1986)  *A description of body images of battered women in relationship to severity of abuse, age, income and number of children.* (WSU)

Smith, S. (1988)  *Elder abuse in the community.*  (WSU)

Sobolewski, S. (1988)  *The impact of poverty on the health status of women.* (WSU)

Spencer, L. (1991) *Children of battered women:  An evaluation of drawings.*  (WSU)

Stanko, K. (1990)  *Comparing the Health of Boys and Girls in Violent Families.* (WSU)

Stuart, E. (1987)  *Assessment of danger potential patterns with battered women.* (WSU)

Tschirhart, S. (1992).  *Prevalence of domestic violence reported by female psychiatric inpatients and its effect on self-esteem.* (WSU)

### MSN Thesis Advisement

Gehring, B. (1996).  *Self -esteem and abuse during pregnancy in the military.*  (Member, U MD)

Cepis, L. (1996).  *Depression and abuse during pregnancy in the military.*  (Member, U MD)

Sebbio, S. (1996).  *Battered women's relationships with their mates and predictors of continued battering over time.* (Member, U MD)

Stewart, T. (1997). *Attitudes of Military Health Care Providers on Domestic Violence.* (Member, U MD)

### Scholarly Projects Advisement (Johns Hopkins University, BSN, MSN)

46

Beranski, C. (1998). *Violent Behavior Among Our Youth Today: An Inquiry into the Origin, Patterns and Escalation of Violent Tendencies in our Youth.* JHU Provost's Undergraduate Research Award

Borg, M.B. (1996). *Healthy Start's domestic violence initiative: A public health nursing opportunity.*

Glass, N. (1996). *Mandatory reporting of domestic violence: Nursing policy and practice implications.*

Grant, E. (1997). *Substance abuse and domestic violence interface with incarcerated women.*

Mousco-Jackson, G. (2009). *Acceptability of Screening for Intimate Partner Violence Among Afro-Caribbean Women.* JHU Provost's Undergraduate Research Award.

Otter, A. (2008). *Intimate partner violence during the childbearing year: An exploration of physical and sexual abuse, depression, trauma history, and pregnancy intention among low-income women in Portland, Oregon.* JHU Provost's Undergraduate Research Award.

Robinson, S. (2009). *PTSD among Afro-Caribbean Abused Women.* JHU Provost's Undergraduate Research Award.

Syron, L. (1996). *Homicide by battered women: Nursing policy and practice implications.*

Vincent, C. (2009). *Psychological Workplace Violence: Relationship with Depression Among Nurses.* Provost's Undergraduate Research Award

Wessel, L. (1995). *Les Casas Des Madres: Sanctuary for battered women in Nicaraugua.* Provost's Undergraduate Research Award.

**Current Advisement:**

UG Students Research Honors:

2015-2016: Kate Boehner; Aymee

Students with extramural funds:

Post Doctoral Students:

Andrea Cimino (2014-2016)

Charvonne Holliday (2014-2015)

PhD Students (without extramural funds): Michelle Patch; Gibran Mancus

**OTHER**

**Protocol Development**

Consultant, Johns Hopkins Hospital Emergency Department.
Consultant, Johns Hopkins Faculty and Employee Assistance Programs.
Family Violence Prevention Fund – Routine Screening Guidelines
AWHONN DV Medical Education materials development (2002) and revision (2004)
State of Florida: CME (state law mandated) on Family Violence (2009)

47

JCC/NJ-4/2015
h:mydocu/deans office/cv format part I-II