# EXHIBIT 6



# FORENSIC AND CLINICAL PSYCHOLOGY ASSOCIATES, P.A.

7241 S.W. 63rd AVE., SUITE 203A
SOUTH MIAMI, FL 33143
TELEPHONE (305) 666-0068
FAX (305) 666-8283
BFrumkin@aol.com

August 15, 2017

Mr. Charles Swift
Constitutional Law Center for Muslims in America
833 East Arapaho Road, Suite 102
Richardson, TX 75081

                         Re: United States v. Noor Zahi Salman
                         Case #: 6:17-cr-18-Orl-40KRS

Dear Mr. Swift:

I met with Ms. Salman again on August 13, 2017 for a total of approximately three hours, two hours of which consisted of self administered testing time. I had been able to meet with Ms. Salman earlier than anticipated because my surgery was postponed.

I previously evaluated Ms. Salman on July 9, 2017. In supplementing my original opinion from that evaluation, I needed to integrate Dr. John Chamberlain's report findings and his raw psychological test data which I did not have at the time of my original report. In addition, when I had tested Ms. Salman in July, the 16 Personality Factor test (16 PF) and the Minnesota Multiphasic Personality Inventory-2: Restructured Form (MMPI-2:RF) could not be appropriately interpreted due to Ms. Salman's response sets from those two tests. In order to supplement my original opinion with additional objective data that Ms. Salman was at greater risk for falsely confessing compared to others due to a mental disorder and various personality characteristics, these two tests needed to be readministered. The MMPI-2 was administered this time, allowing me to also score the MMPI-2:RF. It allowed me to compare her results both with my testing and that done by Dr. Chamberlain.

Results from my MMPI-2 adminstration showed that Ms. Salman's responses were now internally consistent. She did not exaggerate or minimize psychological problems. She had extreme elevations on a number of clinical scales including those often associated with a thought disorder (psychotic disorder). She has problems with misinterpreting the world about her and has odd fears, obsessions, and oversuspiciousness (the latter likely due to her current legal situation). These results were consistent with her results on the current MMPI-2:RF.

Results from the 16 PF were now valid as well. The 16 PF results show Ms. Salman is a chronically anxious individual who is emotionally unstable. She is quite accommodating and

1

deferential in how she interacts with others. She is extremely shy. As with the MMPI-2, she showed a high level of vigilance or suspciciousness.

In view of the most recent testing, my earlier opinion is further substantiated. Ms. Salman is more vulnerable to falsely confessing compared to others.

Respectfully,

*[signature]*

I. Bruce Frumkin, Ph.D., ABPP
Clinical Psychologist

Diplomate in Forensic Psychology
American Board of Professional Psychology

cc. Linda Moreno
    Catherine McDonald

2