UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:17-cr-18-Orl-40KRS

NOOR ZAHI SALMAN

# JOINT NOTICE TO THE COURT
# REGARDING JUROR QUESTIONNAIRES

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, through the undersigned attorneys, and the defendant, through her undersigned attorneys, file this notice in response to the Court's Order at the hearing on October 13, 2017, regarding potential jurors who did not respond to the Court's correspondence. Doc. 134.  The parties do not request or seek that this Court take any further action, including issuing additional correspondence or an Order to Show

/

/

/

/

Cause, with respect to potential jurors who did not respond to the notice sent by the Court regarding the juror questionnaires.

|  | Respectfully submitted, |
|---|---|
| For the government: | W. STEPHEN MULDROW<br>Acting United States Attorney |

By:

*s/ James D. Mandolfo*
James D. Mandolfo
Assistant United States Attorney
Florida Bar No. 96044
400 N. Tampa Street, Ste. 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: James.Mandolfo@usdoj.gov

*s/ Sara C. Sweeney*
Sara C. Sweeney
Assistant United States Attorney
USA No. 119
400 W. Washington Street, Ste. 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Sara.Sweeney@usdoj.gov

For the defendant:
*/s/ Charles D. Swift*
Charles D. Swift, Pro Hac Attorney
for Noor Salman
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd., Suite 102
Richardson, TX 75074
cswift@clcma.org
(972) 914-2507

*/s/ Linda Moreno*
Linda Moreno, Esq.
Linda Moreno P.A.
P.O. Box 10985
Tampa, Florida 33679
Phone: (813) 247-4500
Fax: (855) 725-7454
lindamoreno.esquire@gmail.com

*/s/ Fritz J. Scheller*
Fritz J. Scheller
Florida Bar Number 183113
Fritz Scheller, P.L.
200 East Robinson St., Suite 1150
Orlando, Florida 32801
Telephone: 407-792-1285
Facsimile: 407-513-4146
Email: fscheller@flusalaw.com

U.S. v. NOOR ZAHI SALMAN				Case No. 6:17-cr-18-Orl-40KRS

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Charles D. Swift, Esquire (counsel for Defendant)
    Fritz J. Scheller, Esquire (counsel for Defendant)
    Linda G. Moreno, Esquire (counsel for Defendant)

    *s/ Sara C. Sweeney*
    Sara C. Sweeney
    Assistant United States Attorney
    USA No. 119
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Facsimile: (407) 648-7643
    E-mail: Sara.Sweeney@usdoj.gov

    *s/ James D. Mandolfo*
    James D. Mandolfo
    Assistant United States Attorney
    Florida Bar No. 96044
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6358
    E-mail: James.Mandolfo@usdoj.gov