UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:17-cr-18-Orl-40KRS

NOOR ZAHI SALMAN

**JOINT NOTICE TO THE COURT REGARDING
THE DATES OF THE SUPPRESSION HEARING**

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, through the undersigned attorneys, and the defendant, through her undersigned attorneys, file this notice in response to the Court's Order at the hearing on October 13, 2017, regarding the availability of December 21 and 22, 2017, for the suppression hearing. Doc. 134.

The Court's proposed dates work for the parties and their anticipated

/

/

/

/

/

witnesses, so the parties respectfully request that the Court schedule the suppression hearing for December 21 and 22, 2017.

|  |  |
|---|---|
| For the government: | Respectfully submitted,<br><br>W. STEPHEN MULDROW<br>Acting United States Attorney |
| By:<br>  s/ *James D. Mandolfo*<br>  James D. Mandolfo<br>  Assistant United States Attorney<br>  Florida Bar No. 96044<br>  400 N. Tampa Street, Ste. 3200<br>  Tampa, Florida 33602<br>  Telephone:  (813) 274-6000<br>  Facsimile:   (813) 274-6358<br>  E-mail: James.Mandolfo@usdoj.gov | *s/ Sara C. Sweeney*<br>Sara C. Sweeney<br>Assistant United States Attorney<br>USA No. 119<br>400 W. Washington Street, Ste. 3100<br>Orlando, Florida 32801<br>Telephone:  (407) 648-7500<br>Facsimile:   (407) 648-7643<br>E-mail: Sara.Sweeney@usdoj.gov |
| For the defendant:<br>  /s/ *Charles D. Swift*<br>  Charles D. Swift, Pro Hac Attorney<br>  for Noor Salman<br>  Constitutional Law Center for<br>  Muslims in America<br>  833 E. Arapaho Rd., Suite 102<br>  Richardson, TX 75074<br>  cswift@clcma.org<br>  (972) 914-2507 | */s/ Linda Moreno*<br>Linda Moreno, Esq.<br>Linda Moreno P.A.<br>P.O. Box 10985<br>Tampa, Florida 33679<br>Phone: (813) 247-4500<br>Fax: (855) 725-7454<br>lindamoreno.esquire@gmail.com |
| /s/ *Fritz J. Scheller*<br>Fritz J. Scheller<br>Florida Bar Number 183113<br>Fritz Scheller, P.L.<br>200 East Robinson St., Suite 1150<br>Orlando, Florida 32801<br>Telephone: 407-792-1285<br>Facsimile: 407-513-4146<br>Email: fscheller@flusalaw.com | |

2

U.S. v. NOOR ZAHI SALMAN				Case No. 6:17-cr-18-Orl-40KRS

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Charles D. Swift, Esquire (counsel for Defendant)
    Fritz J. Scheller, Esquire (counsel for Defendant)
    Linda G. Moreno, Esquire (counsel for Defendant)

    *s/ Sara C. Sweeney*
    Sara C. Sweeney
    Assistant United States Attorney
    USA No. 119
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Facsimile: (407) 648-7643
    E-mail: Sara.Sweeney@usdoj.gov

    *s/ James D. Mandolfo*
    James D. Mandolfo
    Assistant United States Attorney
    Florida Bar No. 96044
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6358
    E-mail: James.Mandolfo@usdoj.gov