UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:17-cr-18-Orl-40KRS

NOOR ZAHI SALMAN

## GOVERNMENT'S WITNESS LIST

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Mustafa Abasin
2. Andrew Brennan
3. Paul Castillo
4. Frank Donnon
5. Ricardo Enriquez
6. Kristine Goetz
7. William Hall
8. Christopher Mayo
9. Oscar Trinidad

The United States reserves the right to call additional witnesses during the suppression hearing, if appropriate.

                                        Respectfully submitted,

                                        W. STEPHEN MULDROW
                                        Acting United States Attorney

By:

| *s/ James D. Mandolfo* | *s/ Sara C. Sweeney* |
|---|---|
| James D. Mandolfo | Sara C. Sweeney |
| Assistant United States Attorney | Assistant United States Attorney |
| Florida Bar No. 96044 | USA No. 119 |
| 400 N. Tampa Street, Ste. 3200 | 400 W. Washington Street, Ste. 3100 |
| Tampa, Florida 33602 | Orlando, Florida 32801 |
| Telephone: (813) 274-6000 | Telephone: (407) 648-7500 |
| Facsimile: (813) 274-6358 | Facsimile: (407) 648-7643 |
| E-mail: James.Mandolfo@usdoj.gov | E-mail: Sara.Sweeney@usdoj.gov |

**U.S. v. NOOR ZAHI SALMAN**      Case No. 6:17-cr-18-Orl-40KRS

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Charles D. Swift, Esquire (counsel for Defendant)
    Fritz J. Scheller, Esquire (counsel for Defendant)
    Linda G. Moreno, Esquire (counsel for Defendant)

    *s/ Sara C. Sweeney*
    Sara C. Sweeney
    Assistant United States Attorney
    USA No. 119
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Facsimile: (407) 648-7643
    E-mail: Sara.Sweeney@usdoj.gov

    *s/ James D. Mandolfo*
    James D. Mandolfo
    Assistant United States Attorney
    Florida Bar No. 96044
    400 W. Washington St., Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Facsimile: (407) 648-7643
    E-mail: James.Mandolfo@usdoj.gov