UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, ☐
    Government ☒

v.

NOOR ZAHI SALMAN

    Defendant ☐

Case No. 6:17-cr-18-Orl-40KRS

☐ Evidentiary
☐ Trial
☒ Other – Suppression Hearing

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| 1A | 12/21/17 | 12/21/17 | Andrew Brennan | 911 Call from Mateen (audio) |
| 1B | 12/21/17 | 12/21/17 | Andrew Brennan | 911 Call from Mateen (transcript); 00186061 |
| 2 | 12/21/17 | 12/21/17 | Paul Castillo | Composite Video from inside Pulse Night Club |
| 3A | 12/21/17 | 12/21/17 | Andrew Brennan | Call between Mateen and Brennan 1 (audio) |
| 3B | 12/21/17 | 12/21/17 | Andrew Brennan | Call between Mateen and Brennan 1 (transcript); 00186063-00186066 |
| 4A | 12/21/17 | 12/21/17 | Andrew Brennan | Call between Mateen and Brennan 2 (audio) |
| 4B | 12/21/17 | 12/21/17 | Andrew Brennan | Call between Mateen and Brennan 2 (transcript); 00186067-00186071 |
| 5A | 12/21/17 | 12/21/17 | Andrew Brennan | Call between Mateen and Brennan 3 (audio) |
| 5B | 12/21/17 | 12/21/17 | Andrew Brennan | Call between Mateen and Brennan 3 (transcript); 00186059-00186060 |
| 6A | 12/21/17 | 12/21/17 | Andrew Brennan | Recording by Victim inside Pulse Night Club (audio) |

Case Number:    6:17-cr-18-Orl-40KRS                           Page 2 of 3 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| 6B | 12/21/17 | 12/21/17 | Andrew Brennan | Recording by Victim inside Pulse Night Club (transcript); 00182530-00182544 |
| 7 | 12/21/17 | 12/21/17 | Paul Castillo | Police Body Camera Video |
| 8 | | | | **Intentionally Left Blank** |
| 9 | | | | Police Body Camera Video |
| 10 | | | | Police Body Camera Video |
| 11 | 12/21/2017 | 12/21/2017 | Paul Castillo | Police Body Camera Video |
| 11A | 12/21/2017 | 12/21/2017 | Paul Castillo | Police Body Camera Video/Partial Transcript; 00186099 |
| 12-15 | | | | **Intentionally Left Blank** |
| 16 | 12/21/2017 | 12/21/2017 | Paul Castillo | Police Body Camera Video |
| 16A | 12/21/2017 | 12/21/2017 | Paul Castillo | Police Body Camera Video/Partial Transcript; 00186100 |
| 17 | 12/21/2017 | 12/21/2017 | Paul Castillo | Multiple Photographs; 00114703-00114733, 00114761, 00121201, 00121205, 00121386, 00121426 |
| 18 | 12/21/17 | 12/21/17 | William Hall | Orlando Police Department Communications; 00068039-00068041 |
| 19 | 12/21/17 | 12/21/17 | William Hall | Fort Pierce Police Department CAD Entries; 00068051-00068082 |
| 20 | 12/21/2017 | 12/21/2017 | Christopher Mayo | Two Consent to Search Forms; 00186072-00186073 |
| 21 | 12/21/2017 | 12/21/2017 | Ricardo Enriquez | Advice of Rights Form; 00124726 |
| 22 | 12/21/2017 | 12/21/2017 | Ricardo Enriquez | Consent to Interview with Polygraph Form; 00124727 |
| 23 | 12/21/2017 | 12/21/2017 | Ricardo Enriquez | Handwritten Statement; 00124824-00124835 |

Case Number:   6:17-cr-18-Orl-40KRS                             Page 3 of 3 Pages

# EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| 24 | 12/21/2017 | 12/21/2017 | Christopher Mayo | Photographs of the Fort Pierce FBI Office; 00186074-00186082 |
| 25 | | | | Spreadsheet of Selected Activity on Salman and Mateen's Phones; 00186101-00186103 |
| 26 | 12/21/2017 | 12/21/2017 | Paul Castillo | Map of Pulse Night Club and Surrounding Areas |
| 27 | | | | Search Warrant for 2513 S. 17th Street, Apartment 107, Fort Pierce, FL 34982, Case No. 6:16-mj-1284 |
| 28 | | | | Defendant's Response to the Government's Motion for Order Revoking Defendant's Release; Doc 22 |