Government's Exhibit 1A – CD NOT SCANNED