```
1    PARTICIPANTS:
2    OM:      OMAR MATEEN
3    OP:      ORLANDO POLICE 911 OPERATOR
4    TRANSLATION KEY:
5    UI:  UNINTELLIGIBLE
6    IA:  INAUDIBLE
7    PH:  PHONETIC
8    SC:  SIMULTANEOUS CONVERSATION
9    OV:  OVERLAPPING VOICES
10   []:  NOISE NOTATIONS OR TRANSLATOR'S NOTES
11   RC:  RECORDED MESSAGE
12
13   ================================================================
14   OP: Emergency 911, this is being recorded.
15   OM: In the name of God the Merciful, the beneficent [Arabic]
16   OP: What?
17   OM: Praise be to God, and prayers as well as peace be upon the prophet of
18       God [Arabic]. I wanna let you know, I'm in Orlando and I did the
19       shootings.
20   OP: What's your name?
21   OM: My name is I pledge of allegiance to Abu Bakr Al-Baghdadi, of the
22       Islamic State.
23   OP: Ok, What's your name?
24   OM: I pledge my allegiance to Abu Bakr Al-Baghdadi, may God protect him
25       [Arabic], on behalf of the Islamic State.
26   OP: Alright. Where are you at?
27   OM: In Orlando.
28   OP: Where in Orlando?
29   Call disconnects.
```

00186061