```
1   PARTICIPANTS:
2   OM:          OMAR MATEEN
3   OP:          ORLANDO POLICE NEGOTIATOR
4   TRANSLATION KEY:
5   UI:   UNINTELLIGIBLE
6   IA:   INAUDIBLE
7   PH:   PHONETIC
8   SC:   SIMULTANEOUS CONVERSATION
9   OV:   OVERLAPPING VOICES
10  []:   NOISE NOTATIONS OR TRANSLATOR'S NOTES
11  RC:   RECORDED MESSAGE
12
13  ================================================================
14        [Recording: Sunday, June 12, 2016. The time 2:48am]
15        [Phone ringing]
16  OM:   Hello.
17  OP:   Hello there.
18  OM:   Hello.
19  OP:   Hi there. This is Orlando Police. Who am I speaking with please?
20  OM:   You're speaking with the person who pledged his allegiance to the
21        Islamic State, Abu Bakr Al-Baghdadi, may God protect him [Arabic].
22  OP:   Ok. Um can you tell me where you are right now? So I can get you some
23        help.
24  OM.   No, because you have to tell America to stop bombing Syria and Iraq.
25        They are killing a lot of innocent people. So what-what am I to do
26        here when my people are getting killed over there. You get what I'm
27        saying?
28  OP:   I, I do, I completely get what you're saying. What I'm trying to do
29        is prevent anybody else from getting
30  OM:   They need to stop the U.S airstrikes. They need to stop the U.S
31        airstrikes. Ok?
32  OP:   I understand that.
```

00186063

33  OM:  They need to stop the U.S airstrikes. You have to tell the U.S
34       government to stop bombing. Are killing too many children, they're
35       killing too many women, ok.

36  OP:  I understand that but here, here, here is why I'm here right now. I'm
37       with the Orlando Police. Can you tell me about what you know about
38       what's going on tonight?

39  OM:  What's going on, is that I feel the pain of the people getting killed
40       in Syria, and Iraq, and others of the Muslim community [Arabic].

41  OP:  Ok. So, so have you done something about that?

42  OM:  Yes I have.

43  OP:  Tell me what you did, please.

44  OM:  No, you already know what I did.

45  OP:  Well I'm trying to figure out how to keep you safe and how to get
46       this resolved peacefully, because I'm not a politician, I'm not in
47       government. All I can do is help individuals and I'm going to start
48       with helping you.

49  OM:  By the way, there is, there is some vehicle outside that has some
50       bombs, just to let you know. You people are gonna(PH) get it, and I'm
51       gonna(PH) ignite it if they try to do anything stupid.

52  OP:  Ok. I under, I understand that and I'll pass that along. Can you tell
53       me what vehicle, cus(PH) I don't want to see anybody get hurt.

54  OM:  No… but I'll tell you this, it can take out a whole city block
55       almost.

56  OP:  I, I understand that. Tell me in the club, do you have any injured
57       people with you, that you brought with you?

58  OM:  I'm not, I'm not letting you know nothing.

59  OP:  Well I'm trying to offer you help.

60  OM:  Well, you need to know that they need to stop bombing Syria and Iraq.

61  OP:  I

62  OM:  U.S is collaborating with Russia and they're killing innocent women
63       and children ok.

64  OP:  I hear what you're saying.

65  OM:  My homeboy Tamerlan Tsarnaev did his thing on the Boston marathon. My
66       homeboy Moner Abusalha did his thing, ok. So now it's my turn, ok.

67  OP:  Ok, let's start, my name is Andy. What's yours?

68  OM:  My name is Islamic soldier, ok.

| | | |
|---|---|---|
| 69 | OP: | Ok, is, what can I call you? |
| 70 | OM: | Call me Mujahidin; call me the soldier of god. |
| 71 | OP: | Ok, ok. So that's a lot for me to say. So can I just call you |
| 72 | | something else? Do you have a name, a nickname? |
| 73 | OM: | Just to let you know |
| 74 | OP: | Yea, I'm here, I'm listening… I'm here, I'm listening. |
| 75 | OM: | Blessed, it's the blessed month of Ramadan, if you ever know about |
| 76 | | that. |
| 77 | OP: | Yes I do. I understand. |
| 78 | OM: | I fasted the whole day today. I fasted the whole day and I prayed. |
| 79 | OP: | I, I understand that, ok. What I'm trying to do is make sure that you |
| 80 | | and no one else suffers any further injuries. Ok? I can help |
| 81 | OM: | I have a vest. |
| 82 | OP: | Ok, you have a vest. |
| 83 | OM: | (UI). |
| 84 | OP: | I understand that. Ok, and so what kind of vest are you talking |
| 85 | | about? Is it, is it a bullet resistant vest? Is it a bomb vest? |
| 86 | OM: | It's what they used in France. |
| 87 | OP: | It's what they used in France, Ok. |
| 88 | OM: | I got to go. |
| 89 | OP: | Well, well I'd like you to stay on the phone with me please. Ok? |
| 90 | | Are you there? Please stay on the phone with me so I can help pass |
| 91 | | along your concerns. |
| 92 | In Background: | [UI] GOAA has a bomb dog, GOAA has a bomb dog. |
| 93 | OM: | You, you could, you could bring the bomb dogs, they're not gonna(PH) |
| 94 | | smell shit. |
| 95 | OP: | I understand that. |
| 96 | OM: | (UI) you can't smell it. Bring, bring your little American bomb dogs, |
| 97 | | they're fucking outdated, anyways. |
| 98 | OP: | Well, tell me, tell me, you're wearing what, I presume from what |
| 99 | | you're saying, you're wearing a bomb vest? |
| 100 | OM: | No. |
| 101 | OP: | Well you said you're wearing a vest. |

00186065

| | | |
|---|---|---|
| 102 | OM: | No I'm not. |
| 103 | OP: | So what you're wearing? |
| 104 | OM: | Yea like you know, to go out to a wedding. |
| 105 | OP: | Ok. I'm not trying to joke with you. I'm trying to be serious and get |
| 106 | | this peacefully resolved. Ok, so are you wearing a bomb vest? |
| 107 | | [Background noise] |
| 108 | OP: | Ok, what can I call you? Start, let's go back to that. Let's start |
| 109 | | with that. Ok, I understand you're a soldier, I understand you're |
| 110 | | ISIS, I understand you're Mujahidin and you pledge your allegiance to |
| 111 | | someone whose name I can't pronounce, I apologize for that. Ok, can |
| 112 | | you, can you start with that? Are you, are you an American citizen? |
| 113 | | Are you a local citizen? Are you a resident of Orlando?... Hello are |
| 114 | | you there?... I'm right here… You need to talk to me… You have to |
| 115 | | talk to me… I'm still here, are you there? Talk to me please… Are you |
| 116 | | there? (UI). Sir, are you there? We need to talk. We need to try to |
| 117 | | resolve this peacefully. I don't want to see you or anybody else get |
| 118 | | injured. Please help us… Ok, you say there is a vehicle outside with |
| 119 | | a bomb. Is there more than one vehicle? Are there, are there other |
| 120 | | shooters? Tell me what's going on please. Tell me what's going on, |
| 121 | | I'm here, I'm listening. I'm here, I'm listening. |
| 122 | | [Recording: Sunday, June 12, 2016. The time 2:56am] |
| 123 | OP: | I'm still here; I'm trying to help you… Ok, I need some help from |
| 124 | | you. We need to get this resolved peacefully, and we need your help |
| 125 | | to do that. I know you want to get this resolved peacefully. |
| 126 | | [Background conversations] |
| 127 | OP: | Is this still connected? |
| 128 | | [Unknown person responds "yeah".] |
| 129 | OP: | Ok, I'm listening but you need to talk to me… I need you to talk to |
| 130 | | me. This is a serious matter and I want to take it seriously and I |
| 131 | | want to listen to what you have to say, but I can't do that if it's a |
| 132 | | one-sided conversation. |
| 133 | | [Background conversations] |
| 134 | OP: | Are you there? |
| 135 | | [OP, conversation with someone else stating that they are |
| 136 | | disconnecting] |
| 137 | | |
| 138 | | |
| 139 | | [End of recording - 00:09:21] |

00186066