1  **PARTICIPANTS:**

2  OM:       OMAR MATEEN

3  OP:       ORLANDO POLICE NEGOTIATOR

4  **TRANSLATION KEY:**

5  UI:   UNINTELLIGIBLE

6  IA:   INAUDIBLE

7  PH:   PHONETIC

8  SC:   SIMULTANEOUS CONVERSATION

9  OV:   OVERLAPPING VOICES

10 []:   NOISE NOTATIONS OR TRANSLATOR'S NOTES

11 RC:   RECORDED MESSAGE

12

13 ================================================================

14     [Background conversation]

15     [Phone ringing]

16

17 OP:  Hello.

18 OM:  Hello.

19 OP:  Hi there. This is Orlando Police calling you back.

20 OM:  (UI).

21 OP:  Ok, I'm sorry again, my name is Andy. What's yours?

22 OM:  Andy.

23 OP:  Ok, tell me what's going there right now cus(PH) I'm not there. I'm
24      trying to help you… Ok, I'm trying to help you, tell me what's going
25      on right now. I don't want to see anybody get injured including you.
26      So let's start. Are you injured? Sir, are you injured? I'm trying to
27      help you. I don't want to see this go further. Please let us
28      peacefully resolve it with your assistance. Can you hear me? Can you
29      hear me? Hello. Can you hear me? This is Andy from Orlando Police…
30      Are you there?

31      [Phone ringing. There are multiple attempts to reach Mateen. OP keeps
32      calling but Mateen does not answer the phone and voicemail comes on.
33      OP has conversations with others while phone rings]

| | | |
|---|---|---|
| 34 | | [Phone ringing] |
| 35 | OM: | Hello. |
| 36 | OP: | Hello, Omar. This is Andy from Orlando Police. |
| 37 | OM: | Mhm. |
| 38 | OP: | Tell me what's going on right now Omar. |
| 39 | OM: | (UI) the air strike that killed Abu Wahid (PH) a few weeks ago |
| 40 | OP: | Yes sir. |
| 41 | OM: | that's what triggered it, ok. |
| 42 | OP: | Ok. |
| 43 | OM: | Ok. They shouldn't have bombed and killed Abu Wahid (PH), ok. |
| 44 | OP: | I understand. |
| 45-46 | OM: | Figure, do your fucking homework and figure out who Abu Wahid (PH) is, ok. |
| 47 | OP: | I understand that. What I need to find out is, are you injured? Omar. |
| 48 | OM: | (UI). |
| 49-50 | OP: | Well I understand that but if you're injured I want to get you some help. |
| 51 | OM: | No. |
| 52 | OP: | Ok, do you have somebody with you? |
| 53 | OM: | None of you business. |
| 54-55 | OP: | Ok, tell me what you want me to pass along, 'cause I can't sit here and do research, I want to pass along |
| 56 | OM: | (UI). |
| 57 | OP: | Tell them to stop bombing in Syria. |
| 58 | OM: | Yes, the airstrikes need to stop. Stop collaborating with Russia, ok. |
| 59 | OP: | I can pass that along. |
| 60-61 | OM: | And, and, let it be known, let it be known, in the next few days, you're going to see more of this type of action going on, ok. |
| 62-63 | OP: | Ok, I understand that. I can pass that along. Where is that gonna (PH) happen? |

00186068

| | | |
|---|---|---|
| 64<br>65<br>66 | OM: | None of your business. Just let it be known, it's going to be done in the name of the Islamic State. Even though it's not fucking airstrikes, it's fucking strikes here, ok. |
| 67<br>68 | OP: | I understand that. I understand that. So tell me what happened tonight. How did this go down for you? |
| 69<br>70 | OM: | This went down, a lot of innocent women and children are getting killed in Syria, in Iraq, in Afghanistan, ok. |
| 71<br>72<br>73<br>74<br>75 | OP: | I understand that. You're upset about the bombing in Syria and Afghanistan and you want the bombing and the killing to stop. I understand your concern. I share that concern with you. I want to pass your message along. Tell me what else you'd like me to pass along please. |
| 76 | OM: | Just stop. Tell them to stop. |
| 77<br>78<br>79 | OP: | I will do that. I will do that. So can you tell me how we can peacefully resolve this tonight? I'd like to see you come out. I'd like to talk to you some more. |
| 80 | OM: | Tell, tell the fucking, the airstrikes need to stop. |
| 81 | OP: | I'm doing that. I'm passing that message along. Immediately. |
| 82<br>83 | OM: | You see, now you feel. Now you feel how it is. Now you feel how it is. |
| 84<br>85 | OP: | I understand your concern Omar. Do you have somebody that you brought with you that we need to check on and make sure they're not injured? |
| 86<br>87 | OM: | No. Not. None, no-no-no-no-no, no mister (UI) negotiator, no. Don't play no bullshit with |
| 88<br>89<br>90 | OP: | Well, I'm trying to help you. You don't want people to get injured. I presume that means, if you brought somebody with you, you don't want them hurt. Is that correct? |
| 91 | OM: | None of your business homeboy. |
| 92<br>93 | OP: | Ok. Omar, can I get you to come outside and talk to my people there at the scene, so we can peacefully resolve this? |
| 94 | OM: | No. |
| 95<br>96<br>97 | OP: | Ok, 'cause I'm not there but I have people there that would love to talk to you. Can you put down your weapon and come down outside and talk to them please. |
| 98 | OM: | You want to know what type of weapon I have too? |
| 99 | OP: | If you want to tell me. |
| 100 | OM: | Or you want to know how many weapons I have? |

3

| | | |
|---|---|---|
| 101 | OP: | I can take that too. I'm, I'm all ears Omar. I have no agenda other |
| 102 | | than to help you and pass along this message. |
| 103 | OM: | What year, what year did you graduate from the police academy? |
| 104 | OP: | I'm sorry? |
| 105 | OM: | What year did you graduate from the police academy? |
| 106 | OP: | This is about you, ok. I'm here to help you. I'm here to pass along |
| 107 | | your information. Ok, you don't want to know ancient history about |
| 108 | | me. Tell me how I can help you. You asked me, do I want to know about |
| 109 | | weapons. Sure tell me about your weapons. Omar, I'm trying to help |
| 110 | | you. I can't do that if you won't give me something to pass along to |
| 111 | | the people that are in power, which is I presume what you want to |
| 112 | | happen out of all this. I don't want to see you or any of your |
| 113 | | associates get hurt and I don't want to see anybody else get hurt, in |
| 114 | | the United States or anywhere else around the world… So tell me how |
| 115 | | you and I can work together to get this peacefully resolved now… |
| 116 | | Omar… Omar you got to talk to me. Omar, listen to me, I don't want to |
| 117 | | see you get injured… Omar can you hear me? Are you there? Omar… You |
| 118 | | and I have to talk, we have to work together. Omar I need to pass |
| 119 | | along what your concerns are. Omar. |
| 120 | | [Call disconnected. Background conversations are going on] |
| 121 | | [Multiple attempts are made to reach Mateen] |
| 122 | | [Phone ringing] |
| 123 | OM: | Hello. |
| 124 | OP: | Omar, listen, this is Andy from the police again. I don't want to |
| 125 | | mess up your message. You can come out and you can tell it yourself. |
| 126 | | I'll arrange media or whatever you want. Got to be a first step. |
| 127 | OM: | You're annoying me with (UI) these phone calls, I call you (UI). |
| 128 | OP: | I understand that but obviously you know it's my job, I need to be in |
| 129 | | contact with you. I'm your communication lifeline to everyone that's |
| 130 | | outside. I'm trying to pass along your message and I don't want to |
| 131 | | screw that message up. You tell me you don't want people getting |
| 132 | | hurt, I presume that includes you. Tell me your message and I will |
| 133 | | pass that along. You don't want the bombing; tell me about it, I'll |
| 134 | | write it down… Omar, Omar please talk to me. I want to get your |
| 135 | | message out. I want to pass along what you have to say. I can't do |
| 136 | | that if you won't talk to me. |
| 137 | | [Call disconnected. Negotiator trying to call, voicemail comes up. |
| 138 | | Multiple attempts made. ] |
| 139 | | |
| 140 | | |

00186070

| | |
|---|---|
| 141 | [End of recording – 00:16:05] |
| 142 | |
| 143 | |
| 144 | |
| 145 | |
| 146 | |
| 147 | |
| 148 | |
| 149 | |
| 150 | |
| 151 | |
| 152 | |
| 153 | |
| 154 | |
| 155 | |
| 156 | |
| 157 | |
| 158 | |
| 159 | |

00186071