1   PARTICIPANTS:

2   OM:        OMAR MATEEN

3   OP:        ORLANDO POLICE NEGOTIATOR

4   TRANSLATION KEY:

5   UI:    UNINTELLIGIBLE

6   IA:    INAUDIBLE

7   PH:    PHONETIC

8   SC:    SIMULTANEOUS CONVERSATION

9   OV:    OVERLAPPING VOICES

10  []:    NOISE NOTATIONS OR TRANSLATOR'S NOTES

11  RC:    RECORDED MESSAGE

12

13  ================================================================

14      [Negotiator speaking with others while phone is ringing. Voicemail
15      comes on.]

16      [Phone ringing]

17  OM:    Hello.

18  OP:    Omar

19  OM:    Yea.

20  OP:    What's going on? I couldn't get a hold of you for a while.

21  OM:    You're annoying me with these phone calls and I don't really
22         appreciate it.

23  OP:    Well I understand that but the fact that you appreciate it or not
24         doesn't matter at this point. We need to talk and we need to stay

25  OM:    Hey, hey, hey don't talk to me like that. No-no-no-no-no

26  OP:    No-no-no, I'm treating you like an adult. We need to stay in constant
27         contact.

28  OM:    No-no-no-no-no-no-no.

29  OP:    Tell me what's going on right now Omar.

30  OM:    What's going on is that the airstrikes need to stop,

31  OP:    Yes.

00186059

| | | |
|---|---|---|
| 32 | OM: | need to stop |
| 33 | OP: | The airstrikes need to stop. |
| 34 | OM: | (UI). |
| 35 | OP: | I've heard that and I want you to come outside and tell us that yourself, so the message rings true from you, not me passing along your message. I'm doing that but I need you to come outside with no weapons… Omar. |
| 39 | | [Negotiator states that Mateen hung up, 3:25. Attempts made to connect are unsuccessful.] |

[End of recording - 00:03:01]

00186060