Government's Exhibit 11 – CD NOT SCANNED, will be made available after January 17, 2018 at the Clerk's Office