*Transcript of Body Cam Video – "Explosive Device in Car"*

| Officer 1: | They say explosive device? |
|---|---|
| Officer 2: | In a car, (unintelligible) |
| Officer 3: | What was that? |
| Officer 2: | The shooter just told us there's an explosive device in a car in the parking lot. |
| Officer 3: | Shit. |