*Transcript of Body Cam Video – "Officer Search"*

| | |
|---|---|
| *Officer:* | Hey guys, just remember, when we load people up, before they get into an ambulance, make sure we do a search on them, alright? Make sure you do, and, and, remove clothing and stuff because there was (unintelligible) claimed so we want to make sure that no, we're not putting anybody into a ambulance with a bomb on them or anything, alright? Cause it's really confusing right now, so just take that time to search and then put them in. (20:39). |

00186100