```
=========
Received: 2016-06-12 03:12:47    MSG-NBR: 00037  MNE: N56650001
   ATTN: SYSTEM GENERATED HEADER

*** THIS MESSAGE DELIVERED HERE BECAUSE NODE P56010001 IS UNREACHABLE ***

--FLORIDA ADMINISTRATIVE MESSAGE--

     FROM: P48-04-0796
      TO: P56-01-0001
     SUBJECT: ATTEMPT TO LOCATE

*****URGENT**********PLS SEND MULTIPLE UNITS TO 2513 S 17TH ST APT 107 FT PIERC
E, 34982 REF OMAR MIR SEDDIQUE MATEEN, GATHER ALL INFORMATION RELATED TO SUBJE
CT, POSSIBLE ACTIVE SHOOTER, POSSIBLE BOOBY TRAPS CONTACT DET MASTRANGELO PH#
407-453-9656, PLS ACKNOWLEDGE RECIEPT OF MESSAGE, ADVISE OUTCOME VIA TELETYPE,
 AUTHORITY DET MASTRANGELO. ORLANDO PD, OPER 31336
OPD TELETYPE 407-246-2411



--END--
```

00068039


*(2)*

=========
Received: 2016-06-12 03:22:54   MSG-NBR: 00038  MNE: N56650001
   ATTN: SYSTEM GENERATED HEADER

*** THIS MESSAGE DELIVERED HERE BECAUSE NODE P56010001 IS UNREACHABLE ***

--FLORIDA ADMINISTRATIVE MESSAGE--

   FROM: P48-04-0532
    TO: P56-01-0001
    SUBJECT: ATTEMPT TO LOCATE

****EXTREME CAUTION-POSSIBLE BOMBS/BOOBY TRAPS****
PLEASE SEND MULTIPLE UNITS TO 937 SW BAYSHORE BLVD  PORT ST LUCIE  34984, REFERENCE OMAR MIR SEDDIQUE MATEEN  UM  DOB 11/16/1986-GATHER ALL INFORMATION RELATED TO SUBJECT, POSSIBLE ACTIVE SHOOTER WITHIN OUR JURISDICTION, CONTACT DETECTIVE MASTRANGELO @ 407-453-9656 FOR FURTHER INSTRUCTION/INFORMATION, PLEASE ACKNOWLEDGE RECEIPT OF THIS MESSAGE AND ADVISE OF OUTCOME
AUTHORITY DETECTIVE MASTRANGELO ORLANDO PD  OPER BELL  19788  TTY PH# 407-246-2411


--END--



```
=========
Received: 2016-06-12 09:10:08    MSG-NBR: 00083  MNE: N56650001
   ATTN: SYSTEM GENERATED HEADER

*** THIS MESSAGE DELIVERED HERE BECAUSE NODE S56000001 IS UNREACHABLE ***

--FLORIDA ADMINISTRATIVE MESSAGE--

    FROM: D37-01-0300
     TO: S*
     TO: H*
     TO: P*
    SUBJECT: ROUTINE MESSAGE

THE ORLANDO POLICE DEPARTMENT WOULD LIKE TO THANK ALL OF THE AGENCIES THAT RES
PONDED TO ASSIST REFERENCE THE CLUB SHOOTING, WE HAVE LOCAL, STATE & FEDERAL S
UPPORT ON SCENE, WE WILL REACH OUT IF WE NEED ANY FURTHER ASSISTANCE.
AUTHORITY NORMAN POE, MANAGER ORLANDO PD COMMUNICATIONS  OPER BELL 19785


    --END--
```