FD-26 (Rev. 7-20-94)

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

**CONSENT TO SEARCH**

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of: 2513 South 17th Street Apt 107, FT. PIERCE, FL 34982.
(Describe the person(s), place(s), or thing(s) to be searched.)

In Woodland Condominiums

I give the FBI my permission, and I consent, to search the entire premises at the above address which is my residence.

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

6/12/16
Date

[signature]
Signature

Witness

T.J. [signature] FBI

[signature] FBI

FD-26 (Rev. 7-20-94)

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

# CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

(Describe the person(s), place(s), or thing(s) to be searched)

2001 TOYOTA CAMRY, SILVER IN COLOR, BEARING FLORIDA REGISTRATION UQL9Y, VIN 4T1BG22K81U078367, LOCATED IN PARKING LOT NEAR 2573 S. 17TH ST., APT 107, FT. PIERCE, FL, 34982.

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

6-12-2016 [signature]

Date Signature

Witness [signature] FBI

[signature] FBI