| FD-328 Revised 03-20-2015 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|
| | **CONSENT TO INTERVIEW WITH POLYGRAPH** |

### INTERVIEW TYPE

( • ) General   ( ) Employee - Administrative   ( ) Applicant   ( ) Employee   ( ) Task Force Member

### LOCATION

Place: Ft. Pierce, Florida

Date: 2016-06-12

Time: 12:34 PM

### AFFILIATION

Before we begin an examination by means of the polygraph in connection with

Information you have provided the FBI about Omar Mateen

you must understand your rights.

### YOUR RIGHTS

You have the right to refuse to take the polygraph test.

If you agree to take the polygraph test, you have the right to stop the test at anytime.

If you agree to take the polygraph test, you have the right to refuse to answer any individual question.

### WAIVER AND CONSENT

I have read this statement of my rights and I understand what my rights are. I voluntarily agree to be examined by means of the polygraph during this interview. I understand and know what I am doing. No threats or promises have been used against me to obtain my consent to the use of the polygraph.

I understand that the polygraph examination may be monitored or recorded.

**I understand that any attempt to affect the results of the polygraph examination by intentionally manipulating my physiology will be construed as a polygraph countermeasure. Furthermore, I understand that such an attempt will be deemed as purposeful non-cooperation.**

With the above understanding, I agree to submit to a polygraph examination.

Examinee Signature: _[signature]_

Examinee Name: Salman, Noor

Examiner Signature: _[signature]_

Examiner Name: Enriquez, Ricardo J.