N.S.                                           102

Regarding Omar Mateen's activities I, Noor Salman want to provide the following information:

For the last 2 yrs Omar has been looking at Jihad websites on his computer almost everyday.

For the last 2 yrs Omar has been angry and vocal about what happens to Muslims in the Middle East. Saying things like "why is it ok for Muslims to die but when a Muslims kills people in America they are attacked!"

Omar would make statements in front of me regarding "where would the next attack (terrorist) make a big splash."

N.S. 2. Omar sometimes watched violent Jihad videos on a computer in front of my son, Zakaniaya and I would remove my son because I didn't want him watching those videos. I would tell Omar to turn off the computer but he refused. N.S.

N.S. 5. Omar purchased a rifle about 4 days ago and placed it in the trunk of the car and that is where I saw it. When I ask him "what is that" he became upset, covered and told me not to say anything to anybody. He then stated that it was for work. N.S.

In the last few days Omar spent a lot of money. For example:

- Bought me a $7,000.00 Ring from Kay Jewelers
- Bought me over $300.00 in clothing from Victoria Secret
- Bought a lot of toys for my son.
- Spent a lot of money take out food and eating out.
- Bought the rifle
- Spent $80.00 on ammunition at Walmart in Vero Beach.
- Withdrew $1,000.00 from his bank account and gave me the money. His account is with PNC Bank.

N.S. Omar put me as a beneficiary on his checking and savings account 2 or 3 weeks ago (PNC Bank). He said he was doing this in case something happened to him. N.S.

N.S. On Saturday, June 12, 2016 at about 5pm Omar took his handgun from the closet, put it in his holster, cover it with his shirt and said he was going to see his friend "Nemo". This is the last time I saw him. Omar also took a black back pack full of ammunition with him. While leaving, Omar said "I will be home after prayer."
N.S.

Over the past two years, when Omar would watch a lot of Jihad videos on the computer, talked about Jihad and violence, talked about muslims not being to retaliate against American I often worry that he was going to commit an act of violence or terrorism.

Omar looked at Isis recruitment videos on youtube and "livelink". He looked at videos of beheadings.

About a week ago, Omar said he wanted to go look at "City Place" in Palm Beach, Florida. We left my sister-in-law's residence at about 12 AM and got to City Place

6 of 7

at about 1am. We drove around City Place with the car windows down about 45 minutes. Omar was driving slowly looking at the clubs located at City Place. While driving around City Place he said "how bad would it be if a Club got attacked."

A few days later, we drove to Orlando for 3 hours. We visited Downtown Disney and an Arabic Restaurant. While at Downtown Disney, he left me and my son for 20 minutes, but I don't know what he was doing. When leaving downtown Disney, Omar said "What would make people more upset an attack on Downtown Disney or a Club."

00124829

N.S.                                        7 of 7

N.S: The Past few days Omar was going to the shooting range a lot. He would tell me it was for his job. N.S.

N.S: I asked agent Enriquez to write my statement I was too nervous. N.S.

N.S. The information I have provided is true and accurate. I provided this information willingly. Agent Enriquez and other agents treated me fairly, offered me food and water and allowed me to go to the bathroom. No threats or promises were made for me to provide this information. I spoke to them freely and willingly. I am sorry for what happend I wish i'd go back and tell his family and the police what he was going to do.

N-S

_Noor Salna_ (signature)

Noor Salman        6-12-2016        2:32

N.S.

N.S. The last two years Omar talked to me about doing Jihad. He said if he did Jihad everybody would know who he is. Omar chanted Arabic Jihad words and listen to Isis recruitment training music when he (exercise) worked out. I knew Omar was preparing for Jihad when he bought the rifle, was going to the range to shoot, was spending a lot of money and bought the ammunition. I saw these things as a green light N.S. for Omar to ~~carry out~~ do ~~#~~ an act of violence. I suspected it was going to be something having to do with a ~~ne~~ Club, but I did not know for sure. I suspected it was a club because of the things he said to me. N.S.

N.S.   N.S.

I knew on Saturday, when Omar left the house at about 5pm that this was the time that he was going to do something bad. I knew this because of the way he left and took the gun and backpack with ammunition to see Nemo. I knew later, when I could not get a hold of him that my fears had come true and he did what he said he was going to do. I was in denial and I could not believe that the father of my child was going to hurt other people. When I got a text message from Omar at 4am I knew that he did what he said he was going to do.

N.S.

Noor Salh

Noor Salman  6-10-2016  3:27 P.M.

00124832

I gave the statement freely and willingly. Agent Enriquez did not make any threats or promises to me in order for me to give this statements. I'm sorry for not truthful in the in statp about what Omar was planning. I didn't want to believe it, he's my sons father, I didn't want my in laws to hate me or get in trouble. He was the provider and relied on him for everything. I wish I could have done the right thing but my fear and reality was holding me back.

Noor Salman   6-12-2016

00124833

N.S.

N.S.

"When I went to Orlando with Omar last week we drove around the Pulse Night Club after we ate at the Arabic Restaurant. We drove around the Pulse Night Club for about 20 minutes with the windows of the car down. Omar was driving slowly, looking around and at one point stated "how upset are people going to be when it gets attacked."

N.S. I knew he was talking about himself doing the attack on the pulse N.S. N.S.

On Friday, June 10, 2016, late night, Omar was looking at a website for the Pulse Night Club and when I saw what he was looking at, he said "this is my target." I knew that the time to attack the club was close.

Noor Salman

N.S.

N.S.

On Saturday, June 11, 2016 before he left the house he asked me if he "looks Spanish". He was pumped up, had the ammunition backpack and his gun and said to me "this is the one day." I knew when he left the house he was going to Orlando to attack the Pulse Night Club.

N.S.

Noor Salman   4:43 p.m.   6-12-1

I'm very sorry I lied to the F.B.I. These are my words.

00124835