



00186074





00186075





00186076
























00186082