

Pulse Nightclub and Surrounding Area