

SPEAKER VOLUME

MICROPHONE VOLUME

MICROPHONE

MIC

I-CABLE

06/12/2016 06:22

MIDLAND

OTEC AND OS

00114704

00114705

06/12/2016 06:23

00114706

RUN TIME    1.1 Hrs   VEH BATT   77.9V
ARM SPEED   100 %     OCU BATT   11.0V

REMOTEC AND
REMOTEC



06/12/2016 06:24

00114707



06/12/2016 06:25

REMO

00114710

00114711

06/12/2016 07:44

RUN TIME    0.1 Hrs    VEH BATT    24.5 V
ARM SPEED   100 %      OCU BATT    11.8 V

REMOTEC ANDROS



00114712



06/12/2016 07:53

00114713



00114714

06/12/2016 07:56

RUN TIME      0.3 Hrs   VEH BATT   24.5V
ARM SPEED       79 %    OCU BAT



06/12/2016 07:56


06/12/2016 07:58



06/12/2016 08:03

00114717

06/12/2016 08:03

00114718

06/12/2016 08:05



00114720



06/12/2016 08:24

00114721

06/12/2016 08:24

00114722


00114723



06/12/2016 09:12



06/12/2016 09:13

00114725



06/12/2016 09:13




06/12/2016 09:14
00114729


00114730
06/12/2016 09:14



06/12/2016 09:14

00114731



00114732



06/12/2016 09:16

00114733



06/12/2016 09:34





00121205



00121386

