# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Sealed Motion Hearing re Doc. 121**

**Case Number: 6:17-cr-18-Orl-40KRS**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**Government's Counsel:** James Mandolfo
Sara Sweeney
Kevin Nunnally
Roger Handberg

**v.**

**Noor Zahi Salman**

    **Defendant.**

**Defense Counsel:** Charles Swift
Fritz Scheller

| Judge: | Paul G. Byron | Court Reporter: | Suzanne Trimble trimblecourtreporter@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Bennett | Interpreter: | N/A |
| Date: | January 5, 2018 | Time: | 9:37 AM – 10:52 AM, 11:03 AM – 11:45 AM, 1:03 PM – 2:10 PM, 2:24 PM – 3:16 PM TOTAL: 3 hours, 56 minutes |

9:37 AM     Case called. Counsel appearances. Defendant's witness, Dr. Bruce Frumpkin: sworn and testified. Direct examination of Dr. Frumpkin conducted by Mr. Swift.

10:52 AM     Brief recess.

11:03 AM     Court resumes. Direct examination of Dr. Frumpkin continues.

11:45 AM     Lunch break.

1:03 PM     Court resumes. Cross-examination of Dr. Frumpkin conducted by Ms. Sweeney.

1:55 PM     Redirect examination of Dr. Frumpkin conducted by Mr. Swift.

2:10 PM     Brief recess.

| | |
|---|---|
| 2:24 PM | Court resumes. The Court hears argument from the defense. |
| 2:42 PM | The Court hears argument from the government. |
| 3:09 PM | The government's sealed Motion in Limine or, in the alternative, for a Daubert Hearing regarding two of the Defendant's Experts is denied in part **as to Dr. Frumpkin.** |
| 3:16 PM | Court is adjourned. |