# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES

Motion Hearing re 150 Motion in Limine

Case Number: 6:17-cr-18-Orl-40KRS

**UNITED STATES OF AMERICA**

    **Plaintiff,**

v.

**Noor Zahi Salman**

    **Defendant.**

Government's Counsel: James Mandolfo, Sara Sweeney, Roger Handberg, Kevin Nunnally

Defense Counsel: Charles Swift, Linda Moreno

| Judge: | Paul G. Byron | Court Reporter: | Suzanne Trimble trimblecourtreporter@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Bennett | Interpreter: | N/A |
| Date: | January 18, 2018 | Time: | 1:08 PM – 4:32 PM TOTAL: 3 hours, 24 minutes |

Case called. Counsel appearances.

The Court discusses the Motion in Limine (Doc. 150) with the parties.

The Motion is granted in part, denied in part, and deferred in part. Order to enter.

Sealed matters discussed relating to the sealed proceedings held on 1/17/17.

Court is adjourned.