# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Motion Hearing re 122 Motion in Limine**

**Case Number: 6:17-cr-18-Orl-40KRS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Government's Counsel:** James Mandolfo, Sara Sweeney, Kevin Nunnally |
| **Plaintiff,** | |
| **v.** | |
| **Noor Zahi Salman** | **Defense Counsel:** Charles Swift, Linda Moreno |
| **Defendant.** | |

| Judge: | Paul G. Byron | Court Reporter: | Suzanne Trimble trimblecourtreporter@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Bennett | Interpreter: | N/A |
| Date: | January 19, 2018 | Time: | 9:05 AM – 10:34 AM TOTAL: 1 hour, 29 minutes |

Case called. Counsel appearances.

The Court discusses the Motion in Limine (Doc. 122) with the parties.

Government's witness, William Braniff: sworn and testified. Direct examination conducted by Ms. Sweeney.

Cross-examination of Mr. Braniff conducted by Mr. Swift.

The Court hears argument from the government.

The Court hears argument from the defense.

The Motion in Limine as to Mr. Braniff is denied for the reasons stated on the record. Written order to follow.

Court is adjourned.