| | |
|---|---|
| JL: | Ah, you mentioned, um, he.., the last several months, ah, when we first sat down, the last several months… |
| N : | Right. |
| JL: | …he um, you noticed a change in him. |
| N : | Hmph hmph. |
| JL: | Would anybody else have noticed that?  Who else could we speak to who.., who would have ah.., well, you know, back home or anywhere who.., who would have noticed? |
| N : | Best person that would know about all this is his wife in my opinion. |
| KD: | This… |
| N : | His wife, maybe his family. |
| KD: | The first wife or second wife? |
| N : | No, no, second wife. |
| KD: | Second wife. |
| N : | He had no contact with Satora after.., after she left. |
| KD: | Okay.  And she left him? |
| ; | Yeah. |
| KD: | Okay. |
| N : | Yep. |
| JL: | Did he mention anyone else he was close to besides his wife…, besides his current wife? |
| N : | (Sighs).  He told his family…  He used to make excuses to his family.  This is what I found very funny.  Um, he used to…  I think I would be the next one.  He used to make the excuse to his family I'm gonna go a certain place or to his wife, I'm going to a certain place and I'm gonna go see ▓▓▓▓ but in fact, he went somewhere else and this is a recent thing that my mom told me that um.., last Friday his mom said that ah.., oh, Omar's gonna go visit.., this is Omar's mom |

|       |       |
|-------|-------|
| | speaking to my mom at the.., at a mo.., at a mosque event…, like a sponsored dinner… |
| JL: | Okay. |
| N   : | …and everything. |
| KD: | Okay. |
| N   : | Um, saying that oh yeah, Omar's gonna go visit, ah, went to go visit ▮▮▮▮▮ in ah, Orlando and my mom's like well he's not in Orlando. He's in Mar.., he's in ▮▮▮▮▮▮▮▮▮▮▮▮▮ (Slight laugh in voice). So I mean she just stayed quiet after that. Like, you know, that's what my mom told me. |
| KD: | Really? |
| N   : | Yeah. So he would make excuses of coming to visit me but he ended up going to other places. You know what I'm saying? |
| KD: | Okay. Um.., |
| N   : | So… |
| KD: | …what… |
| N   : | …and this is a statement he made to me also like because he had.., he had a.., a bad habit of (sniffs)…, he was married.., but he went "behind his w.., wife's back" and ah… |
| KD: | Hmph hmph. |
| N   : | …did a lot of stuff "on the side," you know, I mean whatever websites…, "Plenty of Fish" over whoever was like, um, Arab Lounge. He even mentioned "Craig's List" one time to me. |
| KD: | Hmph hmph. |
| N   : | Um…, "hooking up" with women.., "hooking up" with older women…, um… |
| KD: | And you're sayin' you think…, so he would tell… |
| N   : | His wife that he was visiting… |
| KD: | Going you.., going with you… |

| | | |
|---|---|---|
| N▓: | | He told me that. |
| KD: | | …but he's going to "hook up" with chicks. |
| N▓: | | Yeah. |
| KD: | | Okay. |
| ▓; | | Yeah. |
| KD: | | Okay. |
| N▓ | | This is according to him. |
| KD: | | Sure.  And when ya'll talk.., when you and ah.., Omar would communicate.., |
| N▓: | | Hmph hmph. |
| KD: | | …was this all over regular phone, text…, |
| N▓: | | Phone. |
| KD: | | …social media… |
| ▓; | | Phone.  Phone-based.  Mostly phone. |
| KD: | | Just regular talkin' on the phone. |
| N▓: | | Yeah, we didn't text that much. |