1  **PARTICIPANTS:**

2  OM:       OMAR MATEEN

3  OP:       ORLANDO POLICE NEGOTIATOR

4  **TRANSLATION KEY:**

5  UI:       UNINTELLIGIBLE

6  IA:       INAUDIBLE

7  PH:       PHONETIC

8  SC:       SIMULTANEOUS CONVERSATION

9  OV:       OVERLAPPING VOICES

10 []:       NOISE NOTATIONS OR TRANSLATOR'S NOTES

11 RC:       RECORDED MESSAGE

12

13 ================================================================

14        [Recording: Sunday, June 12, 2016. The time 2:48am]

15        [Phone ringing]

16 OM:    Hello.

17 OP:    Hello there.

18 OM:    Hello.

19 OP:    Hi there. This is Orlando Police. Who am I speaking with please?

20 OM:    You're speaking with the person who pledged his allegiance to the
21        Islamic State, Abu Bakr Al-Baghdadi, may God protect him [Arabic].

22 OP:    Ok. Um can you tell me where you are right now? So I can get you some
23        help.

24 OM.    No, because you have to tell America to stop bombing Syria and Iraq.
25        They are killing a lot of innocent people. So what-what am I to do
26        here when my people are getting killed over there. You get what I'm
27        saying?

28 OP:    I, I do, I completely get what you're saying. What I'm trying to do
29        is prevent anybody else from getting

30 OM:    They need to stop the U.S airstrikes. They need to stop the U.S
31        airstrikes. Ok?

32 OP:    I understand that.

00186063

| | | |
|---|---|---|
| 33 | OM: | They need to stop the U.S airstrikes. You have to tell the U.S |
| 34 | | government to stop bombing. Are killing too many children, they're |
| 35 | | killing too many women, ok. |
| 36 | OP: | I understand that but here, here, here is why I'm here right now. I'm |
| 37 | | with the Orlando Police. Can you tell me about what you know about |
| 38 | | what's going on tonight? |
| 39 | OM: | What's going on, is that I feel the pain of the people getting killed |
| 40 | | in Syria, and Iraq, and others of the Muslim community [Arabic]. |
| 41 | OP: | Ok. So, so have you done something about that? |
| 42 | OM: | Yes I have. |
| 43 | OP: | Tell me what you did, please. |
| 44 | OM: | No, you already know what I did. |
| 45 | OP: | Well I'm trying to figure out how to keep you safe and how to get |
| 46 | | this resolved peacefully, because I'm not a politician, I'm not in |
| 47 | | government. All I can do is help individuals and I'm going to start |
| 48 | | with helping you. |
| 49 | OM: | By the way, there is, there is some vehicle outside that has some |
| 50 | | bombs, just to let you know. You people are gonna(PH) get it, and I'm |
| 51 | | gonna(PH) ignite it if they try to do anything stupid. |
| 52 | OP: | Ok. I under, I understand that and I'll pass that along. Can you tell |
| 53 | | me what vehicle, cus(PH) I don't want to see anybody get hurt. |
| 54 | OM: | No… but I'll tell you this, it can take out a whole city block |
| 55 | | almost. |
| 56 | OP: | I, I understand that. Tell me in the club, do you have any injured |
| 57 | | people with you, that you brought with you? |
| 58 | OM: | I'm not, I'm not letting you know nothing. |
| 59 | OP: | Well I'm trying to offer you help. |
| 60 | OM: | Well, you need to know that they need to stop bombing Syria and Iraq. |
| 61 | OP: | I |
| 62 | OM: | U.S is collaborating with Russia and they're killing innocent women |
| 63 | | and children ok. |
| 64 | OP: | I hear what you're saying. |
| 65 | OM: | My homeboy Tamerlan Tsarnaev did his thing on the Boston marathon. My |
| 66 | | homeboy Moner Abusalha did his thing, ok. So now it's my turn, ok. |
| 67 | OP: | Ok, let's start, my name is Andy. What's yours? |
| 68 | OM: | My name is Islamic soldier, ok. |

2

00186064

| | | |
|---|---|---|
| 69 | OP: | Ok, is, what can I call you? |
| 70 | OM: | Call me Mujahidin; call me the soldier of god. |
| 71 | OP: | Ok, ok. So that's a lot for me to say. So can I just call you |
| 72 | | something else? Do you have a name, a nickname? |
| 73 | OM: | Just to let you know |
| 74 | OP: | Yea, I'm here, I'm listening… I'm here, I'm listening. |
| 75 | OM: | Blessed, it's the blessed month of Ramadan, if you ever know about |
| 76 | | that. |
| 77 | OP: | Yes I do. I understand. |
| 78 | OM: | I fasted the whole day today. I fasted the whole day and I prayed. |
| 79 | OP: | I, I understand that, ok. What I'm trying to do is make sure that you |
| 80 | | and no one else suffers any further injuries. Ok? I can help |
| 81 | OM: | I have a vest. |
| 82 | OP: | Ok, you have a vest. |
| 83 | OM: | (UI). |
| 84 | OP: | I understand that. Ok, and so what kind of vest are you talking |
| 85 | | about? Is it, is it a bullet resistant vest? Is it a bomb vest? |
| 86 | OM: | It's what they used in France. |
| 87 | OP: | It's what they used in France, Ok. |
| 88 | OM: | I got to go. |
| 89 | OP: | Well, well I'd like you to stay on the phone with me please. Ok? |
| 90 | | Are you there? Please stay on the phone with me so I can help pass |
| 91 | | along your concerns. |
| 92 | In Background: | [UI] GOAA has a bomb dog, GOAA has a bomb dog. |
| 93 | OM: | You, you could, you could bring the bomb dogs, they're not gonna(PH) |
| 94 | | smell shit. |
| 95 | OP: | I understand that. |
| 96 | OM: | (UI) you can't smell it. Bring, bring your little American bomb dogs, |
| 97 | | they're fucking outdated, anyways. |
| 98 | OP: | Well, tell me, tell me, you're wearing what, I presume from what |
| 99 | | you're saying, you're wearing a bomb vest? |
| 100 | OM: | No. |
| 101 | OP: | Well you said you're wearing a vest. |

3

00186065

| | | |
|---|---|---|
| 102 | OM: | No I'm not. |
| 103 | OP: | So what you're wearing? |
| 104 | OM: | Yea like you know, to go out to a wedding. |
| 105 | OP: | Ok. I'm not trying to joke with you. I'm trying to be serious and get |
| 106 | | this peacefully resolved. Ok, so are you wearing a bomb vest? |
| 107 | | [Background noise] |
| 108 | OP: | Ok, what can I call you? Start, let's go back to that. Let's start |
| 109 | | with that. Ok, I understand you're a soldier, I understand you're |
| 110 | | ISIS, I understand you're Mujahidin and you pledge your allegiance to |
| 111 | | someone whose name I can't pronounce, I apologize for that. Ok, can |
| 112 | | you, can you start with that? Are you, are you an American citizen? |
| 113 | | Are you a local citizen? Are you a resident of Orlando?... Hello are |
| 114 | | you there?... I'm right here… You need to talk to me… You have to |
| 115 | | talk to me… I'm still here, are you there? Talk to me please… Are you |
| 116 | | there? (UI). Sir, are you there? We need to talk. We need to try to |
| 117 | | resolve this peacefully. I don't want to see you or anybody else get |
| 118 | | injured. Please help us… Ok, you say there is a vehicle outside with |
| 119 | | a bomb. Is there more than one vehicle? Are there, are there other |
| 120 | | shooters? Tell me what's going on please. Tell me what's going on, |
| 121 | | I'm here, I'm listening. I'm here, I'm listening. |
| 122 | | [Recording: Sunday, June 12, 2016. The time 2:56am] |
| 123 | OP: | I'm still here; I'm trying to help you… Ok, I need some help from |
| 124 | | you. We need to get this resolved peacefully, and we need your help |
| 125 | | to do that. I know you want to get this resolved peacefully. |
| 126 | | [Background conversations] |
| 127 | OP: | Is this still connected? |
| 128 | | [Unknown person responds "yeah".] |
| 129 | OP: | Ok, I'm listening but you need to talk to me… I need you to talk to |
| 130 | | me. This is a serious matter and I want to take it seriously and I |
| 131 | | want to listen to what you have to say, but I can't do that if it's a |
| 132 | | one-sided conversation. |
| 133 | | [Background conversations] |
| 134 | OP: | Are you there? |
| 135 | | [OP, conversation with someone else stating that they are |
| 136 | | disconnecting] |
| 137 | | |
| 138 | | |
| 139 | | [End of recording - 00:09:21] |

00186066