UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:17-cr-18-Orl-40KRS

NOOR ZAHI SALMAN

## **MOTION TO SEAL**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, moves this Court to seal a forthcoming Notice that the United States intends to file regarding Nemo.

Counsel for the defendant, Charles D. Swift, Esquire, has advised the undersigned that the defendant does not oppose the relief sought herein, so long as the defendant's request to file supplemental briefing regarding Nemo, Doc. 168, is granted. The defendant would object to this motion to seal if her motion to provide supplemental briefing is denied. The government continues to have no objection to the defendant's request to file supplemental briefing on this issue.

On January 18, 2018, the Court held a hearing to address the Defendant's Motion in Limine, Doc. 150, prior to trial. Doc. 173. At the hearing, the issue of "Nemo's"[1] claim of Fifth Amendment privilege was

---

[1] Nemo is referred to in this pleading by his nickname to protect his identity, which has not been revealed publically.

discussed briefly. The United States, while it takes no position on Nemo's

claim of privilege in the absence of (1) reviewing any defense filing about the

legal basis to require Nemo to testify and (2) receiving any available

information regarding the basis of Nemo's claim of privilege, has information

regarding Nemo that could be relevant to the Court, although such

information is not public, nor should it be available to the public. The United

States seeks the permission of this Court to file a sealed notice for the purpose

of providing that information to the Court. While the information at issue may

eventually be released at a hearing or at trial in this matter, such information

should not be released to the public at this time.

Thus, the sealing of the United States' proposed Notice is requested in

order to safeguard from public scrutiny certain sensitive information which

would come to light were the Notice to become public by way of reports

published in the media or otherwise.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   *s/ James D. Mandolfo*
      James D. Mandolfo
      Assistant United States Attorney
      Florida Bar No. 96044
      400 N. Tampa Street, Ste. 3200
      Tampa, Florida 33602
      Telephone:   (813) 274-6000
      Facsimile:   (813) 274-6358
      E-mail: James.Mandolfo@usdoj.gov

By:   *s/ Sara C. Sweeney*
      Sara C. Sweeney
      Assistant United States Attorney
      USA No. 119
      400 W. Washington Street, Ste. 3100
      Orlando, Florida 32801
      Telephone:   (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail: Sara.Sweeney@usdoj.gov

**U.S. v. NOOR ZAHI SALMAN**          **Case No. 6:17-cr-18-Orl-40KRS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 25, 2018, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system, which

will send a notice of electronic filing to the following:

Charles D. Swift, Esquire (counsel for Defendant)

Fritz J. Scheller, Esquire (counsel for Defendant)

Linda G. Moreno, Esquire (counsel for Defendant)

*s/ Sara C. Sweeney*
Sara C. Sweeney
Assistant United States Attorney
USA No. 119
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:       Sara.Sweeney@usdoj.gov
