| | | |
|---|---|---|
| 1 | **PARTICIPANTS:** | |
| 2 | OM: | OMAR MATEEN |
| 3 | OP: | ORLANDO POLICE 911 OPERATOR |
| 4 | **TRANSLATION KEY:** | |
| 5 | UI: | UNINTELLIGIBLE |
| 6 | IA: | INAUDIBLE |
| 7 | PH: | PHONETIC |
| 8 | SC: | SIMULTANEOUS CONVERSATION |
| 9 | OV: | OVERLAPPING VOICES |
| 10 | []: | NOISE NOTATIONS OR TRANSLATOR'S NOTES |
| 11 | RC: | RECORDED MESSAGE |

================================================================

14  OP: Emergency 911, this is being recorded.

15  OM: In the name of God the Merciful, the beneficent [Arabic]

16  OP: What?

17  OM: Praise be to God, and prayers as well as peace be upon the prophet of
18      God [Arabic]. I wanna let you know, I'm in Orlando and I did the
19      shootings.

20  OP: What's your name?

21  OM: My name is I pledge of allegiance to Abu Bakr Al-Baghdadi, of the
22      Islamic State.

23  OP: Ok, What's your name?

24  OM: I pledge my allegiance to Abu Bakr Al-Baghdadi, may God protect him
25      [Arabic], on behalf of the Islamic State.

26  OP: Alright. Where are you at?

27  OM: In Orlando.

28  OP: Where in Orlando?

29  Call disconnects.

00186061