UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO. 6:17-cr-18-Orl-40KRS

NOOR ZAHI SALMAN

**JOINT MOTION FOR EXTENSION OF TIME TO
FILE MATERIALS REQUIRED BY
SECTION II.G OF THE SCHEDULING ORDER**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, through the undersigned attorneys, and the defendant, through her undersigned attorneys, hereby jointly move the Court to continue the deadlines set forth in Section II.G of the Criminal Scheduling Order, Doc. 38.

Pursuant to Section II.G, the parties are required to file joint pleadings regarding proposed voir dire questions, the proposed verdict form, and the proposed jury instructions and to file their respective witness lists 14 days before the beginning of the trial term.  The parties jointly request that this Court allow them until Thursday, February 22, 2018, to file the pleadings required by Section II.G of the Criminal Scheduling Order.  The extension is

requested to allow counsel additional time to consult on the joint pleadings and to consult regarding issues related to the witness lists.

|  |  |
|---|---|
| For the government: | Respectfully submitted,<br><br>MARIA CHAPA LOPEZ<br>United States Attorney |
| By:<br>*s/ James D. Mandolfo*<br>James D. Mandolfo<br>Assistant United States Attorney<br>Florida Bar No. 96044<br>400 N. Tampa Street, Ste. 3200<br>Tampa, Florida 33602<br>Telephone: (813) 274-6000<br>Facsimile: (813) 274-6358<br>E-mail: James.Mandolfo@usdoj.gov | *s/ Sara C. Sweeney*<br>Sara C. Sweeney<br>Assistant United States Attorney<br>USA No. 119<br>400 W. Washington Street, Ste. 3100<br>Orlando, Florida 32801<br>Telephone: (407) 648-7500<br>Facsimile: (407) 648-7643<br>E-mail: Sara.Sweeney@usdoj.gov |

For the defendant:

|  |  |
|---|---|
| */s/ Charles D. Swift*<br>Charles D. Swift, Pro Hac Attorney for Noor Salman<br>Constitutional Law Center for Muslims in America<br>833 E. Arapaho Rd., Suite 102<br>Richardson, TX 75074<br>cswift@clcma.org<br>(972) 914-2507 | */s/ Linda Moreno*<br>Linda Moreno, Esq.<br>Linda Moreno P.A.<br>P.O. Box 10985<br>Tampa, Florida 33679<br>Phone: (813) 247-4500<br>Fax: (855) 725-7454<br>lindamoreno.esquire@gmail.com |
| */s/ Fritz J. Scheller*<br>Fritz J. Scheller<br>Florida Bar Number 183113<br>Fritz Scheller, P.L.<br>200 East Robinson St., Suite 1150<br>Orlando, Florida 32801<br>Telephone: 407-792-1285<br>Facsimile: 407-513-4146<br>Email: fscheller@flusalaw.com |  |

2

U.S. v. NOOR ZAHI SALMAN    Case No. 6:17-cr-18-Orl-40KRS

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Charles D. Swift, Esquire (counsel for Defendant)

Fritz J. Scheller, Esquire (counsel for Defendant)

Linda G. Moreno, Esquire (counsel for Defendant)


*s/ Sara C. Sweeney*
Sara C. Sweeney
Assistant United States Attorney
USA No. 119
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Sara.Sweeney@usdoj.gov