UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:17-cr-18-Orl-40KRS |
| Plaintiff, | ) | **UNOPPOSED MOTION TO SEAL** |
| vs. | ) | |
| NOOR ZAHI SALMAN | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO SEAL**

COMES NOW, the undersigned attorney for the defendant, Noor Salman, who moves this Court to allow the Defense to file under seal the Joint Filing of Proposed Voire Dire Questions for voire dire, due today, February 22, 2018. The Defense notes that all previous filings surrounding the voire dire of jurors has been under seal, including the jury questionnaire. Additionally, hearings conducted regarding the juror selection have been held in a closed courtroom.

The government does not oppose the relief sought in this motion.

Respectfully submitted this 22nd day of February, 2018.

By: /s/ *Charles Swift*
Charles D. Swift, Pro Hac
Texas Bar No. 24091964
Attorney for Noor Salman
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
(972) 914-2507
cswift@clcma.org

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Motion Seal was sent by CM/ECF delivery on February 22, 2018, to, all counsel or parties of record on the service list.

*/s/ Charles D. Swift*
Charles D. Swift
Pro Hac Attorney for Defendant Salman
