**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.  CASE NO.   6:17-cr-18-Orl-40KRS
   (Forfeiture)

**NOOR ZAHI SALMAN**

## BILL OF PARTICULARS

The United States particularly alleges that the following assets are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), based upon the allegations charged in Count One of the Indictment:

1. $30,500.00 Order of Forfeiture;

2. a diamond solitaire ring and matching band purchased by the defendant and Omar Mateen on June 6, 2016;

3. a gold charm purchased by the defendant and Omar Mateen on June 6, 2016; and

4. a one-carat diamond stud earrings purchased by Omar Mateen on June 10, 2016.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   *s/Anita M. Cream*
ANITA M. CREAM
Assistant United States Attorney
Florida Bar Number 56359
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
(813) 274-6220 – facsimile
E-mail: anita.cream@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Charles D. Swift, Esquire
Fritz J. Scheller, Esquire
Linda G. Moreno, Esquire


                    By:     *s/Anita M. Cream*
                             Anita M. Cream
                             Assistant United States Attorney