**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 6:17-cr-18-Orl-40KRS

**NOOR ZAHI SALMAN**

**SPECIAL VERDICT FOR FORFEITURE**

Having found the defendant Noor Zahi Salman guilty of Count One of the Indictment, we, the jury, find that:

1. **The diamond solitaire ring and matching band purchased by the defendant and Omar Mateen on June 6, 2016**

    Is an asset of Noor Zahi Salman who was engaged in planning or perpetrating a Federal crime of terrorism (the offense charged in Count One of the Indictment) against the United States, citizens or residents of the United States, or their property:

    Yes _____    No _____

2. **The diamond solitaire ring and matching band purchased by the defendant and Omar Mateen on June 6, 2016**

    Was acquired or maintained by Noor Zahi Salman with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism (the offense charged in Count One of the Indictment) against the United States, citizens or residents of the United States, or their property:

    Yes _____    No _____

**3.** **The diamond solitaire ring and matching band purchased by the defendant and Omar Mateen on June 6, 2016**

Was derived from, involved in, or used or intended to be used to commit a Federal crime of terrorism (the offense charged in Count One of the Indictment) against the United States, citizens or residents of the United States, or their property:

    Yes _____        No _____

**4.** **The gold charm purchased by the defendant and Omar Mateen on June 6, 2016**

Is an asset of Noor Zahi Salman who was engaged in planning or perpetrating a Federal crime of terrorism (the offense charged in Count One of the Indictment) against the United States, citizens or residents of the United States, or their property:

    Yes _____        No _____

**5.** **The gold charm purchased by the defendant and Omar Mateen on June 6, 2016**

Was acquired or maintained by Noor Zahi Salman with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism (the offense charged in Count One of the Indictment) against the United States, citizens or residents of the United States, or their property:

    Yes _____        No _____

**6.** **The gold charm purchased by the defendant and Omar Mateen on June 6, 2016**

Was derived from, involved in, or used or intended to be used to commit a Federal crime of terrorism (the offense charged in Count One of the Indictment) against the United States, citizens or residents of the United States, or their property:

    Yes _____        No _____

**7.   The one-carat diamond stud earrings purchased by Omar Mateen on June 10, 2016**

Is an asset of Noor Zahi Salman who was engaged in planning or perpetrating a Federal crime of terrorism (the offense charged in Count One of the Indictment) against the United States, citizens or residents of the United States, or their property:

Yes _____        No _____

**8.   The one-carat diamond stud earrings purchased by Omar Mateen on June 10, 2016**

Was acquired or maintained by Noor Zahi Salman with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism (the offense charged in Count One of the Indictment) against the United States, citizens or residents of the United States, or their property:

Yes _____        No _____

9. **The one-carat diamond stud earrings purchased by Omar Mateen on June 10, 2016**

   Was derived from, involved in, or used or intended to be used to commit a Federal crime of terrorism (the offense charged in Count One of the Indictment) against the United States, citizens or residents of the United States, or their property:

   Yes _____       No _____


   Yes _____       No _____


SO SAY WE ALL:

_____       _____
FOREPERSON                                DATE