# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Jury Trial (Day 1)**

**Case Number: 6:17-cr-18-Orl-40KRS**

**UNITED STATES OF AMERICA**

      **Plaintiff,**

**v.**

**Noor Zahi Salman**

      **Defendant.**

**Government's Counsel:**  Sara Sweeney, Roger Handberg, James Mandolfo

**Defense Counsel:** Linda Moreno

| Judge: | Paul G. Byron | Court Reporter | Suzanne Trimble trimblecourtreporter@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Bennett | Interpreter: | N/A |
| Date: | March 1, 2018 | Time: | 9:04 AM – 12:15 PM<br>1:06 PM – 3:14 PM<br>TOTAL: 5 hours, 19 minutes |

9:04 AM     Case called. Appearances taken.

9:12 AM     The Court begins voir dire.

11:05 AM     Brief recess.

11:17 AM     Court resumes. Voir dire continues.

12:15 PM     Lunch break.

1:06 PM     Court resumes. Voir dire continues.

2:20 PM     Afternoon recess.

2:37 PM     Court resumes. Voir dire continues.

3:14 PM     Court is adjourned for the evening. Court will resume on Friday, March 2, 2018 at 9:00 AM.