**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Jury Trial (Day 7)**

**Case Number: 6:17-cr-18-Orl-40KRS**

**UNITED STATES OF AMERICA**

  **Plaintiff,**

v.

**Noor Zahi Salman**

  **Defendant.**

Government's Counsel: Roger Handberg, Sara Sweeney

Defense Counsel: Linda Moreno

| Judge: | Paul G. Byron | Court Reporter | Suzanne Trimble trimblecourtreporter@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Bennett | Interpreter: | N/A |
| Date: | March 9, 2018 | Time: | 9:00 AM – 11:37 AM<br>1:02 PM – 3:38 PM<br>TOTAL: 5 hours, 13 minutes |

9:00 AM Court resumes from Thursday, March 7th. The Court resumes voir dire.

10:15 AM Morning recess.

10:32 AM Court resumes. Voir dire continues.

11:37 AM Lunch break.

1:02 PM Court resumes. Voir dire continues.

2:21 PM Afternoon recess.

2:38 PM Court resumes. Voir dire continues.

3:38 PM Court is adjourned for the evening. Court will resume on Monday, March 12, 2018 at 9:00 AM.