911 Operator:   Emergency 911 this is Tabitha your call's being recorded.

Angel:   I'm at Pulse night club in Orlando, Florida. There's been a mass shooting. I've been shot, i'm in the bathroom, and I think the the shooter's still at large.

911 Operator:   OK, you said you're in the bathroom?

(Gun shots heard)

911 Operator:   OK, OK, just stay in the bathroom, OK? We have help on the way, I'll stay on the with you, OK?

Angel:   Please help us, please help us, oh my God, please help us.

911 Operator:   OK, we have help on the way. Do you know, do you, do you know who that guy is, or no?

Angel:   (UI) Oh my God (UI) (Female screaming in the background)

911 Operator: OK, stay on the phone with me, we have help on the way.

Angel: My name is Angel ▮▮▮▮ (UI), I've been shot the several times, (UI), there's people here that need help.

911 Operator: OK, what's your name? What's your name?

Angel: Angel.

911 Operator: Angel? You don't know that guy that's shooting do you?

Angel: No. I don't know, I don't know, I don't know.

911 Operator: OK.

Angel: He came in and started shooting. Please help us, please, send somebody immediately.

911 Operator: OK, stay on the phone with me, OK?

Angel: I think he's, he's in the bathroom. He's in the bathroom.

911 Operator:   Try to take a deep breath.

Angel:   What was that?

911 Operator:   Just try to take a deep breath, I'm gonna stay on the phone with you. Is anybody hurt in the bathroom with you?

Angel:   Yes, most of the people are shot, including myself.

911 Operator:   You got, where did you get shot?

Angel:   On the leg, on the foot, but there's several people that have been shot in multiple areas.

911 Operator:   Where were, where were you shot at?

Angel:   UI In the leg, in the knee.

911 Operator:   You're shot in the leg and knee?

Angel:   Please, please.

Page 4

911 Operator:   OK, stay on the line, I'm gonna get you to the paramedics and stay on the line, do not hang up, I need to get you some medical help.

Angel:   Please send somebody.