# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Jury Trial (Day 8)**

### Case Number: 6:17-cr-18-Orl-40KRS

| **UNITED STATES OF AMERICA** | **Government's Counsel:** | Roger Handberg<br>James Mandolfo<br>Sara Sweeney |
|---|---|---|
| **Plaintiff,** | | |
| **v.** | | |
| **Noor Zahi Salman** | **Defense Counsel:** | Linda Moreno<br>Charles Swift |
| **Defendant.** | | |

| Judge: | Paul G. Byron | Court Reporter | Suzanne Trimble<br>trimblecourtreporter@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Bennett | Interpreter: | N/A |
| Date: | March 12, 2018 | Time: | 9:03 AM – 9:56 AM<br>1:57 PM – 4:02 PM<br>TOTAL: 2 hours, 56 minutes |

9:03 AM   Court resumes from Friday, March 9th. The Court resumes voir dire.

9:56 AM   Court in recess.

1:57 PM   Court resumes. The parties discuss peremptory challenges.

2:43 PM   A jury is selected. Recess.

3:05 PM   Court resumes. The Court hears argument on the Defendant's Motion to Preclude Improper Arguments in Opening Statements (Doc. 287).

3:33 PM   The Motion to Preclude Improper Arguments (Doc. 287) is granted in part and denied in part for the reasons stated on the record. The Court addresses the Motion in Limine at Doc. 295.

4:02 PM   The Motion in Limine (Doc. 295) is granted in part and denied in part for the reasons stated on the record. Court will resume on Wednesday, March 14, 2018 at 9:00 AM.