**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                                             CASE NO: 6:17-cr-18-Orl-40KRS

NOOR ZAHI SALMAN
_____/

**ORDER**

The Clerk's Office is directed to order lunches for all seated jurors in the above styled case from March 14, 2018 until their dismissal at the end of trial.

**DONE AND ORDERED** in Orlando, Florida on March 13, 2018.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Clerk of Court