1                UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
2                   ORLANDO DIVISION

3  - - - - - - - - - - - - - - -X
   UNITED STATES OF AMERICA,  :
4                      :
                    :
5          Plaintiff,     :  Case No.:
                    :  6:17-cr-18-Orl-40KRS
6    vs.               :
                    :
7    NOOR ZAHI SALMAN,      :  Orlando, Florida
                    :  March 14, 2018
8                      :
        Defendant.     :  EXCERPT OF PROCEEDINGS
9                      :
                    :
10  - - - - - - - - - - - - - - -X

11         TRANSCRIPT OF DEFENSE OPENING STATEMENTS
      BEFORE THE HONORABLE PAUL G. BYRON
12           UNITED STATES DISTRICT JUDGE

13

14  APPEARANCES:

15    Counsel for Plaintiff:       Sara Sweeney
                          James Mandolfo
16                            Roger Handberg
                          Kevin Nunnally
17

18    Counsel for Defendant:       Fritz Scheller
                          Charles Swift
19                            Linda Moreno

20

21  Proceedings recorded by mechanical stenography.
  Transcript produced by computer-aided transcription.
22

23  Court Reporter:  Suzanne L. Trimble, CCR, CRR, RPR
                 Federal Official Court Reporter
24                  401 West Central Boulevard, Suite 4600
                Orlando, Florida 32801
25                  e-mail: trimblecourtreporter@gmail.com

EXCERPT

DEFENSE OPENING STATEMENTS

1       MS. MORENO:  Members of the jury, Omar Mateen was a monster, but Noor Salman is a mother not a monster, and her only sin was that she married a monster.  Noor killed no one. She hurt no one.  She did not help Mateen.  She did not aid and abet.  She did not drive him to the Pulse.  She did not case any place.  She was unknowing and unaware of his horrifying plans.  He never told her.  Why would he?

When Omar Mateen left that night at 5:00, he told Noor that he was going to have dinner with his friend Nemo and that he would be home after prayers, and she believed him because she had no reason to doubt him because he had told her in the past that he would have dinner with his friend Nemo.

But unbeknownst to Noor that was always a lie, and you will learn that Omar Mateen used this very lie to Noor to cover up his secret life of cheating and dating other women. And you're going to hear from Nemo himself, Mateen's childhood friend, that he confided in Nemo that he often lied to Noor using Nemo as an excuse, as a wingman, as a foil to date other women, that very same lie.

But Noor didn't know that.  So when he left home at 5:00 that night, that was the last time she saw him, but she thought he would be home.

Eleven hours later she would be ordered out of her

1    home with her three-year-old child by law enforcement, and now

2    22 months after that terrible night Noor has been waiting for

3    this moment.

4           So you will learn what happened in the days leading

5    up to the tragedy and what really happened that night.

6           So let me tell you about Noor Salman.  First and

7    foremost, she is a devoted mother to her now five-year-old

8    child Zaki, a simple young woman who loved children.  Indeed

9    she took care of all of the children in the Mateen family.

10   She's someone who was trusted to care and protect children in

11   the family.

12          You're gonna learn, the F.B.I. will tell you, that

13   her own tidy home was all childproof and had covers on the

14   door knobs so that the toddler couldn't open the doors and

15   that there were no wires or chemicals or explosives found in

16   that home, nothing that would be dangerous to her child.

17          You will learn that Noor is American born and

18   raised, from California, and that she was never religious.

19   She doesn't cover her head with a scarf.  She didn't pray at

20   the mosque.  She didn't fast during the holy month of Ramadan.

21   She was Muslim by birth.

22          You'll also learn that Noor had special limitations.

23   She was in special education classes all through school.

24   After getting an associate's degree from a school that was

25   ultimately fined for making false claims, she ended up for a

1  short time working as a kindergarten aid and a brief time as a

2  Kmart clerk.

3       You're going to learn from an expert psychologist

4  who tested her for IQ, that Noor Salman tested at an 84, which

5  is about the lower 20 percentile of the population.

6       And what about Noor Salman's politics?  She had

7  none.  She had no political leanings.  She had no violent

8  fundamentalist inclinations.  She wasn't radical.  She wasn't

9  radicalized or inspired by any extremist philosophy.

10       You're going to learn from the government's own

11  witnesses that after combing through all of the metadata and

12  the electronic devices and going through social media accounts

13  and Facebook, Twitter, all of it, they could not find one

14  scintilla of evidence that Noor Salman ever expressed any

15  loyalty, acknowledgement, understanding of any extremist

16  terror groups and certainly no support of ISIS.  You will not

17  hear that she visited any of those websites or approved of

18  Mateen visiting those websites.

19       In fact, the government's own expert will explain

20  the significance of this, that radicalization towards

21  terrorism is an evolution.  You can see it.  And there is no

22  evidence that Noor Salman was even remotely associated with

23  that.  And you will hear that the government's own terrorism

24  expert has testified that he knows of no other case where

25  someone aided and abetted or joined an attack who themselves

1  had not been radicalized.  That is the government's own

2  expert.  And there's no evidence that Noor encouraged Mateen

3  in his pathology.

4         So what was her Internet activity?  Browsing on

5  websites, on shopping websites and reading romance novels.

6  Noor read romance novels on the Internet.  She had hopes for

7  her family.  She was preparing for the future with her

8  husband.

9         What's the evidence going to show you about her

10  character?  You'll hear from witnesses that she's simple,

11  sweet, and trusting.

12         And what about this tragic marriage to Omar Mateen?

13  She met him online, within months they married, and shortly

14  thereafter she became pregnant.

15         From nearly the beginning Omar Mateen did not

16  respect Noor.  He cheated on her almost immediately.  He

17  abused her.  You're going to hear that she was isolated from

18  her family, which was 3,000 miles away in California.

19         That he controlled finances.  She didn't work

20  outside the home.  She didn't have any money of her own.  She

21  didn't have any credit cards.

22         Actually, shortly before June 11th she was preparing

23  to renew her driver's license.  She had registered their

24  three-year old child for preschool for the August term.  She

25  was preparing for the future.  She was the family babysitter

1    for the Mateen family, since she was now living in Florida.

2         You won't hear any evidence that Noor was included

3    in any of Mateen's social circles, his outings outside of his

4    family.  She wasn't invited to meet Mateen's friend.

5         Noor Salman was not Mateen's partner.  She was not

6    his peer.  And she certainly was not his confidant.  Noor was

7    in the dark about Mateen's secret and despicable life.

8         Who was Omar Mateen?  Abusive, a loser.  He was a

9    security guard who wanted to be a cop, a want-to-be cop,

10    psychotic and secretive, a compulsive liar you will hear,

11    clearly a misogynist who disrespected women.

12         A serial cheater on his wife, you'll hear about that

13    from his own friend Nemo and from other witnesses.  You're

14    going to hear about women that he engage on dating websites.

15    Apparently he liked older women.

16         Of course all of this was hidden from Noor.  But he

17    did tell his childhood friend Nemo basically to cover for him

18    while he went off, leaving Noor.

19         You're going to hear Omar Mateen said really crazy

20    things.  He claimed he was friends with Tsarnaev brothers, the

21    Boston Marathon bombing.  That was a lie.  You'll hear that he

22    claimed that he killed a Jewish drug dealer; that was a lie.

23    You'll hear he claimed he experimented with bomb-making

24    materials; that was a lie.

25         He made idle threats in front of his co-workers as a

1  security guard, and he did make disturbing statements to

2  someone he prayed with at the mosque.  And as a result of

3  those disturbing and threatening comments, the F.B.I.

4  interviewed Omar Mateen three times.  And what happened after

5  those interviews of Omar Mateen?  Nothing.

6          And despite the initial interview where he first

7  denied making those disturbing remarks, and then he later

8  ultimately admitted that he lied and he did make those

9  remarks, the F.B.I. took no further action.  And the last time

10 they interviewed him was in 2014.

11         We know he viewed violent videos, all kinds of

12 violent videos, videos of extremist and political

13 connotations, but he also visited gory websites, violent

14 websites that had nothing to do with politics or religion.

15         He was a sadist, and you're going to learn that he

16 did this Internet trolling in the middle of the night on his

17 computer, on his cell phone, or at work.

18         And you will also learn that his professed political

19 extremism made no sense.  He had expressed solidarity in the

20 past for two opposing fundamentalist groups who are sworn

21 enemies of each other.

22         Omar Mateen was crazy and twisted.  He was a

23 monster.

24         So what changed in their life?  What happened in the

25 weeks leading up?  Well, life was changing for Noor for the

1    better.  She had registered her son to go to preschool.  She

2    was starting to drive.  This was the future she was preparing

3    for.

4           Let's talk about these trips that the government has

5    characterized as casing and scouting trips?  What does the

6    evidence really show?  The evidence is going to show you these

7    are family trips.  We can't tell you what was in Omar Mateen's

8    mind during those trips.  But the evidence is gonna show you

9    that they were family outings.

10          On May 31st as she prepared for her driving test,

11   Noor drove her child and Mateen to Walmart®.  Now, at Walmart®

12   you can buy candy and ammunition.  That's Walmart®.  And

13   that's what happened on this day.  They entered the store,

14   Noor Salman and the child went off one way, and Omar Mateen

15   went elsewhere in the sporting goods department where he

16   bought ammunition for his service revolver from his work,

17   which the evidence will show you was not used in the attack.

18          And you're gonna learn that in a letter dated June

19   the 2nd, June the 2nd, 2016, from the Criminal Justice

20   Standards and Training Commission of the Florida Department of

21   Law Enforcement, FDLE, that Mateen was now advised that he was

22   eligible to enter a recruitment training program.  It seemed

23   that Mateen as the provider now had the opportunity to perhaps

24   become a police officer, with a better salary and benefits.

25          And so Mateen started spending money, money he

didn't have yet, and he was spending the money on credit cards, but he spent the money on himself and on Noor.  They were going to have a better future.

We expect of note that Mateen's own family will tell you in all the time that they knew Noor Salman that she was not a materialistic person at all.

Let me tell you about the bank.  You're going to hear testimony that it's Omar Mateen who took Noor and the child to the bank, and his intention was to put Noor as a joint holder on the account, but apparently the branch manager questioned putting her on the account because that would make the account vulnerable to her student loan debt.  So it's Omar Mateen who decided to list her and their child as beneficiaries.

Let's talk about the shooting ranges and what happened there.  Omar Mateen went by himself to the shooting range and practiced with his .38, and when he was there, he bought an assault rifle and ammunition for it.

Not only was Noor not there, there's no evidence that he consulted her on this purchase or that she knew he was going to do that.  There's no text.  There's no evidence about that.

And you're going to hear the next day he goes back to the range and buys a 9 mm pistol.  And, again, Noor is not there.  She doesn't know what he's doing.  There's no evidence

1  that he consulted or planned the purchase of these weapons

2  with her.

3          These trips, these family trips, again, that the

4  government calls casing or scouting trips, the evidence is

5  going to show you these were family trips.  One was to visit a

6  relative, and one was to tourist spots, to shops and to

7  restaurants with their three-year-old child in tow, which is

8  what you would expect for a family outing.  You're gonna see

9  videos of Noor taking photographs of her little boy in front

10 of a statue at the House of Blues.

11         The government makes much of these trips and

12 characterizes them as scouting trips, but the evidence, we ask

13 you, will show that for Noor they were just family outings.

14         After this trip that counsel for the prosecutor

15 mentioned at the Bass Pro Shop, the family did go to an Arabic

16 restaurant, and after that they went to the mosque, but Omar

17 Mateen went into the mosque.  You'll see it on the video.  And

18 Noor, who is not religious, stayed outside with the little

19 boy.

20         And that brings us to June 11th.  On June 11th it

21 was a normal day for Noor Salman.  It started off in a regular

22 manner.  Omar Mateen went to work in the morning, and she was

23 at home taking care of Zaki.  He came home at 3:00 that day,

24 and then they took their son to McDonald's.

25         And after they returned from McDonald's, Omar Mateen

1 decided to buy three tickets to California, back home for Noor

2 where she was from, where her mother was, where her uncles

3 were, where her family lived, where she was born.  This change

4 in Mateen's mood encouraged prospects for the future.  Life

5 was changing for Noor in a better way the evidence is going to

6 show.

7        So the evidence will clearly tell you that before he

8 left that night he had purchased three tickets to go home.

9 And you're also going to hear from Noor's uncle and from a

10 friend of Noor's about conversations she had about that trip,

11 which I'll go into in a minute.

12        But at 5:00 Omar Mateen dressed.  He told Noor that

13 he was going to see his friend Nemo for dinner and that he

14 would go to prayers and that he would come home.  And this was

15 a lie.  And she didn't know that it was a lie because this is

16 the exact same lie he had used in the past because Nemo's

17 gonna tell you that.

18        Now, who is Nemo?  Nemo is a childhood friend of

19 Omar Mateen's, and on June 12th when Nemo learned that Mateen

20 had conducted this attack, he voluntarily went to the F.B.I.

21 He went to the F.B.I., and he told them that Mateen had told

22 him, had confided in him, that he cheated on Noor, usually

23 with older women on websites called Plenty of Fish and Arab

24 Lounge, and most importantly that he would use Nemo as an

25 excuse, as his foil, of being with him.  That is what Nemo

1  told the F.B.I. on June the 12th.

2  So back to 5:00. What does Noor know when Omar
3  Mateen leaves? She knows he's going to see his friend Nemo,
4  and he'll be back after prayers.

5  So what did she do? What did she do after 5:00? So
6  the evidence is gonna show you that she began future
7  preparations to go home to California on a family trip with
8  Zaki and Omar Mateen. That's what happened that night. She
9  went to the bank, and she deposited some money. She called
10  her uncle and told him that the three of them were coming out.

11  And he said, *Well, if it's just you and Zaki, you*
12  *can stay with me, but if it's the three of you, you'll have to*
13  *get a hotel because I don't have enough room.*

14  And she said, *It will be the three of us. We'll get*
15  *a hotel room.* The future. That's what she was preparing for.

16  She called her friend, very excited that she was
17  coming and told her all about the trip.

18  In appreciation and looking toward the future Noor
19  Salman went to Walmart® that day, that evening, and she bought
20  a Father's Day card for Omar Mateen, you're gonna see it, with
21  Father's Day coming up the very next weekend, and she bought a
22  gift for him, and she bought toys for Zak.

23  And then she took her child to Applebee's® and got
24  food to go because she learned her sister-in-law might come by
25  the house to retrieve a toy that her own child had left there

1  when Noor was watching over them.

2  　　　And she spoke to Mateen's mother about having dinner

3  and going to the mosque.  It was Ramadan.  And Noor did text

4  Omar Mateen's mother [sic], and she said to the mother -- *if*

5  *your mom calls, say you went to -- say you went to dinner with*

6  *Nemo, and Noor wants to stay home*, and she said that because

7  that's exactly what Mateen had told her.  And she didn't want

8  to get in the middle of that.  You tell your mother that

9  you're off with your friend Nemo and I want to stay home.

10  　　　This so-called cover story that the government has

11  characterized, this particular text, you will have to decide,

12  you will have to after you review the evidence and you use

13  your common sense, you'll have to decide what are the chances

14  that she would be using the very same lie, that she would come

15  up with a lie that had been perpetrated upon her as a fraud

16  for Mateen's secret life.  You'll have to decide if that makes

17  any sense whatsoever.

18  　　　And then we know that Noor took her own little

19  family night -- she put Zaki to sleep.  We know from the

20  forensic evidence that she goes online, and she's looking at

21  jackets because she's going to California soon.  And then we

22  know that she reads romance novels.  Government wants you to

23  believe she's reading romance novels while she knows there's

24  an atrocity being committed and she's going to wake up as a

25  widow.  You'll have to decide if that makes any sense.

1    Now, what has Omar been up to since he left Noor?

2  Well, we know from the cell phone data, along with the

3  Facebook records and receipts, we know and you can see it,

4  that when he leaves home and he goes to a restaurant, and you

5  can see because this is -- this forensic evidence is like DNA

6  evidence.  You can track him where he's going.

7    And what is he researching on his cell phone?

8  Searches for Disney World and then he searches for downtown

9  Orlando nightclubs, and then he gets directions to Eve, and he

10  goes to Eve.  You can see he's driving back and forth, and

11  he's searching for clubs, and he goes to Pulse.  There's no

12  dispute.  But Omar didn't research any gay venues or gay

13  clubs.

14    What is also clear from this forensic evidence is

15  that Omar Mateen himself didn't know where he was going that

16  night.  And if he didn't know, how could Noor have known?

17    And what is Noor doing at this time?  Back to the

18  forensics, we know that at 2:30 she's tired of waiting up for

19  him, and she texts him, *Where are you?*  Government wants you

20  to believe she's doing that knowing he's committing an

21  atrocity.

22    She tried to call him with no answer.  At that point

23  we know, because we have the forensics, there's no -- there's

24  no activity on her cell phone.

25    But at 4:00 in the morning, Noor is awoken by Omar

1 Mateen's mother who is worried about her son because Mateen

2 had told her, *I'm gonna come by after prayers.*  This is

3 Ramadan.  People stay up late.  They break fast late.

4 So she wants to know where is he.  Noor doesn't know

5 where he is.  Noor thinks he's with Nemo.  So she text him,

6 and you're gonna see these texts.  And, again, you're gonna

7 have to decide whether she's texting him as a cover story as

8 the government wants you to believe or these are sincere

9 questions, and she asks him, *Where are you?*

10 And he responds, *Everything okay?*

11 And she says, *Your mom I'd* [sic] *worry, and so am I.*

12 She adds, *You know you have work tomorrow, right?*  That's what

13 she asks him and reminds him that he has work tomorrow.  And

14 you'll have to decide just how cunning that really is that she

15 would have the presence of mind to write that for her cover.

16 And he writes, *You heard what happened?*

17 And she writes back question marks, *What happened?*

18 She asks him, *What happened?*

19 And he writes in his last communication to her, *I*

20 *love you babe.*

21 And she writes back, *Habibi, what happened?  Your*

22 *mom said that she said to come over, and you never did*, at

23 4:31 a.m.  And then Noor called him with no idea what had

24 happened.

25 What you're not gonna see, what the government can't

1   show you in this case is that there's any evidence in that
2   discrete period of time that you might expect, that Noor
3   Salman then went on any website in those early morning hours
4   to research about what had happened.  You're not gonna see any
5   evidence that she's researching to see if there are any
6   attacks on clubs or any shooting, anything of that nature.
7   You're gonna have to use your common sense from what the
8   evidence does not show you whether Noor Salman exercised
9   remarkable restraint in not accessing any websites to see what
10  had happened with Omar Mateen.

11          Almost immediately after that last text the police
12  ordered her out and put her and her three-year-old child in
13  the back of a police car, around 4:30 in the morning, where
14  they wait for the F.B.I., and she's finally taken with her
15  child to F.B.I. Headquarters.

16          Eleven hours after they ordered her out of her home,
17  after hours of coercive unrecorded interrogations, the F.B.I.
18  finally got Noor to adopt their own written statements, their
19  written statements, which they claim she made as her own.

20          Let me tell you a little bit about what happened
21  during those 11 hours in that interrogation and their
22  aftermath.  First, you're gonna learn that she cooperated with
23  the F.B.I. completely, meaning she spoke to them freely.  She
24  never asked for a lawyer.  You'll learn that she was actually
25  with the F.B.I. about -- she was with law enforcement from

1    4:30 in the morning until midnight, about 20 hours.  She never

2    asked for a lawyer.

3            She consented to having her home searched and items

4    seized.  She consented to being polygraphed.  They never did

5    that.  We're gonna talk about that in a minute.

6            You'll learn that those several hours, 11 or

7    12 hours of interrogation, none of that was recorded, no

8    video, no audio, even though they were in the F.B.I.

9    Headquarters where there's recording equipment and cameras,

10   and you would think that the F.B.I. agents had cell phones.

11   Each hour, each minute, they made a decision not to record.

12   They didn't record their questions to her, nor crucially her

13   answers or context.

14           So you're not gonna have the best evidence of what

15   happened in those rooms, what was really asked and what was

16   really said.  You'll have no transcript to follow.

17           Government will ask you to rely on the notes and

18   recollection of agents who had decided when they started

19   questioning her that she was guilty.  That's where they began.

20           And the evidence is gonna show you they were able to

21   manipulate and coerce her -- remember, trusting, simple Noor

22   Salman who tested with an IQ of 84 -- into adopting statements

23   that they wanted.  And remember the person in that room with

24   experienced F.B.I. interrogators, you're gonna learn through

25   expert testimony, is someone who is extraordinarily

1    susceptible to adopting the statements of others.

2           Her personality doesn't understand the seriousness

3    of what is happening, and you're gonna hear expert testimony

4    that she scores in the 98 percentile of people who are

5    susceptible to coercion, an extraordinary number.

6           Let me tell you a little bit about that coercion.

7    You're gonna hear about it.  It's called the Reid method, the

8    Reid method of interrogation, the Reid method to get

9    confessions, and this is especially true with the interviews

10   with the polygrapher, who you would hear and I'll talk more

11   about more in a minute.

12          So the Reid method has law enforcement follow a

13   particular kind of interrogation.  Basically the agent

14   conducts an interview, and at the end of the interview they

15   tell the people, the person, the suspect, You're lying.

16   That's what happened here.  And then thereafter they do not

17   accept any claims of innocence.  That's what happened here.

18   Noor Salman denied any knowledge of Mateen's plans for several

19   hours, but they didn't accept this.  That's not what they

20   wanted to hear, in accordance with the Reid method of

21   interrogation.

22          And don't forget -- let's put this in context.

23   During some of this interrogation Noor Salman has her

24   three-year-old child in the room with her while she's being

25   interrogated and when she's informed that her husband is dead.

1    And she is told by the F.B.I. that if she lies to
2  them, she will go to jail, and she will not see her child
3  again.  And you'll have to determine whether that's
4  threatening and coercive and what the impact of that is.

5    In keeping with the Reid method, they don't like to
6  record statements.  They would rather summarize them and write
7  them in their own hand.  And then, finally, in accordance with
8  the Reid method, the agent is supposed to get corroborating
9  details that will show that this so-called confession is true.

10    But that's where the government failed here because
11  you're gonna learn that these so-called confessions and these
12  details that corroborated her statements were false.  This is
13  where the integrity of the government's depiction about what
14  was said, about all of it, falls apart because the statements
15  that they say that Noor said are provably false.

16    Even without a video or transcript, you won't need
17  that, because you're gonna know what happened.  They claim
18  that she said that Mateen drove her to the Pulse, they claim
19  that she said, and they drove slowly around it for 20 minutes
20  when he made a statement about it getting attacked.

21    They got her to say that they scouted the Pulse
22  nightclub, but we know this is false because we have the DNA
23  forensic evidence.  We have the cell phones, the GPS, the
24  devices, and there is nothing that the -- that the government
25  can show you that puts Omar Mateen or Noor Salman anywhere

1   near the Pulse nightclub before June 11, 2016, when he went in
2   by himself and attacked it.

3          They got her to say that Omar Mateen showed Noor the
4   night before the attack that, *Here's the Pulse website, and*
5   *this is my target*.  That's what they got her to say.  That's
6   in the so-called confessions.  But the evidence is gonna show
7   you that's not true.  The forensic evidence is going to show
8   you that never happened.  They have his laptop and his cell
9   phone.  Believe me, everyone has gone through that metadata,
10  and there is no evidence that any device connected with Omar
11  Mateen visited the Pulse website.

12         In fact, on the Pulse website itself, if you visited
13  it -- you're going to hear that there's no indication on the
14  website itself that any device associated with Omar Mateen or
15  Noor ever visited their website.  Provably false.  Yet the
16  F.B.I. says Noor told them that.

17         They got her to say that she saw Omar Mateen with a
18  gun when he left that night, but the evidence at the scene of
19  the crime will show you that did not happen.

20         They also claim she said she suspected that he was
21  gonna attack a nightclub, and she feared he was planning to
22  commit an act of violence.  But of course none of this is
23  recorded.  You won't know what was really said and what was
24  really asked.

25         And you're gonna learn that the F.B.I. brought in a

1   polygrapher schooled in the Reid method, and he wrote three

2   different statements for Noor, his handwriting, and he got her

3   to sign it hours and hours into the interrogation.  He's gonna

4   say, *She dictated this to me*.  But they are his words, not

5   hers.  And you'll have to decide if this has any integrity

6   whatsoever.

7         And of particular note you'll have to decide why

8   when the evidence shows that Noor Salman signed a consent to

9   be polygraphed, she agreed to be polygraphed, they didn't

10   polygraph her.  The F.B.I. could have done that.  They had

11   their polygraph man actually interviewing her.  He had his

12   equipment with him.  He didn't do it.  They could have brought

13   Noor in the next day to polygraph her.  You'll learn that

14   actually they canceled plans to do that.  They could have

15   brought her in the next week.  They knew where Noor Salman was

16   when she finally walked out of headquarters around midnight

17   because she and her family told them for months where she was,

18   but they decided not to do that, and you'll have to think

19   about why that happened.

20         So, again, what did she immediately tell them before

21   the Reid method and the coercive tactics and the hours of

22   interrogation and the threats?  She told them she didn't know

23   anything.  She told them he had left to go have dinner with

24   his friend Nemo, which the government wants you to believe was

25   a cover story.  That's what Mateen told her, and she had no

1   reason to doubt that.

2          Well, while accepting all of those assertions of

3   innocence, though, at the end of several hours the agents got

4   Noor to say what they needed, these so-called confessions.

5          At the end of around 12 hours they stopped

6   interrogating her, and 20 hours after she was seized from her

7   home, she finally left.  She finally left.

8          Now that's interesting because after they claim that

9   she admitted to scouting the Pulse nightclub and that she

10  admitted to Mateen showing her the website and then she

11  admitted that he declared this was his attack, even after all

12  that, they let her go.  She walked out the door.

13         And where did she go?  You're gonna hear evidence

14  that she left Florida, went to Mississippi and eventually made

15  it home to California where her family was, and all the while

16  she reported to the F.B.I. without any requirement or

17  necessity, where she was and what she was -- where she was

18  living and what she was doing every single day, the woman who

19  the government claims came up with a cover story and knew

20  about the atrocity is telling the F.B.I. where she is all the

21  time.

22         It can only be said that it is a painful, painful

23  irony that the last words Noor Salman said to the F.B.I. on

24  June 20, 2016, was, *Thank you for all you've done for me*.

25  Seven months later she was indicted and arrested.

1    So what was Noor's agenda. The evidence is going to

2 show you she had no agenda. She had no political or extremist

3 agenda. The evidence will not show you that Noor hoped Mateen

4 would die a martyr to a cause she had never demonstrated any

5 affinity or even acknowledgement or recognition for and leave

6 her a widow.

7    And we don't dispute that Mateen bought his wife

8 some jewelry and other gifts during this time. We dispute

9 that the evidence shows that this somehow shows Noor Salman

10 knew and abetted his terrorist plan. We don't know what was

11 in the monster's mind. But we do know that the evidence will

12 not show that as a result of some of these gifts purchased on

13 credit cards that Noor had decided she was gonna cover up for

14 Omar Mateen and that she knew after June 11th she would wake

15 up a widow and Mateen a martyr to a cause she didn't support,

16 left to care for her child with no real skills or no funds,

17 that she traded her husband for whom she expressed love

18 notwithstanding the abuse. You can see it in the last

19 communication to him. You can see it in the Father's Day card

20 and gifts she bought him that very night. That she would

21 trade him for lingerie and bobbles on a credit card, it makes

22 no sense. This is not supported by any evidence, nothing with

23 integrity.

24    The government, we expect, is going to show you the

25 evidence of the monster, 911 calls, photos of the wounded and

1  dead, testimony from survivors and relatives, horrific.  In

2  fact, we expect the government is going to begin their case

3  like this, just like he began his opening statement.

4          And none of this is evidence that we're going to

5  contest.  You will not hear the defense ask a single question,

6  not one, of any of the victims or relatives of the victims.

7  We don't intend to further strain their pain, which was caused

8  by only one person, Omar Mateen.

9          And during jury selection, if you recall, the Judge

10  asked you if you could soberly, fairly, without being

11  prejudiced by this emotional nature of this kind of evidence,

12  if you could decide if Noor had any responsibility for it, and

13  you all promised you could, and we have to hold you to that

14  promise.

15          So let's discuss the law.  First and foremost the

16  government has and counsel for the prosecution said he

17  welcomes -- they welcome this burden of proof.  Good.  It is

18  their responsibility to prove beyond all reasonable doubt each

19  and every element of the allegations charged.

20          I'm not going to speak to you as a lawyer about

21  these two charges.  Let me just simply summarize them for you.

22  Count 1 is aiding and abetting the material support of

23  terrorism, of this terrorist organization of ISIS.

24          You know, after one of these attacks, one of these

25  terrible atrocities, it might be argued that there are

1  inevitably people who in hindsight should have seen what was

2  going to happen or could have done something to prevent the

3  tragedy, and when these failures of omission occur, it's

4  natural to assign blame for these omissions.  But if we

5  respect the law, such blame has no place in this courtroom

6  because the law does not punish those failures.  It simply

7  doesn't.

8         At the end of the trial, his Honor will instruct you

9  that the law does not punish the failure to act.  He will

10  instruct you that to be legally responsible for the attack,

11  the government will have to prove beyond all reasonable doubt

12  that not only Ms. Salman knew Mateen was going to conduct an

13  attack on behalf of ISIS, but also that she was more than a

14  knowing spectator, but a willing participant who joined in the

15  crime in order to make it succeed, to aid him in providing

16  support to ISIS.  We submit you'll never find that, not based

17  on this evidence.

18         Count 2 is the obstruction charge.  The Judge, his

19  Honor, will instruct you, we believe, that the government is

20  going to have to prove, again, beyond all reasonable doubt,

21  that during the questioning, when Ms. Salman was questioned

22  for all those hours, that she intended to mislead her

23  interrogators to prevent her indictment by a federal court on

24  the first count.

25         We believe the evidence will compel you in this case

1  to have many reasonable doubts which will also fly in the face

2  of common sense, about whether Omar Mateen and the kind of man

3  he was in that marriage would ever confide in Noor and recruit

4  her in his sick plan, a woman that he cheated and lied to,

5  that he didn't even trust to work outside the home or have

6  much interaction with the outside world, whether that makes

7  any sense at all.

8      You will have reasonable doubt about whether Noor

9  Salman, about whom there's no evidence of radicalization,

10  none, would be recruited to do something so morally

11  reprehensible for some bobbles.  You're going to have

12  reasonable doubt about what was actually said in those

13  interrogation rooms, what actually came from Noor, someone who

14  the experts will tell you scores in this 98 percentile of

15  people who can be easily persuaded, and what the F.B.I. fed

16  Noor during those hours of interrogation, and you're going to

17  have reasonable doubt, and it will fly in the face of common

18  sense what her motives were as the government portrays.  A

19  devoted mother who from the evidence appears to have loved her

20  husband anyway -- what person would trade their husband for a

21  potential IRS tax return and wake up a widow, alone to

22  struggle and raise a child without the sole provider who gave

23  up his life for whatever twisted idea, an idea to which

24  there's no evidence Noor Salman believed in, none.

25      In this trial we are turning to this stricken

1   community of Orlando for justice.  Perhaps the best place to

2   turn to because as members of this community you understand,

3   you understand especially, that to honor the dead and respect

4   the living you must arrive at the truth.  To the living we owe

5   respect.  And to the dead we owe the truth.  And the truth in

6   this trial will acquit Noor Salman of all the charges.  And if

7   you respect the law, we are confident that you will find Noor

8   not guilty of both charges.  Thank you.

9           (WHEREUPON, this excerpt was concluded.)

10

11                    *   *   *

12

13              CERTIFICATE OF REPORTER

14

    I certify that the foregoing is a correct transcript of the
15  record of proceedings in the above-entitled matter.

16

17

     _/s/ Suzanne L. Trimble_____          3/19/18
18   Suzanne L. Trimble, CCR, CRR, RPR          Date
     Official Court Reporter
19

20

21

22

23

24

25