UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                             CASE NO: 6:17-cr-18-Orl-40KRS

NOOR ZAHI SALMAN
_____/

## VERDICT

1. **Count One of the Indictment**

   **1(a).** As to Count One of the Indictment—Aiding and Abetting the Provision of Material Support to a Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B(a)(1),

   We, the Jury, find the Defendant, NOOR ZAHI SALMAN:

   Guilty _____           Not Guilty __✓__

*If you find the Defendant guilty in response to this question, please skip question 1(b) and proceed to question 1(c).  If you find the Defendant not guilty in response to this question, please proceed to question 1(b).*

1(b). As to the offense of Aiding and Abetting the Attempted Provision of Material Support to a Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B(a)(1),

    We, the Jury, find the Defendant, NOOR ZAHI SALMAN:

    Guilty _____        Not Guilty ✓

*If you find the Defendant guilty in response to this question, please proceed to question 1(c). If you find the Defendant not guilty in response to this question, please skip question 1(c) and proceed to question 2.*

1(c). We, the Jury, having found the Defendant, NOOR ZAHI SALMAN, guilty of Count One of the Indictment, further find that:

    \_\_\_\_ the death of any person resulted from the crime

    \_\_\_\_ death did not result from the crime

*Please proceed to question 2.*

2. **Count Two of the Indictment**

As to the offense of Obstruction of Justice, in violation of 18 U.S.C. § 1512(b)(3), We, the Jury, find the Defendant, NOOR ZAHI SALMAN:

Guilty _____    Not Guilty __✓__

SO SAY WE ALL, this __30TH__ day of March, 2018.