UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

Case No. 6:17-cr-18-Orl-40KRS

    Plaintiff,  ☐
    Government ☒

☐ Evidentiary
☒ Trial
☐ Other

v.

NOOR ZAHI SALMAN

    Defendant  ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1(a) | 3/19/18 | 3/19/18 | Ricardo Enriquez | | Noor Salman Written Statement Part One (BN: 00124824-00124830) |
| 1(b) | 3/19/18 | 3/19/18 | Ricardo Enriquez | | Noor Salman Written Statement Part Two (BN: 00124831-00124833) |
| 1(c) | 3/19/18 | 3/19/18 | Ricardo Enriquez | | Noor Salman Written Statement Part Three (BN: 00124834-00124835) |
| 2 | 3/19/18 | 3/19/18 | Ricardo Enriquez | | Advice of Rights Form (BN: 00124726) |
| 3 | 3/19/18 | 3/19/18 | Ricardo Enriquez | | Consent to Interview with Polygraph Form (BN: 00124727) |
| 4 | 3/15/18 | 3/15/18 | Christopher Mayo | | Two Consent to Search Forms (BN: 00186072-00186073) |
| 5(a) | | | | | Pictures of the Ft. Pierce FBI Office (BN:00186074) |
| 5(b) | 3/15/18 | 3/15/18 | Christopher Mayo | | Pictures of the Ft. Pierce FBI Office (BN: 00186075) |
| 5(c) | | | | | Pictures of the Ft. Pierce FBI Office (BN: 00186076) |

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 5(d) | | | | | Pictures of the Ft. Pierce FBI Office (BN: 00186077) |
| 5(e) | | | | | Pictures of the Ft. Pierce FBI Office (BN: 00186078) |
| 5(f) | | | | | Pictures of the Ft. Pierce FBI Office (BN: 00186079) |
| 5(g) | 3/15/18 | 3/15/18 | Christopher Mayo | | Pictures of the Ft. Pierce FBI Office (BN: 00186080) |
| 5(h) | | | | | Pictures of the Ft. Pierce FBI Office (BN: 00186081) |
| 5(i) | 3/19/18 | 3/19/18 | Ricardo Enriquez | | Pictures of the Ft. Pierce FBI Office (BN: 00186082) |
| 6 | 3/15/18 | 3/15/18 | Christopher Mayo | | Noor Salman contents from purse (BN: 00186368-00186384) |
| 7(a) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Digital Photo Log dated June 12, 2016 (BN: 00128785) |
| 7(b) | | | | | Picture of address at 2513 South 17th Street, Ft. Pierce, FL (BN: 00128787) |
| 7(c) | | | | | Picture of front door of 2513 South 17th Street, Apt. 107, Ft. Pierce, FL (BN: 00128796) |
| 7(d) | | | | | Picture of kitchen area (BN: 00128807) |
| 7(e) | | | | | Picture of kitchen area (BN: 00128808) |
| 7(f) | | | | | Picture of kitchen area (BN: 00128809) |
| 7(g) | | | | | Picture of washer/dryer area (BN: 00128810) |
| 7(h) | | | | | Picture of cupboard area (BN: 00128819, 00128824, 00128829) |
| 7(i) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Picture of living room area (BN: 00128833) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 7(j) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Picture of living room area (BN: 00128836) |
| 7(k) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Picture of living room closet (BN: 00128841) |
| 7(l) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Picture of home entertainment center in living room (BN: 00128854) |
| 7(m) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Picture of home entertainment center in living room (BN: 00128994) |
| 7(n) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Close up of cell phone in living room (BN: 00128995) |
| 7(o) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Picture of bedroom dresser (BN: 00128873) |
| 7(p) | | | | | Picture of bedroom dresser (BN: 00128984) |
| 7(q) | | | | | Picture of Salman's diaries (BN: 00129006) |
| 7(r) | | | | | Picture of Salman's diaries (BN: 00129007) |
| 7(s) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Picture of purse in the living room area (BN: 00128835, 00128837, 00129034) |
| 7(t) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Picture of note regarding bank routing number (BN: 00129035) |
| 7(u) | | | | | Picture of hall closet (BN: 00128967) |
| 7(v) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Picture of bathroom area (BN: 00129055) |
| 7(w) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Picture of ASUS computer (BN: 00128976) |
| 7(x) | | | | | Picture of Salman phone (BN: 00128884) |
| 7(y) | | | | | Picture of Dell computer (BN: 00128840, 00128885) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 7(aa) | | | | | Identification Documents from Apartment (1B753) (redacted) |
| 7(bb) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Schematic of residence (BN: 00091705-00091706) |
| 8(a) | | | | | Log of Pictures of Salman and Mateen's Silver Toyota Outside of Apartment dated June 12, 2016 (BN: 00186726) |
| 8(b) | 3/15/18 | 3/15/18 | Brett Chabot | | Log of Pictures of Salman and Mateen's Silver Toyota Outside of Apartment dated June 12, 2016 (BN: 00186860) |
| 8(c) | 3/15/18 | 3/15/18 | Brett Chabot | | Picture of car with doors and hood open (BN: 00186734) |
| 8(d) | | | | | Picture of set of keys (BN: 00186778) |
| 8(e) | | | | | Picture of set of keys (BN: 00186779) |
| 8(f) | | | | | Picture of set of keys (BN: 00186780) |
| 8(g) | | | | | Picture of set of keys (BN: 186781) |
| 8(h) | | | | | Keys (1B124 & 1B123) |
| 8(i) | 3/15/18 | 3/15/18 | Brett Chabot | | Picture of rear of car (BN:00186855) |
| 9(a) | | | | | Log of pictures of dumpster located at 2513 South 17th Street, Unit 107, Ft. Pierce, FL (BN: 00115387) |
| 9(b) | 3/15/18 | 3/15/18 | Brett Chabot | | Picture of dumpster (BN: 00115388) |
| 9(c) | 3/15/18 | 3/15/18 | Brett Chabot | | Picture of dumpster (BN: 00115389) |
| 9(d) | 3/15/18 | 3/15/18 | Brett Chabot | | Picture of receipts found in dumpster, including Walmart, dated May 31, 2016, Walmart, dated June 10, 2016, and Express, dated June 10, 2016 (BN: 00115396) |

EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 9(e) | 3/15/18 | 3/15/18 | Brett Chabot | | Picture of receipts found in dumpster, including Walmart, dated May 31, 2016 and June 10, 2016 (BN: 00115398) |
| 9(f) | 3/15/18 | 3/15/18 | Brett Chabot | | Picture of receipts found in dumpster, including Walmart and Express dated June 10, 2016    (BN: 00115399) |
| 9(g) | 3/15/18 | 3/15/18 | Brett Chabot | | Picture of inside dumpster (BN: 00115392) |
| 10 | 3/14/18 | 3/14/18 | | | Noor Salman DAVID records (BN: 00186276-00186277; 00186308-00186309; 00186278-00186293) |
| 11 | | | | | Salman's diaries (BN: 00128499-00128587) |
| 12 | 3/14/18 | 3/14/18 | | | Noor Salman's transcript from Heald college (BN: 00068222-00068223) |
| 13 | 3/14/18 | 3/14/18 | | | Salman marriage certificate (BN: 00068110) |
| 14 | 3/20/18 | 3/20/18 | | | Picture of Omar Mateen and Noor Salman at gun range (BN: 00186062) |
| 15 | 3/20/18 | 3/20/18 | Marco Rodriguez | | Noor Salman's 2014 gun range card (BN: 00128973) |
| 16 | | | | | Pictures of jewelry and other personal items (BN: 00186412-00186440) |
| 17 | | | | | Navient financial records (BN: 00186863-00186994) |
| 18 | | | | | ECMC financial records (BN: 00187015-00187034) |
| 100 | 3/14/18 | 3/14/18 | | | Composite Video from Pulse Night Club on June 12, 2016 |
| 101 | 3/14/18 | 3/14/18 | | | 911 Call from Mateen to the Orlando Police Department (audio) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 101(a) | 3/14/18 | 3/14/18 | | | 911 Call from Mateen to the Orlando Police Department (transcript) (BN: 00187449) |
| 102 | 3/14/18 | 3/14/18 | | | Call between Mateen and Brennan 1 (audio) |
| 102(a) | 3/14/18 | 3/14/18 | | | Call between Mateen and Brennan 1 (transcript) (BN: 00186063-00186066) |
| 103 | 3/14/18 | 3/14/18 | | | Call between Mateen and Brennan 2 (audio) |
| 103(a) | 3/14/18 | 3/14/18 | | | Call between Mateen and Brennan 2 (transcript) (BN: 00187444-00187448) |
| 104 | 3/14/18 | 3/14/18 | | | Call between Mateen and Brennan 3 (audio) |
| 104(a) | 3/14/18 | 3/14/18 | | | Call between Mateen and Brennan 3 (transcript); (BN: 00186059-00186060) |
| 105 | 3/14/18 | 3/14/18 | Adam Gruler | | Radio traffic with Det. Gruler working off-duty detail at Pulse Night Club (audio) |
| 105(a) | 3/14/18 | 3/14/18 | Adam Gruler | | Radio traffic with Det. Gruler working off-duty detail at Pulse Night Club (transcript) (BN: 00187002-00187003) |
| 107 | 3/14/18 | 3/14/18 | | | Phone call from victim inside of the bathroom Pulse Night Club (audio) |
| 107(a) | 3/14/18 | 3/14/18 | | | Phone call from victim inside of the bathroom at Pulse Night Club (transcript) (BN: 00186995-00187001) |
| 108 | 3/14/18 | 3/14/18 | Adam Gruler | | Dash cam footage of officer responding to Pulse Night Club (video; 2:30-6:00) |
| 109 | 3/14/18 | 3/14/18 | | | Bodycam: Officers inside club assessing victims (video; 11:20-12:45) |
| 110 | 3/14/18 | 3/14/18 | | | Bodycam: victim extracted from Pulse Night Club (video; 1:00-2:15) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 112 | | | | | Bodycam: victims exiting Pulse Night Club(video; 23:18-23:55) |
| 114 | 3/14/18 | 3/14/18 | | | Bodycam: victim transported in pickup (video; 14:04-19:30) |
| 115 | 3/14/18 | 3/14/18 | | | Bodycam: officers fire at subject in Pulse bathroom (video;10:45-11:25) |
| 116 | 3/14/18 | 3/14/18 | | | Bodycam: officers loading victim into pickup (video; 24:15-25:30) |
| 117 | | | | | Bodycam: female victim at Command Post, audible gun fire, officer assessed for gunshot wounds (video; 8:35-12:35) |
| 119 | 3/14/18 | 3/14/18 | Adam Gruler | | Map of Pulse Night Club and surrounding area (BN: 00186441) |
| 119(a) | | | | | Schematic of Interior of Pulse Night Club (BN: 00187427, 00187292) |
| 119(b) | 3/14/18 | 3/14/18 | | | Schematic of Pulse Night Club surrounding area (BN: 00108890) |
| 120 | 3/15/18 | 3/15/18 | Paul Castillo | | June 12, 2016 Photos of Pulse Night Club scene (BN: 00114703-00114733, 00114761, 00121201, 00121205, 00121386, 00121426) |
| 121 | 3/15/18 | 3/15/18 | Lauren Regucci | | Photo log of pictures taken of van outside of Pulse Night Club dated June 12, 2016 (BN: 00115676) |
| 121(a) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of van outside of Pulse Night Club (BN: 00115677) |
| 121(b) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of baby stroller and van outside of Pulse Night Club (BN: 00115680) |
| 121(c) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of .38 revolver inside of case (BN: 00115681) |
| 121(d) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of .38 revolver inside of case with speed loaders (BN: 00115683) |
| 121(e) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of .38 revolver with bullets inside of cylinder (BN: 00115686) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 121(f) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of black backpack near van outside of Pulse Night Club (BN: 00115705) |
| 121(g) | 3/15/18 | 3/15/18 | Lauren Regucci | | Close up picture of black backpack (BN: 00115707) |
| 121(h) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of the contents of the black backpack (BN: 00115717) |
| 121(i) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of .38 ammunition (BN: 00115718) |
| 121(j) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of green rifle bag near van (BN: 00115725) |
| 121(k) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of open green rifle bag near van (BN: 00115759) |
| 121(l) | 3/15/18 | 3/15/18 | Lauren Regucci | | Close up picture of green rifle bag near van (BN: 00115726) |
| 121(m) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of black gun case (BN: 00115728) |
| 121(n) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of black gun case opened (BN: 00115729) |
| 121(o) | 3/15/18 | 3/15/18 | Lauren Regucci | | Pictures of two Michael Kors receipts dated 6/8/2016 for $496.29 and $186.38 (BN: 00115741) |
| 121(p) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of Walmart receipt dated 6/6/2016 (BN: 00115756) |
| 121(q) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of boxes of ammunition for the AR-15 (BN: 00115762) |
| 121(r) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of ammunition for Glock 17 (BN: 00115807) |
| 121(s) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of ammunition for Glock 17 (BN: 00115808) |
| 121(t) | | | | | Picture of miscellaneous items found inside of Mateen's wallet (BN: 00115811) |
| 121(u) | | | | | Picture of van outside of Pulse without items in the driveway area (BN: 00115840) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 121(v) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of Enterprise Rental Agreement (BN: 00115818) |
| 121(w) | | | | | Picture of clothing (BN: 00115766) |
| 121(x) | | | | | Picture of clothing item (BN: 00115816) |
| 121(y) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of G4S Security Badge (BN: 00115813) |
| 121(z) | | | | | Picture of Money (BN: 00115812) |
| 121(aa) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of inside of rental van (BN: 00115805) |
| 121(bb) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of inside of rental van (BN: 00115806) |
| 121(cc) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of 9mm Luger cartridges (BN: 00115809) |
| 121(dd) | | | | | Picture of 9mm Luger cartridges (BN: 00115810) |
| 121(ee) | | | | | Picture of money (BN: 00115797) |
| 121(ff) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of inside of van (BN: 00115796) |
| 121(gg) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of inside of rental van (BN: 00115783) |
| 121(hh) | | | | | Picture of inside of rental van (BN: 00115784) |
| 121(ii) | | | | | Picture of wallet (BN: 00115785) |
| 121(jj) | | | | | Picture of wallet (BN: 00115786) |
| 121(kk) | | | | | Picture of wallet (BN: 00115787) |
| 121(ll) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of receipts (BN:00115739) |
| 121(mm) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of receipts (BN:00115740) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 121(nn) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of receipts (BN:00115742) |
| 121(oo) | | | | | Picture of receipts (BN:00115743) |
| 121(pp) | | | | | Picture of receipt (BN: 00115744) |
| 121(qq) | | | | | Picture of receipt (BN: 00115745) |
| 121(rr) | | | | | Picture of receipts (BN: 00115746) |
| 121(ss) | | | | | Picture of receipts (BN: 00115747) |
| 121(tt) | | | | | Pictures of receipt (BN: 00115748-00115749) |
| 121(uu) | | | | | Picture of receipts (BN: 00115750) |
| 121(vv) | | | | | Picture of receipts related to Toyota Camry (BN: 00115751-00115752) |
| 121(ww) | | | | | Picture of receipts (BN: 00115753) |
| 121(xx) | | | | | Picture of receipts (BN: 00115754) |
| 121(yy) | | | | | Picture of receipts (BN: 00115755) |
| 121(zz) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of receipt (BN: 00115757) |
| 121(aaa) | | | | | Picture of receipt (BN: 00115758) |
| 121(bbb) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of baby stroller (BN: 00115722-00115724) |
| 121(ccc) | 3/15/18 | 3/15/18 | Lauren Regucci | | Picture of baby doll packaging (BN: 00115701-00115704) |
| 121(ddd) | 3/15/18 | 3/15/18 | Lauren Regucci | | Drawing of 1900 S. Orange Avenue, Orlando, Florida (00105842-00105843) |
| 122 | 3/15/18 | 3/15/18 | Lynn Billings | | Sig Sauer MCX AR-15-style rifle |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 122(a) | 3/14/18 | 3/14/18 | | | ATF Form 4473 – Sig Sauer MCX AR-15-style rifle (BN: 00068499-00068504) |
| 122(b) | 3/14/18 | 3/14/18 | | | Sig Sauer MCX AR-15-style rifle receipt dated June 4, 2016 (BN: 00068505) |
| 123 | 3/15/18 | 3/15/18 | Lynn Billings | | Glock 17 & magazine |
| 123(a) | 3/14/18 | 3/14/18 | | | ATF Form 4473 – Glock (BN: 00068493-00068498) |
| 123(b) | 3/14/18 | 3/14/18 | | | St. Lucie Gun Sales receipt for Glock – June 5, 2016 (BN: 00068023-00068024) |
| 123(c) | 3/15/18 | 3/15/18 | Lynn Billings | | Mateen's holster |
| 124 | 3/15/18 | 3/15/18 | Lauren Regucci | | .38 firearm |
| 125 | 3/15/18 | 3/15/18 | William Hall | | Orlando Police Department Communications (BN: 00068039-00068041) |
| 126 | 3/15/18 | 3/15/18 | William Hall | | Ft. Pierce Police Department Communications (BN: 00068051-00068082) |
| 128 | 3/15/18 | 3/15/18 | Lauren Regucci | | Speed loader |
| 129 | 3/15/18 | 3/15/18 | Lauren Regucci | | Ammunition |
| 130 | 3/15/18 | 3/15/18 | Lynn Billings | | Dodge Key |
| 131 | 3/15/18 | 3/15/18 | Paul Castillo | | Spent casing inside rifle |
| 132 | 3/15/18 | 3/15/18 | Lynn Billings | | Magazine |
| 136 | | | | | Two Bass Pro receipts |
| 137 | 3/15/18 | 3/15/18 | Lauren Regucci | | Credit cards and cash from wallet |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 138 | | | | | Garment and cap |
| 139 | 3/15/18 | 3/15/18 | Lauren Regucci | | Backpack |
| 140 | 3/15/18 | 3/15/18 | Lauren Regucci | | Black plastic gun case and range pass |
| 141 | 3/15/18 | 3/15/18 | Lauren Regucci | | Green rifle case |
| 142 | 3/15/18 | 3/15/18 | Lauren Regucci | | Receipts from van |
| 143 | 3/15/18 | 3/15/18 | Lauren Regucci | | Wallet and certain contents |
| 144 | 3/15/18 | 3/15/18 | Lauren Regucci | | Enterprise agreement |
| 145 | 3/15/18 | 3/15/18 | Lauren Regucci | | S&W gun case |
| 146 | 3/15/18 | 3/15/18 | Lynn Billings | | Paracord Bracelet |
| 147 | 3/15/18 | 3/15/18 | Lynn Billings | | Knife |
| 152(a), (b) & (d) | 3/14/18 | 3/14/18 | | | Recording by victim inside Pulse Night Club (portions) (video) |
| 152(e) | 3/14/18 | 3/14/18 | | | Transcripts of recording by victim inside Pulse Night Club |
| 154(a) | 3/14/18 | 3/14/18 | William Braniff | | Rumiyah, Vol. 9 (BN: 00187418-00187425) |
| 154(b) | 3/14/18 | 3/14/18 | William Braniff | | Screen shot of Breaking News from Amaq Agency (BN: 00187299) |
| 155(a) | 3/15/18 | 3/15/18 | Lynn Billings | | Pictures of Pulse Night Club (BN: 00119703, 00121600, 00118268, 00118373, 00119817, 00121236, 00119854, 00119816) |
| 155(b) | 3/15/18 | 3/15/18 | Lynn Billings | | Pictures of Pulse Night Club (BN: 00121338-00121346, 00121611, 00121605, 00120064, 00120043, 00119937, 00119925, 00119903, 00119781, 00116846) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 155(c) | | | | | Picture of exterior of Pulse Night Club (BN: 00114760) |
| 155(d) | 3/15/18 | 3/15/18 | Lynn Billings | | Pictures of Pulse Nightclub (BN: 00121562, 00121554, 00121533, 00121432, 00121162) |
| 155(e) | 3/15/18 | 3/15/18 | Lynn Billings | | Pictures of Pulse Night Club: Mateen's Phone (BN 00121254, 00121257, 00121259, 00121262) |
| 155(f) | 3/15/18 | 3/15/18 | Lynn Billings | | Picture of Sig Sauer MCX AR-15-style rifle recovered from Pulse Night Club (BN: 00121219) |
| 155(g) | | | | | Picture of DVR recovered from Pulse Night Club (BN: 00121266) |
| | | | | | |
| 200 | 3/22/18 | 3/22/18 | Richard Fennern | | CAST Composite Exhibit of Power Point Slides |
| 201 | 3/14/18 | 3/14/18 | | | Records of two PNC Credit Card accounts in the name Omar Mateen, account numbers ending 5547 and 0773 (Various Bates Numbers) |
| 201(a) | 3/14/18 | 3/14/18 | | | PNC account ending 5574 for 4/23/16 – 5/23/16 (BN: 0044377-0044380) |
| 201(b) | 3/14/18 | 3/14/18 | | | PNC account ending 0773 – Statement 5/24/16-6/22/16 (BN: 00063278-00063281) |
| 201(c) | 3/14/18 | 3/14/18 | | | PNC $1,500 withdrawal on June 11, 2016 (BN: 00044410) |
| 201(d) | 3/14/18 | 3/14/18 | | | PNC $4,000 withdrawal on June 11, 2016 (BN: 00044411) |
| 201(e) | 3/14/18 | 3/14/18 | | | PNC Bank pictures of Omar Mateen withdrawing cash on June 11, 2016 (Pt. St. Lucie and Ft. Pierce pictures) (BN: 00125294 – 00125304) |
| 201(f) | 3/14/18 | 3/14/18 | | | PNC document showing payable on death beneficiaries for account ending 8414 (BN: 00043967) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 201(g) | 3/14/18 | 3/14/18 | | | PNC document showing payable on death beneficiaries for account ending 7433 (BN: 00043971) |
| 201(h) | 3/14/18 | 3/14/18 | | | PNC documents regarding adding payable on death beneficiaries for accounts ending 8414 & 7433 (BN: 00058097 – 00058105) |
| 201(i) | 3/14/18 | 3/14/18 | | | Bank records for PNC accounts ending in 7433 and 8414 in the name Omar Mateen (Various Bates Numbers) |
| 201(j) | 3/14/18 | 3/14/18 | | | PNC account ending 5574 for 5/24/16 – 6/22/16 (BN: 0063274-0063277) |
| 202 | 3/14/18 | 3/14/18 | | | Picture of .38 Special ammunition that was purchased on May 31, 2016 (BN: 00068813) |
| 203 | 3/14/18 | 3/14/18 | | | Bank records for Bank of America account ending 1894 in the name Noor Salman (BN: 00000766-00001062; 00042056-00042059; 00041758) |
| 203(a) | 3/14/18 | 3/14/18 | | | Pictures of Noor Salman Outside of Bank of America ATM on June 11, 2016 (BN: 00186388-00186389) |
| 203(b) | 3/14/18 | 3/14/18 | | | Bank of America statement June, 2016 for the account ending 1894 in the name Noor Salman (BN: 00042056-00042059) |
| 203(c) | 3/14/18 | 3/14/18 | | | Bank of America statement July, 2016 for the account ending 1894 in the name Noor Salman (BN: 00187389-00187392) |
| 203(d) | 3/14/18 | 3/14/18 | | | Bank of America statement August, 2016 for the account ending 1894 in the name Noor Salman (BN: 00187393-00187396) |
| 204 | 3/14/18 | 3/14/18 | | | Florida Community Bank records for the account ending 1082 in the name Omar Mateen (BN: 00038893; 00038904-00038910) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 204(a) | 3/14/18 | 3/14/18 | | | Florida Community Bank Visa records for the account ending 9673 in the name Omar Mateen for 5/20/16 – 6/17/16 (BN: 00062186-00062189) |
| 204(b) | 3/14/18 | 3/14/18 | | | Florida Community Bank Visa records for the account ending 9673 in the name Omar Mateen (BN: 00062186-00062197) |
| 205 | 3/14/18 | 3/14/18 | | | Capital One records for the account ending 3127 in the name Omar Mateen (BN: 00004279-00004282) |
| 205(a) | 3/14/18 | 3/14/18 | | | Capital One statement for the account ending in 3127 in the name Omar Mateen for 6/05/16 – 7/04/16 (BN: 00004281-00004283) |
| 206 | 3/14/18 | 3/14/18 | | | Wells Fargo/American Express records for the account ending 7151 in the name Omar Mateen (BN: 00053100-00053102; 00061916-00061920) |
| 206(a) | 3/14/18 | 3/14/18 | | | Wells Fargo/American Express statement for the account ending in 7151 in the name Omar Mateen for 6/1/16 – 6/6/16 (BN: 00061916-00061920) |
| 206(b) | 3/14/18 | 3/14/18 | | | Wells Fargo/American Express statement for the account ending in 7151 in the name Omar Mateen for 6/7/16 – 7/1/16 (BN: 00053100-00053102) |
| 207 | 3/14/18 | 3/14/18 | | | Jackson Hewitt records for Omar Mateen and Noor Salman (BN: 00090892-00090967) |
| 208 | 3/22/18 | 3/22/18 | Steven McCabe | | Financial Stipulation (pending) |
| 210 | 3/14/18 | 3/14/18 | | | St. Lucie Shooting Center/St. Lucie Gun Sales records (BN: 00068014-00068035) |
| 211 | 3/14/18 | 3/14/18 | | | Bass Pro Shop records (BN: 00090529-00090537) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 211(a) | 3/14/18 | 3/14/18 | | | June 8, 2016 Bass Pro receipt for $59.15 & June 9, 2016 Bass Pro receipt for $348.00 (BN: 00090529) |
| 212 | | | | | Kay Jewelers records (BN: 00000468-0000481) |
| 212(a) | | | | | Kay Jeweler records (BN: 00000469, 00000472, 00000474, 00000476-00000480) |
| 213 | | | | | Zales Jewelers receipt for earrings (BN: 00000481) |
| 215 | | | | | Synchrony Financial records for account ending 4153 in the name Omar Mateen (BN: 00061432-00061447) |
| 218 | | | | | Express records (BN: 00122230-00122234) |
| 219 | | | | | Enterprise records (BN: 00000430-00000439) |
| 219(a) | | | | | Enterprise record from June 6, 2016 (BN: 00000430) |
| 219(b) | 3/14/18 | 3/14/18 | | | Enterprise record from June 9, 2016 (BN: 00000439) |
| 221 | | | | | Equifax records (BN: 00044905-00044942) |
| 222 | 3/14/18 | 3/14/18 | | | American Airlines records (BN: 00043173-00043178) |
| 223 | 3/14/18 | 3/14/18 | | | G4S work schedule records (BN: 00185808-00185810) |
| 224 | 3/14/18 | 3/14/18 | | | Carrabba's receipt for dinner on June 5, 2016 (BN: 00122160-00122161) |
| 225 | 3/14/18 | 3/14/18 | | | Chevron receipt from June 5, 2016, at 2:11 am, traveling back from City Place (BN: 00039491) |
| 226 | 3/14/18 | 3/14/18 | | | Best Buy receipt dated June 6, 2016 (receipt for purchases, including iPad) (BN: 00090242-00090243) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 227 | 3/14/18 | 3/14/18 | | | Silver and Gold Connection receipt dated June 6, 2016 for $227.87 (BN: 00088862-00088867) |
| 228(a) | 3/14/18 | 3/14/18 | | | Walmart receipt from 6/10/16 at 12:59 am (BN: 00090346) |
| 228(b) | 3/14/18 | 3/14/18 | | | Walmart receipt from 6/10/16 at 12:15 pm (BN: 00090347) |
| 228(c) | 3/14/18 | 3/14/18 | | | Walmart receipt from 6/10/16 at 12:21 pm (BN: 0090348) |
| 229 | 3/14/18 | 3/14/18 | | | King O Falafel receipt from purchase on June 8, 2016 for $108.87 (BN: 00091830) |
| 230 | 3/14/18 | 3/14/18 | | | Apple Bee's receipt on June 11, 2016 at 7:34 pm (BN: 00068086) |
| 231(a) | 3/22/18 | 3/22/18 | | | Summary chart showing Credit Card Purchases, 2010-2016 (BN: 00187306-00187322) |
| 231(b) | 3/22/18 | 3/22/18 | | | Summary chart showing Credit Card purchases from June 1 – June 13, 2016 (BN: 00187345, 00187348-00817356) |
| 231(c) | 3/22/18 | 3/22/18 | | | Summary chart showing average monthly credit card purchases, 2010 – 2015, compared with credit card purchases from June 1 – June 13, 2016, (BN: 00187347) |
| 231(d) | 3/22/18 | 3/22/18 | Steven McCabe | | Summary chart showing bank deposits, 2010 – 2016 (BN: 00187323-00187344) |
| 231(e) | 3/22/18 | 3/22/18 | Steven McCabe | | Summary chart showing June 2016 bank transactions (BN: 00187357) |
| 231(f) | 3/22/18 | 3/22/18 | Steven McCabe | | Summary chart showing Salman and Mateen's income from 2011 – 2015 (BN: 00187360-00187365) |
| 232 | | | | | Documentation related to Salman's student loan, account ending 9133 (BN: 00186873, 00186909-00186914, 00186933) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 239 | 3/14/18 | 3/14/18 | | | Video: May 21, 2016 at House of Blues |
| 240 | 3/14/18 | 3/14/18 | | | Video: May 21, 2016 at 11:49 pm at Disney Springs |
| 241 | | | | | Video: May 31, 2016, Walmart purchase of .38 ammunition |
| 242 | | | | | Video: June 4, 2016 at St. Lucie Gun sales |
| 243(a) | | | | | Video: June 5, 2016, at 12:04 am, video of car on Florida Turnpike |
| 243(b) | | | | | Pictures on June 5, 2016 at 12:04 am of Noor Salman on Florida Turnpike (BN: 00187376) |
| 243(c) | | | | | Video: June 5, 2016, at 12:40 am, video of car on Florida Turnpike |
| 243(d) | | | | | Picture on June 5, 2016 at 12:40 am of car on Florida Turnpike (BN: 00187377) |
| 244 | | | | | Picture on June 5, 2016, at 2:06 am taken from video at Chevron/Dunkin Donuts in West Palm Beach, FL (BN: 00187378) |
| 245 | | | | | Video: June 5, 2016 video at St. Lucie Gun Sales/St Lucie Shooting Center |
| 246 | | | | | Video: June 6, 2016 video of purchase at Best Buy |
| 247 | | | | | Video: June 8, 2016, at 6:10 pm, video of purchase at Bass Pro Shop |
| 248 | | | | | Video: June 8, 2016 at Florida Mall |
| 249 | | | | | Video: June 8, 2016, at 7:22 pm, video of purchase at Victoria's Secret |
| 250 | 3/14/18 | 3/14/18 | | | Video: June 8, 2016, at 7:28 pm, video of purchase at Zales |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 251 | 3/14/18 | 3/14/18 | | | Video: June 8, 2016, at 7:51 pm, video of purchase at Michael Kors |
| 252 | | | | | Video: June 8, 2016, at 9:44 pm and 9:57pm video at Disney Springs |
| 255 | | | | | Video: June 8, 2016, at 11:16 pm, video of Omar Mateen at mosque |
| 256 | | | | | Video: June 9, 2016, video of purchase of the speed loaders for .38 revolver and two 30-round magazines |
| 257 | | | | | Video and Pictures: June 9, 2016, Omar Mateen at St. Lucie Shooting Center |
| 258 | 3/14/18 | 3/14/18 | | | Video: June 11, 2016, at 10:03 pm - 10:26 pm, video of Omar Mateen at Disney Springs |
| 300 | 3/20/18 | 3/20/18 | Marco Rodriguez | | Dell Inspiron 20 All-in-one (Salman and Mateen Home Computer) |
| 300(a) | 3/20/18 | 3/20/18 | Jeffrey Etter | | Computer file showing presence of cleaner on the Dell (BN: 00187293) |
| 300(b) | 3/20/18 | 3/20/18 | Jeffrey Etter | | Computer files showing incognito browsing on the Dell (BN: 00187294-00187298) |
| 300(c) | | | | | Summary Exhibit: Extremist Activity on Facebook Chat on the Dell (BN: 00187958-00187959) |
| 300(d) | 3/20/18 | 3/20/18 | Jeffrey Etter | | Summary Exhibit: Spending Evidence on the Dell (BN: 00187960-00187966) |
| 300(e) | 3/20/18 | 3/20/18 | Jeffrey Etter | | Summary Exhibit: Extremist images on the Dell (BN: 00187465-00187493) |
| 301 | 3/20/18 | 3/20/18 | Marco Rodriguez | | ASUS computer |
| 301(a) | 3/20/18 | 3/20/18 | Jeffrey Etter | | Summary Exhibit: Extremist Web Activity on the Dell and ASUS (BN: 00187967-00187992) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 304 | 3/21/18 | 3/21/18 | Kim Rosecrans | | Samsung SM-G530T Galaxy Grand Prime (Mateen newer phone) |
| 304(a) | 3/21/18 | 3/21/18 | Kim Rosecrans | | Summary Exhibit Selected Activity on Mateen's New Phone (BN: 00187822-00187897) |
| 304(b) | 3/14/18 | 3/14/18 | William Braniff | | Article: ISIS urges Ramadan attacks in US, Europe in new audio broadcast (BN: 00187925-00187927) |
| 304(c) | 3/14/18 | 3/14/18 | William Braniff | | Video from Reuters.com of statement by Adnani |
| 304(d) | 3/21/18 | 3/21/18 | Kim Rosecrans | | Screen shot of Adnani video (BN: 00187456) |
| 304(e) | 3/22/18 | 3/22/18 | Richard Fennern | | T-Mobile 5560 (Omar Mateen) Phone Records (BN: 183558-185790) |
| 304(f) | 3/21/18 | 3/21/18 | Kim Rosecrans | | Voicemail from Mateen's mother on June 12, 2016 (audio) |
| 304(g) | 3/21/18 | 3/21/18 | Kim Rosecrans | | Transcript of Voicemail from Mateen's mother on June 12, 2016 (BN: 0187621) |
| 304(i) | 3/21/18 | 3/21/18 | Kim Rosecrans | | Article: 9 Ways You're Being Spied on Every Day (BN: 00187457-00187464) |
| 304(j) | | | | | Article: FBI in new push to probe web browser history (BN: 00187921-00187924) |
| 304(k) | 3/21/18 | 3/21/18 | Kim Rosecrans | | Summary Exhibit Law Enforcement Searches on Mateen's Phone (BN: 00187898-00187902) |
| 304(l) | 3/21/18 | 3/21/18 | Kim Rosecrans | | Summary Exhibit Financial Searches on Mateen's Phone (BN: 00187903-00187905) |
| 304(m) | 3/21/18 | 3/21/18 | Kim Rosecrans | | Summary Exhibit Attack Planning Searches on Mateen's Phone (BN: 00187906-00187916) |
| 304(n) | 3/21/18 | 3/21/18 | Kim Rosecrans | | Summary Exhibit Phone Calls with Parents on Mateen's New Phone (BN: 00187646-00187647) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 304(o) | 3/21/18 | 3/21/18 | Kim Rosecrans | | Summary Exhibit Selected Text Messages between Omar Mateen and Noor Salman on Mateen's New Phone (BN: 00187917-00187918) |
| 304(p) | | | | | Picture from Mateen's New Phone (BN: 00187919-00187920) |
| 305 | 3/20/18 | 3/20/18 | Marco Rodriguez | | One Touch Fierce2 (Mateen old phone) |
| 305(a) | 3/20/18 | 3/20/18 | Jeffrey Etter | | Summary Exhibit Selected Text Messages between Omar Mateen and Noor Salman on Mateen's Old Phone (BN: 00187653-00187654) |
| 305(b) | 3/20/18 | 3/20/18 | Jeffrey Etter | | Summary Exhibit Phone Calls with Parents on Mateen's Old Phone (BN: 00187655-00187657) |
| 306 | 3/20/18 | 3/20/18 | Marco Rodriguez | | Samsung G530T (Salman new phone) |
| 306(a) | 3/21/18 | 3/21/18 | Stephen Boyce | | Summary Exhibit of Selected Activity on Salman's New Phone (BN: 00187928-00187945) |
| 306(b) | 3/22/18 | 3/22/18 | Richard Fennern | | T-Mobile 5527 (Noor Salman) Phone Records (BN: 00182685-00183557) |
| 306(c) | 3/21/18 | 3/21/18 | Stephen Boyce | | Summary Exhibit of Selected Phone Calls on Salman's New Phone (BN: 00187947-00187954) |
| 308 | | | | | LG GSM D415 Optimus L90 (Salman's old phone) |
| 309 | | | | | Shahla Mateen T-Mobile phone records (BN: 00187698-00187730) |
| 310(a) | 3/14/18 | 3/14/18 | | | Omar Mateen Selected Facebook Status Updates (BN: 00047429) |
| 310(b) | 3/14/18 | 3/14/18 | | | Omar Mateen Selected Facebook Activity (BN: 00187955-00187956) |
| 310(c) | 3/22/18 | 3/22/18 | Stephen Boyce | | Facebook Communications between Salman and Mateen, 4/21/2014 – 2/2/2016 (BN: 00187957) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 310(d) | 3/14/18 | 3/14/18 | | | Facebook record showing Salman's friends (BN: 00144950, 00152213-00152217) |
| 310(e) | 3/14/18 | 3/14/18 | | | Facebook record showing Mateen's friends (BN: 00045666, 00045882-00045892, 00045904) |
| 311(a) | 3/21/18 | 3/21/18 | Stephen Boyce | | Google records for Omar Mateen – Extremist Content (BN: 00187734-00187801) |
| 311(b) | 3/21/18 | 3/21/18 | Stephen Boyce | | Google logins/logouts for Omar Mateen (BN: 00104292-00104295) |
| 311(c) | 3/21/18 | 3/21/18 | Stephen Boyce | | Google records for Omar Mateen – Attack Planning (BN: 00187802-00187812) |
| 311(d) | 3/21/18 | 3/21/18 | Stephen Boyce | | Google records for Omar Mateen – Law Enforcement Searches (BN: 00187813-00187818) |
| 311(e) | 3/21/18 | 3/21/18 | Stephen Boyce | | Google records for Omar Mateen – Financial Searches (BN: 00187819-00187821) |
| 312 | 3/14/18 | 3/14/18 | | | Google Chrome Privacy Notices Dated September 1, 2015 and April 25, 2017 (BN: 00187397-00187417) |
| 313 | 3/14/18 | 3/14/18 | | | Google search on June 12, 2016 at 12:22 am for "Directions to EVE Orlando" (BN: 00104357) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 7(cc) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Picture from search of Salman and Mateen's apartment |
| 10(a) | 3/21/18 | 3/21/18 | Jason Duran | | Noor Salman's complete DAVID records |
| 15(a) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Picture from search of Salman and Mateen's apartment |
| 15(b) | 3/20/18 | 3/20/18 | Marco Rodriguez | | Picture from search of Salman and Mateen's apartment |
| 128(a) | 3/15/18 | 3/15/18 | Lauren Regucci | | Speed Loader |
| 128(b) | 3/15/18 | 3/15/18 | Lauren Regucci | | Speed Loader |
| 134 | 3/20/18 | 3/20/18 | Marco Rodriguez | | Identification Documents |
| 310(f) | 3/22/18 | 3/22/18 | Stephan Boyce | | Pictures from Noor Salman's Facebook Account |