

# EXHIBIT LIST

___ **PLAINTIFF**    **X  DEFENDANT** _____  **JOINT**

___ **GOVERNMENT** ___ **COURT**

**CASE NO.**    **6:17-CR-00018-ORL-40KRS**
**STYLE:**    **UNITED STATES OF AMERICA V. NOOR ZAHI SALMAN**

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | 3/27/18 | 3/27/18 | | | Letter from Criminal Justice Standards and Training Commission of the Florida Department of Law Enforcement |
| 2 | 3/19/18 | 3/19/18 | Ricardo Enriquez | | Pictures of the Ft. Pierce FBI Office (BN: 186074-186082) |
| 3 | | | | | Picture of Receipt from Walmart showing purchase of Father's Day card, gifts, gift bag and tissue paper |
| 4 | 3/20/18 | 3/20/18 | Marco Rodriguez | | Father's Day card & envelope |
| 5 | | | | | Picture of Walmart receipt showing toy purchase and ammo for .38 revolver (BN: 125038) |
| 6 | | | | | Pictures Taken at Disney World (BN: 61629-36) |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit.   Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

| 7 | 3/14/18 | 3/14/18 | william Braniff | | Noor Salman Facebook Records (Date: 01/10/2015) |
|---|---------|---------|------------------|---|----------------------------------------------|
| 8 | 3/14/18 | 3/14/18 | william Braniff | | Noor Salman Facebook Records (Date: 02/04/2015) |
| 9 | 3/27/18 | 3/27/18 | | | Noor Salman Facebook Records (Date: 06/11/16) |
| 10 | 3/26/18 | 3/26/18 | Sabrina Smith | | Omar Mateen Facebook Records: Carla Caldwell |
| 11 | | | | | Omar Mateen Facebook Records: Natalie Pagan |
| 12 | | | | | Omar Mateen Facebook Records: Nancy Matos |
| 13 | | | | | Flight Reservations for CA |
| 14 | 3/27/18 | 3/27/18 | | | Records of attempted flight bookings for CA |
| 15 | | | | | Applebee's receipt on June 11, 2016 at 7:34pm (BN: 68086-87) |
| 16 | | | | | Text Messages from Samsung G530T (Salman newer phone) (1B83) (Date: 06/10/16) |
| 17 | | | | | Text Messages from Samsung G530T (Salman newer phone) (1B83) (Date: 06/11/16-06/12/16) |

| | | | | | |
|---|---|---|---|---|---|
| 18 | 3/27/18 | 3/27/18 | | | Web History from Samsung G530T (Salman newer phone) (1B83) (Date: 06/11/16-06/12/16) |
| 19 | | | | | Web History from Samsung SM-G530T Galaxy Grand Prime (Mateen newer phone) (Date: 05/20/16-06/02/2016) |
| 20 | 3/21/18 | 3/21/18 | Kim Rosecrans | | Phone Calls and Web History from Samsung SM-G530T Galaxy Grand Prime (Mateen newer phone) (Date: 05/20/16-06/11/16) |
| 21 | | | | | Text Messages from Samsung SM-G530T Galaxy Grand Prime (Mateen newer phone) (Date: 06/11/16-06/12/16) |
| 22 | | | | | Web History from Samsung SM-G530T Galaxy Grand Prime (Mateen newer phone) (Date: 06/11/16-06/12/16) |
| 23 | 3/27/18 | 3/27/18 | | | Noor Salman's School Records (BN 182545-182683) |

| | | | | | |
|---|---|---|---|---|---|
| 24 | | | | | |
| 25 | 3/27/18 | 3/27/18 | | | Picture of Omar Mateen and son in front of Blues Brothers statue (Found on 1B83) |
| 26 | 3/27/18 | 3/27/18 | | | Lawnwood Elementary School records showing Noor Salman's son enrolled |
| 27 | | | | | Omar Mateen's G4S schedule (BN: 185808-185810) |
| 28 | 3/27/18 | 3/27/18 | | | IP addresses associated with the NetGear router with service provided by AT&T |
| 29 | 3/27/18 | 3/27/18 | | | IP addresses associated with Salman's Facebook |
| 30 | 3/27/18 | 3/27/18 | | | IP addresses associated with Mateen's Facebook |

| | | | | | |
|---|---|---|---|---|---|
| 31 | 3/27/18 | 3/27/18 | | | IP addresses associated with Salman's Google account |
| 32 | | | | | IP Addresses associated with Mateen's Google account |
| 33 | 3/26/18 | 3/26/18 | Joshua Horowitz | | Web server access logs for the month of June 2016 provided by Siteground, the web host for the Pulse Orlando website |
| 34 | | | | | DOE Letter regarding the Heald College Chain |
| 35 | 3/22/18 | 3/22/18 | Richard Fennern | | Google Map Directions showing distance and travel time from King O Falafel to Pulse to Masjid Al Agha |
| 36 | 3/21/18 | 3/21/18 | Kim Rosecrans | | Mateen Accesses Reuters Article with Video (with context) |
| 37 | 3/21/18 | 3/21/18 | Kim Rosecrans | | Mateen Accesses Russia Today Article (with context) |

| | | | | | |
|---|---|---|---|---|---|
| 38 | 3/22/18 | 3/22/18 | Richard Fennem | | Pictures of King O Falafel (from Google) |
| 39 | | | | | Zales Receipt (BN 481) |
| 40 | | | | | Video: Ron Hopper Press Conference (7:19 AM) |
| 41 | | | | | Video: Ron Hopper Press Conference (10:27 AM) |
| 42 | | | | | Video: Ron Hopper Press Conference (3:13 PM) |
| 43 | | | | | |
| 44 | 3/20/18 | 3/20/18 | Ricardo Enriquez | | Summary Exhibit of News from Fox News and ABC News on Early Morning of 6/12 |

| | | | | | |
|---|---|---|---|---|---|
| 45 | | | | | |
| 46 | 3/27/18 | 3/27/18 | | | Pictures of utility belt and holsters found in drawer |
| 47 | 3/26/18 | 3/26/18 | Joshua Horowitz | | Josh Horowitz Summary Exhibit PowerPoint |
| 48 | 3/27/18 | 3/27/18 | | | Clip from Pulse web server (42) |
| 49 | 3/27/18 | 3/27/18 | | | Clip from Pulse web server (139) |
| 50 | 3/27/18 | 3/27/18 | | | Clip from Pulse web server (153) |
| 51 | 3/27/18 | 3/27/18 | | | Clip from Pulse web server (177) |

| | | | | | |
|---|---|---|---|---|---|
| 52 | 3/27/18 | 3/27/18 | | | Clip from Pulse web server (221) |
| 53 | 3/27/18 | 3/27/18 | | | First picture of Wireless router |
| 54 | 3/27/18 | 3/27/18 | | | Second picture of Wireless router |
| 55 | | | | | |
| 56 | 3/27/18 | 3/27/18 | | | Viber conversation about Zaki starting school. |
| 57 | 3/26/18 | 3/26/18 | Richard Connor | | Mateen Facebook Summary Exhibit (Connor) |
| 58 | 3/26/18 | 3/26/18 | Richard Connor | | 6/11-6/12 – Summary Exhibit (Connor) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 60 | 3/27/18 | 3/27/18 | | | Facebook Messenger news release |
| 61 | 3/27/18 | 3/27/18 | | | Facebook Messenger help section |
| 62 | 3/27/18 | 3/27/18 | | | Picture of holster set found in armoire |
| 63 | | | | | Form showing Mateen swapping .38 for 9 mm |
| 64 | 3/27/18 | 3/27/18 | | | Stipulation of the parties |

65    3/27/18   3/27/18                    Stipulation of the parties