May we please have a copy of goverment exhibits 1A, 1B and 1C?