On the question of aiding and abetting by ~~active~~ (WILLFUL) participation, can you clarify what would constitute "encouragement" and "support," or give an example?